# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

**VOLUNTARY PETITION**

| Name of Debtor (if individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names):<br>The Roman Catholic Bishop of Stockton, a California corporation sole | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all):<br>94-1532129 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>212 North San Joaquin Street<br>Stockton, CA<br>ZIP CODE 95202 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>San Joaquin | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check **one** box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [✓] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check **one** box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [✓] Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [✓] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check **one** box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [✓] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [✓] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [✓] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).

---

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [✓] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [✓] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [✓] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [✓] | [ ] | [ ] | [ ] | [ ] |

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): The Roman Catholic Bishop of Stockton |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
    Signature of Attorney for Debtor(s)      (Date)

### Exhibit C
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

### Exhibit D
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition *(This page must be completed and filed in every case.)* | Name of Debtor(s): The Roman Catholic Bishop of Stockton |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X /s/ Paul J. Pascuzzi
Signature of Attorney for Debtor(s)
Paul J. Pascuzzi
Printed Name of Attorney for Debtor(s)
Felderstein Fitzgerald Willoughby & Pascuzzi LLP
Firm Name
400 Capitol Mall, Suite 1750
Sacramento, CA 95814
Address
916-329-7400
Telephone Number
01/15/2014
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ Stephen E. Blaire
Signature of Authorized Individual
Stephen E. Blaire, Bishop
Printed Name of Authorized Individual
The Roman Catholic Bishop of Stockton
Title of Authorized Individual
01/14/2014
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC BISHOP OF STOCKTON, a California corporation sole,<br><br>        Debtor-In-Possession. | Case No. |

**STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION**

      I, Stephen E. Blaire, declare under penalty of perjury that I am the incumbent Bishop of The Roman Catholic Bishop of Stockton, a California corporation sole (the "Corporation"), and that, having consulted The Diocesan Finance Counsel, the Presbyteral Counsel (College of Counselors), and others, I am authorized to adopt the following resolution:

      Whereas, it is in the best interest of the Corporation to file a voluntary petition with the United States Bankruptcy Court for the Eastern District of California pursuant to Chapter 11 of Title 11 of the United States Code;

      I, Stephen E. Blaire, incumbent Bishop of the Corporation, am authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary reorganization case on behalf of the Corporation; and

      I, Stephen E. Blaire, incumbent Bishop of the Corporation, am authorized and directed to appear in all Chapter 11 proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such reorganization case;

      I, Stephen E. Blaire, incumbent Bishop of the Corporation, am authorized and directed to employ the law firm of Felderstein Fitzgerald Willoughby & Pascuzzi LLP to represent the Corporation in such reorganization case.

Dated: January 14, 2014

                                                    */s/ Stephen E. Blaire*_____<br>
                                                    Stephen E. Blaire, Bishop<br>
                                                    The Roman Catholic Bishop of Stockton

UNITED STATES BANKRUTPCY COURT – EASTERN DISTRICT OF CALIFORNIA

| In re<br>**The Roman Catholic Bishop of Stockton, a California corporation sole**<br>Debtor. | Case No.:<br><br>(If known) |
|---|---|

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

    Following is a list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for fling in this chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. §101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian such a "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| *(1)*<br>*Name of creditor and complete mailing address including zip code* | *(2)*<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted* | *(3)*<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | *(4)*<br>*Indicate if claim is contingent, unliquidated, disputed or subject to set off* | *(5)*<br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| Farmers and Merchants Bank<br>116 West Pine Street<br>Lodi, CA  95241 | R. Dale Ginter<br>Downey Brand, LLP<br>621 Capitol Mall<br>18th Floor<br>Sacramento, CA 95814<br>Phone: (916) 444-1000<br>Fax: (916) 444-2100 | Unsecured Loan and Contingent Guaranties | | $1,676,746.20 |
| Tyler McCartney<br>c/o Joseph C. George, Esq.<br>The Law Offices of Joseph C. George, PH.D.<br>601 University Avenue, Suite 200<br>Sacramento, CA  95825 | Joseph C. George<br>(916) 641-7300 | Settled Tort Litigation | | $500,000.00 |
| Pastor of St. Bernadette Church, a California corporation sole<br>2544 Plymouth Road<br>Stockton, CA 95204 | Dennis Donald Geiger<br>Kroloff, Belcher, Smart, Perry & Christopherson<br>7540 Shoreline Drive<br>Stockton, CA 95219<br>Telephone: (209) 478-2000<br>Fax: (209) 478-0354 | Fractional interest in December 2010 Loan secured by Deed of Trust on 212 and 220 N. San Joaquin Street | | $36,568.61 |
| Pastor of St Anthony Church of Manteca, a California corporation sole<br>505 E. North Street<br>Manteca, CA 95336 | Dennis Donald Geiger<br>Kroloff, Belcher, Smart, Perry & Christopherson<br>7540 Shoreline Drive<br>Stockton, CA 95219<br>Telephone: (209) 478-2000<br>Fax: (209) 478-0354 | Fractional interest in December 2010 Loan secured by Deed of Trust on 212 and 220 N. San Joaquin Street | | $36,568.61 |
| Kathleen Lagorio Janssen Trustee of the K.L. Janssen Community Property Living Trust UAD 12/28/2009 and Dean Jann Janssen Trustee of the Dean J. Janssen Living Trust UAD 1/17/2003<br>6443 Saint Andrew Drive<br>Stockton, CA 95219 | Dennis Donald Geiger<br>Kroloff, Belcher, Smart, Perry & Christopherson<br>7540 Shoreline Drive<br>Stockton, CA 95219<br>Telephone: (209) 478-2000<br>Fax: (209) 478-0354 | Fractional interest in December 2010 Loan secured by Deed of Trust on 212 and 220 N. San Joaquin Street | | $29,254.89 |

UNITED STATES BANKRUTPCY COURT – EASTERN DISTRICT OF CALIFORNIA

| In re | | | | Case No.: |
|---|---|---|---|---|
| **The Roman Catholic Bishop of Stockton, a California corporation sole** <br> Debtor. | | | | (If known) |

| *(1)* <br> *Name of creditor and complete mailing address including zip code* | *(2)* <br> *Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted* | *(3)* <br> *Nature of claim (trade debt, bank loan, government contract, etc.)* | *(4)* <br> *Indicate if claim is contingent, unliquidated, disputed or subject to set off* | *(5)* <br> *Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| Pastor of St. Joachim Church of Lockeford, a California corporation sole <br> 13392 Lockeford Rand Road <br> PO Box 232 <br> Lockeford, CA 95237 | Dennis Donald Geiger <br> Kroloff, Belcher, Smart, Perry & Christopherson <br> 7540 Shoreline Drive <br> Stockton, CA 95219 <br> Telephone: (209) 478-2000 <br> Fax: (209) 478-0354 | Fractional interest in December 2010 Loan secured by Deed of Trust on 212 and 220 N. San Joaquin Street | | $25,598.03 |
| Diocese of Kumbakonam <br> c/o Rev M.S. Selva Raj, Mission Director <br> 369 Broadway <br> Staten Island, NY 10310 | Rev M.S. Selva Raj <br> Tel: 718-447-0120; <br> Fax: 718-727-6327 | MCP Collection for 2013 | | $20,676.93 |
| Erika L. and Edwin F. Rizo Revocable Trust dated March 18, 2003 <br> 7425 River Nine Drive <br> Modesto, CA 95356 | Dennis Donald Geiger <br> Kroloff, Belcher, Smart, Perry & Christopherson <br> 7540 Shoreline Drive <br> Stockton, CA 95219 <br> Telephone: (209) 478-2000 <br> Fax: (209) 478-0354 | Fractional interest in December 2010 Loan secured by Deed of Trust on 212 and 220 N. San Joaquin Street | | $18,284.30 |
| Gemperle Brothers <br> 10218 Lander Ave. <br> Turlock, CA 95380 | Dennis Donald Geiger <br> Kroloff, Belcher, Smart, Perry & Christopherson <br> 7540 Shoreline Drive <br> Stockton, CA 95219 <br> Telephone: (209) 478-2000 <br> Fax: (209) 478-0354 | Fractional interest in December 2010 Loan secured by Deed of Trust on 212 and 220 N. San Joaquin Street | | $14,627.45 |
| Financial Decision 401-K Profit Sharing Plan FBO Fred M. Lee <br> 5345 N. El Dorado Street, #18 <br> Stockton, CA 95207 | Dennis Donald Geiger <br> Kroloff, Belcher, Smart, Perry & Christopherson <br> 7540 Shoreline Drive <br> Stockton, CA 95219 <br> Telephone: (209) 478-2000 <br> Fax: (209) 478-0354 | Fractional interest in December 2010 Loan secured by Deed of Trust on 212 and 220 N. San Joaquin Street | | $14,627.45 |
| Financial Decision 401-K Profit Sharing Plan FBO Nancy E. Lee <br> 5345 N. El Dorado Street, #18 <br> Stockton, CA 95207 | Dennis Donald Geiger <br> Kroloff, Belcher, Smart, Perry & Christopherson <br> 7540 Shoreline Drive <br> Stockton, CA 95219 <br> Telephone: (209) 478-2000 <br> Fax: (209) 478-0354 | Fractional interest in December 2010 Loan secured by Deed of Trust on 212 and 220 N. San Joaquin Street | | $14,627.45 |

UNITED STATES BANKRUTPCY COURT – EASTERN DISTRICT OF CALIFORNIA

| In re **The Roman Catholic Bishop of Stockton, a California corporation sole** Debtor. | | Case No.: (If known) | | |
|---|---|---|---|---|
| *(1)* Name of creditor and complete mailing address including zip code | *(2)* Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | *(3)* Nature of claim (trade debt, bank loan, government contract, etc.) | *(4)* Indicate if claim is contingent, unliquidated, disputed or subject to set off | *(5)* Amount of claim [if secured also state value of security] |
| Lenore C. Dougherty Trustee of the Dougherty Revocable Trust 1071 West Monterey Ave. Stockton, CA 95204 | Dennis Donald Geiger Kroloff, Belcher, Smart, Perry & Christopherson 7540 Shoreline Drive Stockton, CA 95219 Telephone: (209) 478-2000 Fax: (209) 478-0354 | Fractional interest in December 2010 Loan secured by Deed of Trust on 212 and 220 N. San Joaquin Street | | $14,627.45 |
| Pastor of Cathedral of the Annunciation, a California corporation sole 425 West Magnolia Street Stockton, CA 95203 | Dennis Donald Geiger Kroloff, Belcher, Smart, Perry & Christopherson 7540 Shoreline Drive Stockton, CA 95219 Telephone: (209) 478-2000 Fax: (209) 478-0354 | Fractional interest in December 2010 Loan secured by Deed of Trust on 212 and 220 N. San Joaquin Street | | $14,627.45 |
| Katherine Shephard Weiner 61 San Pablo Court Moraga, CA 94556 | Dennis Donald Geiger Kroloff, Belcher, Smart, Perry & Christopherson 7540 Shoreline Drive Stockton, CA 95219 Telephone: (209) 478-2000 Fax: (209) 478-0354 | Fractional interest in December 2010 Loan secured by Deed of Trust on 212 and 220 N. San Joaquin Street | | $3,656.86 |
| Thomas J. Shephard Jr. 1637 Del Monte Way Moraga, CA 94556 | Dennis Donald Geiger Kroloff, Belcher, Smart, Perry & Christopherson 7540 Shoreline Drive Stockton, CA 95219 Telephone: (209) 478-2000 Fax: (209) 478-0354 | Fractional interest in December 2010 Loan secured by Deed of Trust on 212 and 220 N. San Joaquin Street | | $3,656.86 |
| Clarice Alberta Shephard 512 South 5th Street San Jose, CA 95112 | Dennis Donald Geiger Kroloff, Belcher, Smart, Perry & Christopherson 7540 Shoreline Drive Stockton, CA 95219 Telephone: (209) 478-2000 Fax: (209) 478-0354 | Fractional interest in December 2010 Loan secured by Deed of Trust on 212 and 220 N. San Joaquin Street | | $3,656.86 |

UNITED STATES BANKRUTPCY COURT – EASTERN DISTRICT OF CALIFORNIA

| In re **The Roman Catholic Bishop of Stockton, a California corporation sole** Debtor. | Case No.: (If known) |
|---|---|

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to set off | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Marjorie Hart 3 Wing Set Place Alamo, CA 94507 | Dennis Donald Geiger Kroloff, Belcher, Smart, Perry & Christopherson 7540 Shoreline Drive Stockton, CA 95219 Telephone: (209) 478-2000 Fax: (209) 478-0354 | Fractional interest in December 2010 Loan secured by Deed of Trust on 212 and 220 N. San Joaquin Street | | $3,656.86 |
| John CC Doe c/o John C. Manly, Esq. Manly, Stewart and Finaldi 19100 Von Karman Ave., Ste. 800 Irvine, CA 92612 | John C. Manley (949)252-9990 | Pending Tort Litigation | Contingent, Unliquidated and Disputed | Unknown |
| Jane Doe 51 c/o Joseph C. George, Esq. The Law Offices of Joseph C. George, PH.D. 601 University Avenue, Suite 200 Sacramento, CA  95825 | Joseph C. George (916) 641-7300 | Pending Tort Litigation | Contingent, Unliquidated and Disputed | Unknown |
| John BE Doe c/o Joseph C. George, Esq. The Law Offices of Joseph C. George, PH.D. 601 University Avenue, Suite 200 Sacramento, CA  95825 | Joseph C. George (916) 641-7300 | Pending Tort Litigation | Contingent, Unliquidated and Disputed | Unknown |
| John MT Doe c/o John C. Manly, Esq. Manly, Stewart and Finaldi 19100 Von Karman Ave., Ste. 800 Irvine, CA 92612 | John C. Manley (949)252-9990 | Pending Tort Litigation | Contingent, Unliquidated and Disputed | Unknown |

I declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date:  January 14, 2014        */s/ Douglas Adel*
                              Signature:
                              Douglas Adel, Chief Financial Officer
                              Print Name and Title