STEVEN H. FELDERSTEIN, State Bar No. 056978
PAUL J. PASCUZZI, State Bar No. 148810
JENNIFER E. NIEMANN, State Bar No. 142151
FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP
400 Capitol Mall, Suite 1750
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
sfelderstein@ffwplaw.com
ppascuzzi@ffwplaw.com
jniemann@ffwplaw.com

Proposed Attorneys for The Roman Catholic Bishop of Stockton

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| In re: | CASE NO. |
|---|---|
| THE ROMAN CATHOLIC BISHOP OF STOCKTON, a California corporation sole, | |
| Debtor-In-Possession. | |

## LIST OF EQUITY SECURITY HOLDERS

The following is the list of the equity security holders of the debtor, including the last known address and number and kind of interests registered in the name of each holder.[1]

| Registered name of equity security holder and last known address or place of business | Type of interest registered and number of shares of Common Stock or other interest registered |
|---|---|
| None | |

## DECLARATION

I, Douglas Adel, Chief Financial Officer of The Roman Catholic Bishop of Stockton, a California corporation sole, the debtor herein, declare under penalty of perjury that I have read the

---

[1] *(The penalty for making a false statement or concealing property is a fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. secs. 152 and 3571.)*

1 | foregoing List of Equity Security Holders, consisting of 2 pages (including this declaration), and
2 | that it is true and correct to the best of my information and belief.
3 | Dated: January 14, 2014

*/s/ Douglas Adel*
Douglas Adel