STEVEN H. FELDERSTEIN, State Bar No. 056978
PAUL J. PASCUZZI, State Bar No. 148810
JENNIFER E. NIEMANN, State Bar No. 142151
FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP
400 Capitol Mall, Suite 1750
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
sfelderstein@ffwplaw.com
ppascuzzi@ffwplaw.com
jniemann@ffwplaw.com

Proposed Attorneys for The Roman Catholic Bishop of Stockton

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

In re:

THE ROMAN CATHOLIC BISHOP OF STOCKTON, a California corporation sole,

Debtor-In-Possession.

CASE NO. 14-20371-C-11

[NO HEARING REQUIRED]

**APPLICATION FOR AUTHORITY TO EMPLOY FELDERSTEIN FITZGERALD WILLOUGHBY & PASCUZZI LLP AS BANKRUPTCY COUNSEL**

The Roman Catholic Bishop of Stockton, a California corporation sole, the Debtor and Debtor in Possession herein (the "Debtor" or the "RCB"), hereby requests authority to employ Felderstein Fitzgerald Willoughby & Pascuzzi LLP as its counsel, and in support of this application, respectfully represents the following:

1.  This application is made pursuant to Bankruptcy Code sections 327 and 330, Bankruptcy Rules 2014, 2016 and 5002, and the Guidelines of the Office of the United States Trustee ("UST Guidelines").

**BACKGROUND**

2.  On January 15, 2014, the Debtor filed a voluntary Chapter 11 Bankruptcy Petition ("Petition Date"). The Debtor remains in possession of its estate, no trustee having been

-1-

appointed. The Debtor is operating and managing its business as a debtor-in-possession pursuant to the provisions of Sections 1107 and 1108 of the Bankruptcy Code.

3. On January 15, 2014, the RCB commenced its chapter 11 reorganization case. The RCB filed this case in order to reorganize its financial affairs pursuant to a plan of reorganization that will, among other things, fairly, justly, and equitably compensate victims of sexual abuse by clergy or others associated with the RCB and bring healing to victims, parishioners and others affected by past acts of sexual abuse. The RCB has limited funds with which to respond to the variety of demands from its creditors. The RCB requires the bankruptcy court's protection and the protection of the bankruptcy laws to make fair and equitable payment on all of the claims against it, including the claims by victims of abuse, trade creditors, the parishes and others, while continuing its ministries and support it offers to Catholic parishes and communities.

4. The Debtor desires to employ Felderstein Fitzgerald Willoughby & Pascuzzi LLP ("FFWP") whose address is 400 Capitol Mall, Suite 1750, Sacramento, California, 95814-4434, as its bankruptcy counsel in this matter.

**REASON FOR SELECTION**

5. The Debtor has requested the services of FFWP because the Debtor knows the firm to be skilled in insolvency, reorganization and commercial transactions and that its members have substantial knowledge and experience that will enable them to perform services of special benefit to the Debtor and its estate in a cost effective manner. FFWP was originally engaged in 2012 for certain services, but has been working with the Debtor regarding a possible bankruptcy case since early 2013.

6. The professional services which the firm will render to the Debtor are generally as follows:

    a. To advise and represent the Debtor with respect to all matters and proceedings in this Chapter 11 case;

    b. To assist the Debtor in all bankruptcy issues which may arise in the operation of the Debtor's business, including negotiations with creditors, interest groups and any

APPLICATION TO EMPLOY COUNSEL

Official Committee of Unsecured Creditors; and

  c. To assist the Debtor with the preparation of and confirmation of a plan of reorganization.

## DISINTERESTEDNESS

7. Except as set forth in the verified statement of Paul J. Pascuzzi filed herewith, pursuant to Rule 2014, and to the best of Mr. Pascuzzi's knowledge, information and belief, FFWP (i) is disinterested, (ii) does not have any disqualifying connections with the Debtor, its creditors, or with any parties in interest, or with their attorneys and accountants, or with the office of the United States Trustee, or with any person employed in the office of the United States Trustee which would preclude employment, and (iii) does not now hold or represent any interest materially adverse to the interests of the estate or of any class of creditors or equity security holders.

## COMPENSATION

8. FFWP has agreed to undertake this matter at its 2012 standard hourly rates subject to periodic adjustment to reflect economic and market conditions and increased experience and skill, and which are currently as follows:[1]

| Name | Title | Hourly Rate |
| --- | --- | --- |
| Steven H. Felderstein | Managing Partner | $595 per hour |
| Donald W. Fitzgerald | Partner | $475 per hour |
| Thomas A. Willoughby | Partner | $475 per hour |
| Paul J. Pascuzzi | Partner | $450 per hour |
| Jason E. Rios | Partner | $385 per hour |
| Jennifer E. Niemann | Counsel | $350 per hour |
| Holly A. Estioko | Associate | $325 per hour |
| Karen L. Widder | Legal Assistant | $195 per hour |

9. FFWP will also bill the estate for all reasonable and necessary out-of-pocket

---

[1] FFWP's 2012 hourly rates generally are $20-45 per hour less than its 2014 rates.

1　expenses incurred herein pursuant to the local guidelines for compensation of professionals.

2　　　　10.　　FFWP understands that all compensation is subject to Sections 327, 330 and 331
3　of the Bankruptcy Code.

4　　　　11.　　As of the Petition Date, the balance of the retainer the Debtor had paid FFWP is
5　$261,785.58 (the "Fee Deposit").

6　　　　　　　　　　　　　　　　　　**CONCLUSION**

7　　　　12.　　The Debtor believes it is essential that FFWP be employed to provide the services
8　described above and that FFWP be permitted to bill on an hourly basis, subject to the
9　requirements of the Bankruptcy Code for Court approval of professional fees.

10　　　　WHEREFORE, based upon the foregoing, the Debtor requests that the Court enter an
11　order authorizing:

12　　　　1.　　The employment of Felderstein Fitzgerald Willoughby & Pascuzzi LLP as its
13　Chapter 11 attorneys herein on the terms and conditions set forth above;

14　　　　2.　　The employment to be effective as of January 15, 2014, and

15　　　　3.　　For such other and further relief as the Court may deem proper in the
16　circumstances.

17　Dated: January 17, 2014

　　　　　　　　　　　　　　　　　　　　THE ROMAN CATHOLIC BISHOP OF STOCKTON
18

19　　　　　　　　　　　　　　　　　　　　By　*/s/ Stephen E. Blaire*
　　　　　　　　　　　　　　　　　　　　　　Bishop Stephen E. Blaire
20

21　Dated:　January 21, 2014

22　　　　　　　　　　　　　　　　　　　　FELDERSTEIN FITZGERALD
　　　　　　　　　　　　　　　　　　　　WILLOUGHBY & PASCUZZI LLP
23

24　　　　　　　　　　　　　　　　　　　　By:　*/s/ Paul J. Pascuzzi*
　　　　　　　　　　　　　　　　　　　　　　PAUL J. PASCUZZI
25　　　　　　　　　　　　　　　　　　　　　　Proposed Attorneys for The Roman
　　　　　　　　　　　　　　　　　　　　　　Catholic Bishop of Stockton
26

27

28