Allen C. Massey - 172024
Antonia G. Darling - 76190
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
501 "I" Street, Suite 7-500
Sacramento, CA 95814
(916) 930-2100/Fax (916) 930-2099

Attorneys for Tracy Hope Davis,
   United States Trustee for Region 17

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

In re:

The Roman Catholic Bishop of Stockton,     Case No.    14-20371-C-11
   a California corporation sole,
                                                                DC No.      UST-2
                                        Debtor.
_____/

**APPOINTMENT OF THE**
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

     Pursuant to 11 U.S.C. § 1102(a), Tracy Hope Davis, the United States Trustee for Region 17, hereby appoints the following unsecured creditors to be members of the official committee of unsecured creditors in the above captioned case:

        Farmers and Merchants Bank;

        Emilie Cuneo-Travis;

        Tyler McCartney;

        Mark Jyono; and

        Christopher Combs.

                                                        Respectfully submitted,

Dated: February 11, 2014                    /s/ Allen C. Massey
                                                        Attorney for Tracy Hope Davis
                                                        United States Trustee for Region 17
                                                        al.c.massey@usdoj.gov