STEVEN H. FELDERSTEIN, State Bar No. 056978
PAUL J. PASCUZZI, State Bar No. 148810
JENNIFER E. NIEMANN, State Bar No. 142151
FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP
400 Capitol Mall, Suite 1750
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
sfelderstein@ffwplaw.com
ppascuzzi@ffwplaw.com
jniemann@ffwplaw.com

Attorneys for The Roman Catholic Bishop of Stockton, a
corporation sole

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC<br>BISHOP OF STOCKTON, a<br>California corporation sole,<br><br>      Debtor-In-Possession. | CASE NO. 14-20371-C-11<br><br>DCN: FWP-10<br><br>Date:     April 30, 2014<br>Time:    10:00 a.m.<br>Courtroom:  35<br>               501 I Street, 6th Floor<br>               Sacramento, CA |

**EXHIBITS TO DEBTOR'S MOTION FOR ORDER: (1) FIXING TIME
FOR FILING PROOFS OF CLAIM; (2) APPROVING CLAIM FORMS;
AND (3) APPROVING MANNER AND FORM OF NOTICE**

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| A | Proposed General Proof of Claim Form |
| B | Proposed Abuse Proof of Claim Form |
| C | Proposed Notice of Bar Date for General Proofs of Claim |
| D | Proposed Notice of Bar Date for Abuse Proofs of Claim |
| E | Proposed Publication Notice |

Dated: March 26, 2014

                          FELDERSTEIN FITZGERALD
                          WILLOUGHBY & PASCUZZI LLP

                    By */s/ Paul J. Pascuzzi*
                        PAUL J. PASCUZZI
                        Attorneys for Debtor and Debtor-In-Possession

EXHIBITS TO MOTION FOR ORDER: (1) FIXING
BAR DATE; (2) APPROVING CLAIM FORMS; AND
(3) APPROVING MANNER AND FORM OF NOTICE

-1-

# EXHIBIT A

Filed 03/26/14    Case 14-20371    Doc 197

B10 (Official Form 10) (04/13)

| UNITED STATES BANKRUPTCY COURT  Eastern District of California | | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor:  THE ROMAN CATHOLIC BISHOP OF STOCKTON, a California corporation sole | Case Number:  14-20371-C-11 | |
|---|---|---|

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.*

| Name of Creditor (the person or other entity to whom the debtor owes money or property): | **COURT USE ONLY** |
|---|---|
| Name and address where notices should be sent:    Telephone number:          email: | ❐ Check this box if this claim amends a previously filed claim.  **Court Claim Number:_____**  (*If known*)  Filed on:_____ |
| Name and address where payment should be sent (if different from above):    Telephone number:          email: | ❐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars. |

**1. Amount of Claim as of Date Case Filed:**      $_____

If all or part of the claim is secured, complete item 4.

If all or part of the claim is entitled to priority, complete item 5.

❐Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:** _____
   (See instruction #2)

| **3. Last four digits of any number by which creditor identifies debtor:**    __ __ __ __ | **3a. Debtor may have scheduled account as:**  _____  (See instruction #3a) | **3b. Uniform Claim Identifier (optional):**  __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __  (See instruction #3b) |
|---|---|---|

| **4. Secured Claim** (See instruction #4)  Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.  **Nature of property or right of setoff:** ❐Real Estate  ❐Motor Vehicle  ❐Other  **Describe:**  **Value of Property:** $_____  **Annual Interest Rate_____% ❐Fixed  or  ❐Variable (when case was filed)** | **Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:**  $_____  Basis for perfection: _____  **Amount of Secured Claim:** $_____  **Amount Unsecured:** $_____ |
|---|---|

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507 (a). If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.**

| ❐ Domestic support obligations under 11 U.S.C. § 507 (a)(1)(A) or (a)(1)(B). | ❐ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. § 507 (a)(4). | ❐ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a)(5). | |
|---|---|---|---|
| ❐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a)(7). | ❐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a)(8). | ❐ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a)(___). | **Amount entitled to priority:**  $_____ |

*Amounts are subject to adjustment on 4/01/16 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

**7. Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. If the claim is secured by the debtor's principal residence, the Mortgage Proof of Claim Attachment is being filed with this claim. *(See instruction #7, and the definition of "redacted".)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**8. Signature:** (See instruction #8)

Check the appropriate box.

☐ I am the creditor.     ☐ I am the creditor's authorized agent.     ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)     ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: _____
Title: _____
Company: _____
Address and telephone number (if different from notice address above):

_____     (Signature)            (Date)
_____
_____
Telephone number: _____ email: _____

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

---

**INSTRUCTIONS FOR PROOF OF CLAIM FORM**

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, exceptions to these general rules may apply.*

**Items to be completed in Proof of Claim form**

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district in which the bankruptcy case was filed (for example, Central District of California), the debtor's full name, and the case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on delivering health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if an interested party objects to the claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**3b. Uniform Claim Identifier:**
If you use a uniform claim identifier, you may report it here. A uniform claim identifier is an optional 24-character identifier that certain large creditors use to facilitate electronic payment in chapter 13 cases.

**4. Secured Claim:**
Check whether the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See Definitions.) If the claim is secured, check the box for the nature and value of property that secures the claim, attach copies of lien documentation, and state, as of the date of the bankruptcy filing, the annual interest rate (and whether it is fixed or variable), and the amount past due on the claim.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. § 507 (a).**
If any portion of the claim falls into any category shown, check the appropriate box(es) and state the amount entitled to priority. (See Definitions.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach redacted copies of any documents that show the debt exists and a lien secures the debt. You must also attach copies of documents that evidence perfection of any security interest and documents required by FRBP 3001(c) for claims based on an open-end or revolving consumer credit agreement or secured by a security interest in the debtor's principal residence. You may also attach a summary in addition to the documents themselves. FRBP 3001(c) and (d). If the claim is based on delivering health care goods or services, limit disclosing confidential health care information. Do not send original documents, as attachments may be destroyed after scanning.

**8. Date and Signature:**
The individual completing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what constitutes a signature. If you sign this form, you declare under penalty of perjury that the information provided is true and correct to the best of your knowledge, information, and reasonable belief. Your signature is also a certification that the claim meets the requirements of FRBP 9011(b). Whether the claim is filed electronically or in person, if your name is on the signature line, you are responsible for the declaration. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. If the claim is filed by an authorized agent, provide both the name of the individual filing the claim and the name of the agent. If the authorized agent is a servicer, identify the corporate servicer as the company. Criminal penalties apply for making a false statement on a proof of claim.

_____DEFINITIONS_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is a person, corporation, or other entity to whom debtor owes a debt that was incurred before the date of the bankruptcy filing. See 11 U.S.C. §101 (10).

**Claim**
A claim is the creditor's right to receive payment for a debt owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. § 506 (a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien.

A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. § 507 (a)**
Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor must show only the last four digits of any social-security, individual's tax-identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

_____INFORMATION_____

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

# EXHIBIT B

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC BISHOP OF STOCKTON, a California corporation sole,<br><br>Debtor-In-Possession. | CASE NO.  14-20371-C-11<br><br>Chapter 11<br><br>**SEXUAL ABUSE PROOF OF CLAIM** |

**IMPORTANT:**
**THIS FORM MUST BE *RECEIVED* NO LATER THAN**
**_____, 20___ AT 4:00 P.M. (PREVAILING PACIFIC TIME)**

---

1.   Carefully read the instructions included with this ABUSE PROOF OF CLAIM FORM and complete ALL applicable questions.  Please print clearly and use blue or black ink. Send the *original together with two copies* to: **Roman Catholic Bishop of Stockton Claims Processing KCC, 2335 Alaska Avenue, El Segundo, CA  90245**.

2.   **YOU MAY WISH TO CONSULT AN ATTORNEY REGARDING THIS MATTER BEFORE COMPLETING THIS FORM.**  You may also contact the attorneys for the Official Committee of Unsecured Creditors (Robert Orgel at Pachulski Stang Ziehl & Jones LLP) at (310) 277-6910 or rorgel@pszjlaw.com for information, or the Debtor's attorneys (Felderstein Fitzgerald Willoughby & Pascuzzi LLP) at (916) 329-7400 or ppascuzzi@ffwplaw.com.

3.   To be valid, the proof of claim must be signed by the Abuse Claimant or the Abuse Claimant's attorney.  If the Abuse Claimant is deceased or incapacitated, the form may be signed by the Abuse Claimant's representative or the attorney for the estate.  If the Abuse Claimant is a minor, the form may be signed by the Abuse Claimant's parent or legal guardian or the Abuse Claimant's attorney.

**Penalty for presenting fraudulent claim:** Fine of up to $500,000 or imprisonment for up to 5 years, or both.   18 U.S.C. §§152 and 3571

---

**UNLESS YOU INDICATE OTHERWISE IN PART 1 BELOW, YOUR IDENTITY WILL BE KEPT STRICTLY CONFIDENTIAL, UNDER SEAL AND OUTSIDE THE PUBLIC RECORD BY THE UNITED STATES BANKRUPTCY COURT. THIS CLAIM WILL BE PROVIDED PURSUANT TO COURT-APPROVED GUIDELINES TO THE DEBTOR, COUNSEL TO THE DEBTOR, AND TO SUCH OTHER PERSONS AS THE COURT DETERMINES NEED THE INFORMATION IN ORDER TO EVALUATE THE CLAIM.**

---

**PART 1.  CONFIDENTIALITY**

**THIS ABUSE PROOF OF CLAIM FORM (ALONG WITH ANY ACCOMPANYING EXHIBITS AND ATTACHMENTS, IF ANY) WILL BE MAINTAINED AS CONFIDENTIAL UNLESS YOU EXPRESSLY REQUEST THAT IT BE PUBLICLY AVAILABLE BY CHECKING THE BOX AND SIGNING BELOW.**

☐        I do not want this Proof of Claim Form (along with any accompanying exhibits and attachments, if any) to be kept confidential.  Please verify this election by signing directly below.

Signature:_____

Print Name:_____

**PART 2. IDENTIFYING INFORMATION**

**A.        Claimant**

_____
First Name                    Middle Initial          Last Name                        Jr/Sr/III

_____
Mailing Address:  (If Claimant is incapacitated, is a minor or is deceased, please provide the address of the individual submitting the claim).

_____
City                            State/Prov.              Zip Code (Postal Code)          Country (if other than USA)

Telephone No.
Home:_____ Work:_____ Cell:_____

Email address:_____

May we leave voicemails regarding your claim?        ☐ yes        ☐ no

May we send confidential information to your email?        ☐ yes        ☐ no

Birth Date:_____
              Month        Day        Year

Any other names by which the Claimant has been known:_____

Social Security Number: _____
_____

**B.        Claimant's Attorney (if any)**

_____
Law Firm Name

_____
Attorney's First Name          Middle Initial          Last Name                        Jr/Sr/III

_____
Street Address

_____
City                            State/Prov.              Zip Code (Postal Code)          Country (if other than USA)

Telephone:_____ Fax:_____ Email address:_____

Please continue to next page.

**PART 3:  NATURE OF THE ABUSE**
**(Attach additional sheets if necessary)**

a.　Who committed the acts of sexual abuse or other tortious conduct? _____
　　_____
　　_____

b.　What was the abuser's position, title, or relationship to you (if you know)?  (For example, was he or she your parish priest, teacher, coach, etc.?) _____
　　_____
　　_____

c.　Where did the abuse take place?  Please be specific.  Include everything you can remember, including the city, state, church, school, and/or parish where the abuse occurred. _____
　　_____

d.　When were you abused?

　　1.　If the abuse took place over a period of time (months or years), please state when it started, when it stopped, and how many times it occurred.

　　　　_____
　　　　_____

　　2.　Please also state your age(s) and your grade(s) in school at the time the abuse took place.

　　　　_____
　　　　_____

e.　Please describe what happened to you.  How were you abused?
　　_____
　　_____
　　_____
　　_____
　　_____
　　_____

f.　Did you tell anyone about the abuse?  (You might have told your parents, relatives, a friend, the Diocese, your parish priest, a teacher, your doctor, a coach, an attorney, a counselor, a police officer or other law enforcement authorities, or someone else). If you did tell someone, please write down who you told and when you told them.
　　_____
　　_____
　　_____
　　_____

g.　Did you ever write a letter to or contact the Diocese, your parish, your school, or anyone else about the abuse?  If so, and you have copies of any correspondence, please attach copies of the correspondence.
　　_____
　　_____
　　_____

h.　Are you aware of anyone else abused by the abuser?　☐　Yes　☐　No
　　If "Yes", please provide the name(s) of those individuals
　　_____
　　_____

Please continue to next page.

**PART 4:  IMPACT OF ABUSE**
**(Attach additional sheets if necessary)**
*If you are uncertain how to respond to this Part 4, you may leave this Part 4 blank, but you will be required to*
*complete this Part 4 within thirty (30) days after a written request is made for the information in this Part 4*

1.  How did the abuse affect you? Specifically, have you sustained any injuries because of the abuse? (For example, did the abuse
    negatively affect your education, employment, personal relationships, or health?  Did it cause you emotional, physical, or
    psychological injuries?)  If so, please describe those injuries.

    _____
    _____
    _____

2.  Have you sought counseling or other treatment for your injuries?  If so, with whom and when? _____
    _____
    _____


**PART 5.  ADDITIONAL INFORMATION**

1.  Settlements:  Have you ever agreed to settle the abuse claim that is described in this proof of claim (whether or not you filed a
    lawsuit)?

    ☐ Yes        ☐     No

    If "Yes", please describe the settlement (the amount that was or will be paid to you, when and how it was or will be paid, the date
    of the settlement, and the parties to the agreement).  You may attach a copy of the settlement agreement if you have one.

    _____
    _____
    _____

2.  Bankruptcy:  Have you ever filed bankruptcy?        ☐     Yes        ☐     No
    If "Yes", please provide the following information:

    Name of Case:_____        Court:_____
    Date Filed:_____        Case No.:_____

    Chapter:    ☐ ☐7     ☐ ☐11     ☐ ☐12  ☐ ☐     13        Name of Trustee:_____


Date:_____

Sign and print the name and title, if any, of the Abuse Claimant or other person authorized to file this claim.

Under penalty of perjury, I declare the foregoing statements to be true and correct.

    Signature:_____
    Print Name:_____

4

# EXHIBIT C

STEVEN H. FELDERSTEIN, State Bar No. 056978
PAUL J. PASCUZZI, State Bar No. 148810
JENNIFER E. NIEMANN, State Bar No. 142151
FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP
400 Capitol Mall, Suite 1750
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
sfelderstein@ffwplaw.com
ppascuzzi@ffwplaw.com
jniemann@ffwplaw.com

Attorneys for The Roman Catholic Bishop of Stockton, a
corporation sole

## UNITED STATES BANKRUPTCY COURT

### EASTERN DISTRICT OF CALIFORNIA

#### SACRAMENTO DIVISION

In re:

THE ROMAN CATHOLIC
BISHOP OF STOCKTON, a
California corporation sole,

Debtor-In-
Possession.

CASE NO. 14-20371-C-11

**NOTICE OF BAR DATES FOR FILING OF GENERAL PROOFS OF CLAIM**

TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST THE ROMAN
CATHOLIC BISHOP OF STOCKTON *aka* THE DIOCESE OF STOCKTON:

PLEASE TAKE NOTICE that on January 15, 2014 (the "Petition Date"), the debtor and
debtor-in-possession in the above-captioned bankruptcy case (the "Debtor") filed a voluntary
petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").
The Debtor, its address, case number, proof of claim forms, and other relevant information related
to this chapter 11 case may be obtained at: **www.kccllc.net/stocktondiocese.**

PLEASE TAKE FURTHER NOTICE that on _____, 2014, the United States
Bankruptcy Court for the Eastern District of California (the "Court") entered an order (the "Bar
Date Order") establishing certain claim bar dates in the Debtor's chapter 11 case. By the Bar
Date Order, the Court established _____, **2014** as the date by which all claims other than

NOTICE OF BAR DATES FOR FILING
OF GENERAL PROOFS OF CLAIM

sexual abuse claims must be filed (the "General Bar Date"). Except as described below, the Bar Date Order requires all Entities, other than Governmental Units, that have or assert any prepetition Claims against the Debtor to file proofs of claim with the Court so that their proofs of claim are received by the Court on the applicable bar date set forth herein. Please note that the terms "Entity", "Governmental Unit", and "Claim" are defined below.

PLEASE TAKE FURTHER NOTICE that for your convenience, enclosed with this notice (the "General Bar Date Notice") is a proof of claim form (the "Other Proof of Claim Form"). If this notice does not include a proof of claim form, a proof of claim form may be obtained from counsel for the Debtor (Felderstein Fitzgerald Willoughby & Pascuzzi LLP) at (916) 329-7400 or www.ffwplaw.com or the Claims Agent at **www.kccllc.net/stocktondiocese**.

### KEY DEFINITIONS

- As used in this Notice, the term "Entity" has the meaning given to it in section 101(15) of the Bankruptcy Code, and includes all persons (individuals, partnerships, and corporations), estates, trusts, Governmental Units, and the United States Trustee.

- As used in this Notice, the term "Governmental Unit" has the meaning given to it in section 101(27) of the Bankruptcy Code and includes the United States; states; commonwealths; districts; territories; municipalities; foreign states; or departments, agencies or instrumentalities of the foregoing.

- As used in this Notice, the term "Claim" shall mean, as to or against the Debtor and in accordance with section 101(5) of the Bankruptcy Code: (i) any right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured or unsecured; or (ii) any right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured or unsecured

**A CLAIMANT SHOULD CONSULT AN ATTORNEY IF THE CLAIMANT HAS ANY QUESTIONS, INCLUDING WHETHER SUCH CLAIMANT MUST FILE A PROOF OF CLAIM. A CLAIMANT MAY ALSO OBTAIN INFORMATION FROM THE OFFICIAL**

COMMITTEE OF UNSECURED CREDITORS BY CALLING ROBERT ORGEL AT PACHULSKI STANG ZIEHL & JONES LLP AT (310) 277-6910.

I.    WHO MUST FILE A PROOF OF CLAIM AND THE APPLICABLE BAR DATES

   A.    _**The Bar Dates**_:  The Bar Date Order establishes the following applicable bar dates for filing proofs of claim in this case:

      1.    The General Bar Date.  Except as set forth below, pursuant to the Bar Date Order, all Entities holding Claims, including Claims filed under section 503(b)(9) of the Bankruptcy Code, against the Debtor (whether secured, unsecured priority, or unsecured nonpriority) that arose prior to or on January 15, 2014, are required to file proofs of claim by the General Bar Date – **May 22, 2014**.

      2.    The Government Bar Date.  In accordance with section 503(b)(9) of the Bankruptcy Code, all Governmental Units holding Claims against the Debtor (whether secured, unsecured priority, or unsecured nonpriority) that arose prior to or on January 15, 2014, are required to file proofs of claim **on or before July 14, 2014** (the "Government Bar Date").

   B.    _**Entities that MUST File Proofs of Claim by the General Bar Date or the Governmental Bar Date**_:  Except as set forth in paragraph C below, the following Entities must file proofs of claim on or before the General Bar Date or, with respect to Claims of Governmental Units, on or before the Governmental Bar Date:

      1.    any entity or person whose Claim against the Debtor is not listed in the Debtor's Schedules or whose Claim is listed in the Schedules but is listed as disputed, contingent or unliquidated and that desires to participate in this chapter 11 case or share in any distribution in this chapter 11 case; and

      2.    any entity or person that believes that its Claim is improperly classified in the Schedules or is listed in an incorrect amount and that desires to have its Claim allowed in a classification or amount other than that identified in the Schedules.

PLEASE NOTE THAT INDIVIDUALS ASSERTING CLAIMS ARISING FROM SEXUAL ABUSE FOR WHICH SUCH INDIVIDUALS BELIEVE THE DEBTOR MAY BE LIABLE ARE INSTRUCTED TO FILE AN ABUSE PROOF OF CLAIM FORM, CONSISTENT WITH THE BAR DATE ORDER AND THE SEXUAL ABUSE CLAIM BAR DATE NOTICE.  SEXUAL ABUSE CLAIMANTS MAY OBTAIN COPIES OF THESE FORMS BY (1) CONTACTING COUNSEL FOR THE DEBTOR BETWEEN

**THE HOURS OF 9:00A.M. AND 5:00 P.M. (PREVAILING PACIFIC TIME), MONDAY THROUGH FRIDAY, AT 1-916-329-7400; (2) VISITING THE DEBTOR'S WEBSITE AT WWW.STOCKTONDIOCESE.ORG; (3) VISITING THE DEBTOR'S COUNSEL'S WEBSITE AT WWW.FFWPLAW.COM; (4) CONTACTING THE CLAIMS AGENT BETWEEN THE HOURS OF 8:00A.M. AND 5:00 P.M. (PREVAILING PACIFIC TIME), MONDAY THROUGH FRIDAY, AT THE ADDRESS SET FORTH HEREIN; OR (5) VISITING THE WEBSITE OF THE CLAIMS AGENT AT www.kccllc.net/stocktondiocese.**

     **C.**     _**Entities NOT Required to File Proofs of Claim by the General Bar Date**_: The Bar Date Order further provides that the following Entities need not file proofs of claim by the General Bar Date or the Government Bar Date, as applicable:

     1.     any person or entity that has already properly filed a proof of claim against the Debtor with the Clerk of the Court for the United States Bankruptcy Court for the Eastern District of California;

     2.     any person or entity: (i) whose claim is listed in the Schedules or any amendments thereto, and (ii) whose claim is not described therein as "disputed," "contingent," or "unliquidated," _and_ (iii) which does not dispute the amount or classification of its claim as set forth in the Schedules;

     3.     professionals retained pursuant to orders of this Court who assert administrative claims for payment of fees and expenses subject to the Court's approval pursuant to sections 330, 331(a) and 503(b) of the Bankruptcy Code;

     4.     any person or entity that asserts an administrative expense claim against the Debtor pursuant to sections 503(b)(1) through (8) of the Bankruptcy Code; and

     5.     any person or entity whose claim has been paid in full.

**II.     CONSEQUENCES OF FAILURE TO FILE PROOF OF CLAIM**

     Any Entity that is required to file a proof of claim, but fails to do so by the applicable Bar Date described in this General Creditor Bar Date Notice may be forever barred from (a) asserting such claim against the Debtor or its estate; (b) voting on any plan of reorganization or of liquidation filed in the Reorganization Case, and (c) participating in any distribution in the Reorganization Case on account of such claim, and that the Debtor need not provide further notices regarding such claim.

NOTICE OF BAR DATES FOR FILING
OF GENERAL PROOFS OF CLAIM

If it is unclear from the Schedules whether your Claim is disputed, contingent or unliquidated as to amount or is otherwise improperly listed and classified, you must file a proof of claim on or before the applicable Bar Date.  Any Entity that relies on the information in the Schedules bears responsibility for determining that its Claim is accurately listed therein.

**III.     RESERVATION OF RIGHTS**

The Debtor reserves the right to:  (i) dispute, or to assert offsets or defenses against, any filed Claim or any Claim listed or reflected in the Schedules as to nature, amount, liability, classification or otherwise; and (ii) subsequently designate any Claim as disputed, contingent, or unliquidated.  Nothing contained in this Notice shall preclude the Debtor from objecting to any Claim, whether scheduled or filed, on any grounds.

**IV.     PROCEDURE FOR FILING PROOFS OF CLAIM**

One original proof of claim and two copies must be sent by mail, by overnight delivery, courier or hand delivery to:  Roman Catholic Bishop of Stockton Claims Processing KCC, 2335 Alaska Avenue, El Segundo, CA 90245, so as to be received on or before the applicable Bar Date.  *Any proof of claim submitted by facsimile or e-mail __will not be accepted__ and will not be deemed filed until the proof of claim is submitted by the method described in the foregoing sentence.*  Proofs of claim will be deemed filed only when actually received by the Claims Agent.  If you wish to receive acknowledgement of the Claim Agent's receipt of your proof of claim, you also must submit by the applicable Bar Date and concurrently with submitting your original proof of claim:  (i) one additional copy of the original proof of claim; and (ii) a self-addressed, stamped return envelope.

Proofs of claim must include all documentation required by Bankruptcy Rule 3001(c) and 3001(d), including an original or a copy of any written document that forms the basis of the Claim or, for secured Claims, evidence that the alleged security interest has been perfected.  However, upon the advance express written consent of the Debtor, a claimant's proof of claim may be filed without the documents required by Bankruptcy Rules 3001(c) and 3001(d); provided, however, that any claimant that receives such a written consent will be required to transmit the documents in support of its Claim to the Claims Agent, the Debtor or other parties in

1  interest within ten (10) days after the date of a written request for such documents.

2  **V.      ADDITIONAL INFORMATION**

3         You may be listed as the holder of a Claim against the Debtor in the Schedules.  If you

4  hold or assert a Claim that is not listed in the Schedules or if you disagree with the amount or

5  priority of your Claim as listed in the Schedules, or your Claim is listed in the Schedules as

6  contingent, unliquidated, or disputed, you **must** file a proof of claim.  Copies of the Schedules

7  and the Bar Date Order are available for inspection during regular business hours at the office of

8  the Clerk of the Court, United States Bankruptcy Court for the Eastern District of California,

9  Robert T. Matsui United States Courthouse, 501 I Street, Sacramento, California.  In addition,

10  copies of the Debtor's Schedules and Bar Date Order may be obtained for a charge on the Internet

11  at:  the Court's website (http://www.caeb.uscourts.gov) by following the directions for accessing

12  the ECF (PACER) system on such web site (an account must be established); or for free at the

13  Claim Agent's Debtor-designated web page link located at: **www.kccllc.net/stocktondiocese.**

14         Questions concerning the contents of this Notice and requests for proofs of claim should

15  be directed to Debtor's Claims Agent at (310) 751-1492 between the hours of 8:00 a.m. and 5:00

16  p.m. (prevailing Pacific Time), Monday through Friday.  **Please note that the Claims Agent's**

17  **staff is not permitted to give you legal advice.  You should consult your own attorney for**

18  **assistance regarding any other inquiries, such as questions concerning the completion or**

19  **filing of a proof of claim.**

20  Dated: _____

21                              FELDERSTEIN FITZGERALD
                                WILLOUGHBY & PASCUZZI LLP
22

23                         By:_____
24                              PAUL J. PASCUZZI
                                Attorneys for Debtor and Debtor-In-Possession
25

26

27

28

NOTICE OF BAR DATES FOR FILING
                                OF GENERAL PROOFS OF CLAIM

# EXHIBIT D

1    STEVEN H. FELDERSTEIN, State Bar No. 056978
     PAUL J. PASCUZZI, State Bar No. 148810
2    JENNIFER E. NIEMANN, State Bar No. 142151
     FELDERSTEIN FITZGERALD
3    WILLOUGHBY & PASCUZZI LLP
     400 Capitol Mall, Suite 1750
4    Sacramento, CA 95814
     Telephone: (916) 329-7400
5    Facsimile: (916) 329-7435
     sfelderstein@ffwplaw.com
6    ppascuzzi@ffwplaw.com
     jniemann@ffwplaw.com
7
     Attorneys for The Roman Catholic Bishop of Stockton, a
8    corporation sole

9

                  UNITED STATES BANKRUPTCY COURT

10

                  EASTERN DISTRICT OF CALIFORNIA

11

                    SACRAMENTO DIVISION

12    In re:                        CASE NO. 14-20371-C-11

13

14    THE ROMAN CATHOLIC
     BISHOP OF STOCKTON, a
     California corporation sole,

15

16              Debtor-In-
             Possession.

17    **NOTICE OF BAR DATE FOR FILING OF SEXUAL ABUSE PROOFS OF CLAIM**

18                 **THIS IS AN IMPORTANT NOTICE**
                 **YOUR RIGHTS MAY BE AFFECTED**

19

20        **NOTE: _____, 2014, AT 4:00 P.M. PREVAILING PACIFIC**
     **TIME IS THE LAST DATE TO FILE ABUSE PROOFS OF CLAIM**

21        TO ALL PERSONS WITH KNOWN OR POTENTIAL CLAIMS ARISING FROM

22    SEXUAL ABUSE FOR WHICH SUCH PERSONS BELIEVE THE ROMAN CATHOLIC

23    BISHOP OF STOCKTON *aka* THE DIOCESE OF STOCKTON IS LIABLE:

24        PLEASE TAKE NOTICE that on January 15, 2014 (the "Petition Date"), the Roman

25    Catholic Bishop of Stockton (the "Debtor") filed a voluntary petition for relief under chapter 11

26    of title 11 of the United States Bankruptcy Code. You should carefully read this notice if you

27    believe that you have a claim arising from sexual abuse (an "Abuse Claim") for which you

28    believe the Debtor may be liable.

**YOU MAY WISH TO CONSULT AN ATTORNEY REGARDING THIS MATTER AND MAY ALSO OBTAIN INFORMATION FROM THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS BY CALLING (310) 277-6910.**

Par mas informacion, por favor visite:

- www.stocktondiocese.org

- www.kccllc.net/stocktondiocese

Xav paub ntau ntxiv, thov mus saib:

- www.stocktondiocese.org

- www.kccllc.net/stocktondiocese

For purposes of filing an Abuse Claim, "Abuse" means: any and all acts or omissions for which the Debtor may be legally responsible that in any way arise out of, are based upon, or involve sexual conduct or misconduct, sexual abuse or molestation, indecent assault and/or battery, rape, lascivious behavior, undue familiarity, pedophilia, ephebophilia, or sexually related psychological or emotional harm or contacts or interactions of a sexual nature between a child and an adult, or a non-consenting adult and another adult. A child or non-consenting adult may be Abused whether or not this activity involves explicit force, whether or not this activity involves genital or other physical contact and whether or not there is physical, psychological or emotional harm to the child or non-consenting adult.

A list of Abusers is attached to this notice. This list is not exhaustive. Possible abusers might include clergy members, employees, deacons, teachers, volunteers, or other personnel. The fact that this list does not include the name of the person who Abused you does not mean that you should not file an Abuse Proof of Claim Form.

The following additional information is available on the Official Committee of Unsecured Creditors' website at www.pszlaw.com/stocktondiocese.html: (i) an Abuse Proof of Claim Form; (ii) a list of names, dates, locations, and years of service of the Abusers; (iii) if available, pictures, of Abusers; (iv) copies of the Bar Date Order, and the Abuse Claim Bar Date Notice; (v) a list of Schools and Parishes in the area served by the Debtor from 1962 to 2014; and (vi) a list of Catholic-affiliated organizations located within the Debtor's geographic boundaries (the "Catholic Entities").

You may also obtain information or copies of the items listed above from: (A) counsel to the Official Committee of Unsecured Creditors (Robert Orgel at Pachulski Stang Ziehl & Jones LLP) at (310)-277-6910; or (B) counsel to the Debtor (Paul Pascuzzi at Felderstein Fitzgerald Willoughby & Pascuzzi LLP) at (916) 329-7400 or www.ffwplaw.com. You may wish to consult an attorney regarding this matter.

## <u>SUBMISSION DEADLINE</u>

The United States Bankruptcy Court for the Eastern District of California (the "Court") has entered an order (the "Bar Date Order") establishing _____, 2014 at 4:00 p.m. (prevailing Pacific Time) (the "Abuse Claim Bar Date") as the last date and time for each Abuse Claimant to submit a proof of claim form. A copy of the proof of claim form that has been specifically tailored for claims of Abuse Claimants (the "Abuse Proof of Claim Form") is included with this Notice. The Abuse Claim Bar Date and the procedures set forth below apply to all Abuse Claims against the Debtor based upon Abuse that occurred before January 15, 2014.

## <u>WHO MUST SUBMIT A PROOF OF CLAIM FORM</u>

If you believe that you have an Abuse Claim (which you may have even if you have never previously reported your Abuse or filed a lawsuit against the Debtor), **you <u>must</u> file an Abuse Proof of Claim Form** to maintain and/or preserve any claims that you have against the Debtor. **Even if you have already filed a lawsuit against the Debtor alleging abuse prior to January 15, 2014, you <u>must</u> still submit an Abuse Proof of Claim Form to maintain and/or preserve your rights in the Debtor's chapter 11 case.**

## <u>WHO SHOULD NOT FILE</u>

You should <u>not</u> file an Abuse Claim if:

- Your Abuse Claim has already been paid in full unless you believe the meditation or settlement process resulted in a settlement that you believe is misleading or unfair;

- You hold an Abuse Claim that has been allowed by an order of the Court on or before the Abuse Claim Bar Date;

- You hold an Abuse Claim under a mediation settlement and your only claim is for

NOTICE OF BAR DATE FOR FILING
OF ABUSE PROOFS OF CLAIM

the unpaid amount stated in the settlement agreement; or

- You do not have a claim against the Debtor.

**<u>WHAT TO FILE</u>**

**YOU MUST FILE AN ABUSE PROOF OF CLAIM FORM. YOU MAY OBTAIN A COPY OF THE ABUSE PROOF OF CLAIM FORM BY FOLLOWING THE INSTRUCTIONS BELOW.**

**<u>PROCEDURES FOR FILING AN ABUSE PROOF OF CLAIM FORM</u>**

To submit an Abuse Proof of Claim Form, you must take the following steps:

- Fill out the Abuse Proof of Claim Form.

- For additional copies of the Abuse Proof of Claim Form: (a) photocopy the Abuse Proof of Claim Form; (b) go to the website established by the Committee's counsel at www.pszlaw.com/stocktondiocese.html; (c) contact the Debtor's Claims Agent between the hours of 9:00 a.m. and 5:00 p.m. (prevailing Pacific time), Monday through Friday, at (310) 751-1492, or visit the Claims Agent's website at: www.kccllc.net/stocktondiocese; or (d) go to the web page established by the Debtor at www.stocktondiocese.org.

- **Please note that the Debtor's counsel, the Debtor's staff, the Claims Agent's staff and the Committee's Counsel are not permitted to give legal advice. You should consult your own attorney for assistance regarding any other inquiries, such as questions about completing or submitting an Abuse Proof of Claim Form.**

- **Do <u>not</u> file or mail the Abuse Proof of Claim Form with or to the Court. Instead, all Abuse Proof of Claim Forms should be sent to the Claims Agent at the address set forth below.**

- Return the completed Abuse Proof of Claim Form plus two copies to the Claims Agent at the address set forth below no later than _____, **2014 at 4:00 p.m. (prevailing Pacific Time).** Abuse Proof of Claim Forms will be deemed timely submitted only when they are **actually received** by the Claims Agent no later than

1    _____, 2014 at 4:00 p.m. (prevailing Pacific Time).

2    • **Please note that Abuse Proof of Claim Forms submitted by facsimile, telecopy**

3      **or electronic mail transmission will <u>not</u> be accepted and will <u>not</u> be deemed**

4      **filed.** If you are returning an Abuse Proof of Claim Form by mail, allow sufficient

5      mailing time so that the Abuse Proof of Claim Form is received on or before

6      _____, 2014 at 4:00 p.m. (prevailing Pacific Time). Abuse Proof of Claim

7      Forms that are postmarked before that date (<u>i.e.</u>, the Abuse Claim Bar Date) but

8      which are received by the Claims Agent after the Abuse Claim Bar Date will be

9      considered late.

10   • If an Abuse Claimant returns an Abuse Proof of Claim Form in person, by mail,

11     overnight delivery, or by courier service, the Abuse Proof of Claim Form should

12     be delivered to the following address, between the hours of 9:00 a.m. and 5:00

13     p.m. (prevailing Pacific Time), Monday through Friday:

14     **Roman Catholic Bishop of Stockton Claims Processing**
       **KCC**
15     **2335 Alaska Avenue**
       **El Segundo, CA 90245**
16

17   • If you are returning an Abuse Proof of Claim Form by mail, allow sufficient

18     mailing time so that the Abuse Proof of Claim Form is received on or before

19     _____, 2014 at 4:00p.m. (prevailing Pacific Time). If you wish to receive

20     acknowledgement of the Claim Agent's receipt of your proof of claim, you also

21     must submit to the Claims Agent by the applicable Bar Date and concurrently with

22     submitting your original proof of claim: (i) a third copy of the original proof of

23     claim; and (ii) a self-addressed, stamped return envelope.

24   <u>**CONSEQUENCES OF FAILURE TO FILE A PROOF OF CLAIM**</u>

25        The deadline for filing an Abuse Proof of Claim Form is _____, 2014 at 4:00 p.m.

26   **(prevailing Pacific Time).** Any person who has an Abuse Claim and does not file an Abuse

27   Proof of Claim by that date MAY NOT be treated as a creditor for voting or distribution purposes

28   under any plan of reorganization and such claims may be subject to discharge. Failure to file an

NOTICE OF BAR DATE FOR FILING
OF ABUSE PROOFS OF CLAIM

Abuse Claim may prevent such person from voting on any plan of reorganization in this case. Further, if such Abuse Claim is discharged, the Abuse Claimant will be forever barred and prevented from asserting his or her Abuse Claim against the Debtor or its property, and may not receive any payment or distribution in connection with such Abuse Claim.

### **CONFIDENTIALITY**

Pursuant to the Bar Date Order, Abuse Proofs of Claim will remain confidential in this bankruptcy case, unless you elect otherwise in Part 1 of the Abuse Proof of Claim Form. Therefore, the Abuse Proof of Claim Form that you file will not be available to the general public, but will be kept confidential, except that the Claims Agent will provide copies of Abuse Proof of Claim Forms to the Debtor, the Debtor's counsel, the Committee's counsel, and upon request, to the United States Trustee and to the following parties and to any additional parties the Committee approves but only after each party agrees to keep the information provided in the Abuse Proof of Claim Forms confidential:

(a)    Insurance companies that provided insurance that may cover the claims described in the Abuse Proof of Claim Forms.

(b)    Any future claims representative appointed under a plan of reorganization or by the Court.

(c)    Any judicial mediator, or special arbitrator/claims reviewer appointed to review and resolve the claims of Abuse Claimants.

(d)    Any settlement trustee appointed to administer payments to Abuse Claimants.

(e)    Members of the Committee and their personal counsel (after the Abuse Proof of Claim Form has been redacted to hide the Abuse Claimant's name, address and any other information identified in Part 2(A) of the Abuse Proof of Claim Form).

(f)    Such other persons as the Court determines should have the information in order to evaluate Abuse Claims.

Dated: _____

FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP

By:_____
PAUL J. PASCUZZI
Attorneys for Debtor and Debtor-In-Possession

NOTICE OF BAR DATE FOR FILING
OF ABUSE PROOFS OF CLAIM

**LIST OF ABUSERS**

NOTICE OF BAR DATE FOR FILING
OF ABUSE PROOFS OF CLAIM

# EXHIBIT E

**In re THE ROMAN CATHOLIC BISHOP OF STOCKTON**
**a California corporation sole**
**Case No.  14-20371-C-11**

**YOU MAY HAVE A CLAIM AGAINST**
**THE ROMAN CATHOLIC BISHOP OF STOCKTON *aka* THE**
**DIOCESE OF STOCKTON**

On January 15, 2014, The Roman Catholic Bishop of Stockton (the "Debtor") filed for protection under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Eastern District of California.

**THE LAST DAY TO FILE AN ABUSE CLAIM**
**AGAINST THE DEBTOR IS _____, 2014**
**AT 4:00 P.M. PREVAILING PACIFIC TIME.**

**IF YOU WERE ABUSED BY ANY MEMBER OF THE CLERGY**
**OR ANY OTHER PERSON CONNECTED WITH THE ROMAN**
**CATHOLIC BISHOP OF STOCKTON *aka* THE DIOCESE OF**
**STOCKTON, YOU MUST FILE A CLAIM BY _____, 2014**
**AT 4:00 P.M. PREVAILING PACIFIC TIME.**

For more information, including a complete list of all parishes and schools within the geographic territory of the Roman Catholic Bishop of Stockton, or to receive a proof of claim form and associated documents, please (1) visit the Debtor's designated web page at www.stocktondiocese.org; (2) visit the Debtor's Claims Agent's designated web page at:  www.kccllc.net/stocktondiocese; (3) call the Debtor's Claims Agent at (310) 751-1492; or (4) call counsel for the Official Committee of Unsecured Creditors appointed in this case, Robert Orgel at Pachulski Stang Ziehl & Jones LLP at (310) 277-6910.