1  STEVEN H. FELDERSTEIN, State Bar No.  056978
   PAUL J. PASCUZZI, State Bar No.  148810
2  JENNIFER E. NIEMANN, State Bar No. 142151
   FELDERSTEIN FITZGERALD
3  WILLOUGHBY & PASCUZZI LLP
   400 Capitol Mall, Suite 1750
4  Sacramento, CA  95814
   Telephone: (916) 329-7400
5  Facsimile: (916) 329-7435
   sfelderstein@ffwplaw.com
6  ppascuzzi@ffwplaw.com
   jniemann@ffwplaw.com
7
   Attorneys for The Roman Catholic Bishop of Stockton, a
8  corporation sole

9
                  UNITED STATES BANKRUPTCY COURT
10
                  EASTERN DISTRICT OF CALIFORNIA
11
                       SACRAMENTO DIVISION
12

13  In re:                              CASE NO.  14-20371-C-11

14  THE ROMAN CATHOLIC
    BISHOP OF STOCKTON, a               DCN:  FWP-10
15  California corporation sole,

16                 Debtor-In-
                   Possession.
17
                     PROOF OF PUBLICATION OF THE
18       NOTICE OF BAR DATE TO FILE SEXUAL ABUSE CLAIMS

19          Submitted herewith are the Proofs of Publication of the Notice of Bar Date to File Sexual

20  Abuse Claims from the following newspapers as required by the Order:  (1) Fixing Time For Filing

21  Proofs Of Claim; (2) Approving Claim Forms; And (3) Approving Manner And Form Of Notice entered

22  on May 8, 2014:

23

| Exhibit # | Paper | Date of Publication |
|-----------|-------|---------------------|
| 1 | USA Today National edition | May 15, 2014 |
| 2 | Fresno Bee | May 15, 2014 |
| 3 | Lodi News-Sentinel | May 15, 2014 |
| 4 | Los Angeles Times | May 14, 2014 |
| 5 | Manteca Bulletin | May 14, 2014 |
| 6 | Modesto Bee | May 15, 2014 |

| Exhibit # | Paper | Date of Publication |
|-----------|-------|---------------------|
| 7 | Sacramento Bee | May 14, 2014 |
| 8 | San Francisco Chronicle | May 14, 2014 |
| 9 | San Jose Mercury News | May 14, 2014 |
| 10 | Sonora Union Democrat | May 14, 2014 |
| 11 | Stockton Record | May 15, 2014 |
| 12 | Tracy Press | May 16, 2014 |
| 13 | Calaveras Enterprise | May 16, 2014 |
| 14 | Ceres Courier | May 14, 2014 |
| 15 | Linden Herald | May 15, 2014 |
| 16 | Mammoth Times | May 15, 2014 |
| 17 | Oakdale Leader | May 21, 2014 |
| 18 | Patterson Irrigator | May 15, 2014 |
| 19 | Ripon Record | May 21, 2014 |
| 20 | Riverbank News | May 21, 2014 |
| 21 | Turlock Journal | May 14, 2014 |
| 22 | Valley Springs News | May 16, 2014 |
| 23 | West Side Index | May 15, 2014 |

Dated: June 26, 2014

FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP


By:/s/ Paul J. Pascuzzi
    PAUL J. PASCUZZI
    Attorneys for Cha Cha Enterprises, LLC

Debtor's Motion to Establish Deadline for Filing
Motions for Allowance of Administrative Claims

# EXHIBIT 1



## VERIFICATION OF PUBLICATION

**COMMONWEALTH OF VIRGINIA**
**COUNTY OF FAIRFAX**

Being duly sworn, Toussaint Hutchinson says that he is the principal clerk of
USA TODAY, and is duly authorized by USA TODAY to make this affidavit, and is
fully acquainted with the facts stated herein: on **Thursday, May 15, 2014** the following
legal advertisement – **In re THE ROMAN CATHOLIC BISHOP OF STOCKTON**-
was published in the national edition of **USA TODAY.**

_____
Principal Clerk of USA TODAY
May 15, 2014

This _15th_ day of _May_ _____ month
_2014_ year.

_____
Notary Public

JULIE ROTH
NOTARY PUBLIC
REG. #7573317
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES DECEMBER 31, 2017

For advertising information: 1.800.397.0070 www.russelljohns.com/usat

**NOTICES**

**LEGAL NOTICE**

### In re THE ROMAN CATHOLIC BISHOP OF STOCKTON
### a California corporation sole
### Case No. 14-20371-C-11

#### YOU MAY HAVE A CLAIM AGAINST THE ROMAN CATHOLIC BISHOP OF STOCKTON *aka* THE DIOCESE OF STOCKTON

On January 15, 2014, The Roman Catholic Bishop of Stockton (the "Debtor") filed for protection under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Eastern District of California.

**THE LAST DAY TO FILE A SEXUAL ABUSE CLAIM AGAINST THE DEBTOR IS AUGUST 15, 2014 AT 4:00 P.M. PREVAILING PACIFIC TIME.**

**IF YOU WERE SEXUALLY ABUSED BY ANY MEMBER OF THE CLERGY OR ANY OTHER PERSON CONNECTED WITH THE ROMAN CATHOLIC BISHOP OF STOCKTON *aka* THE DIOCESE OF STOCKTON, YOU MUST FILE A CLAIM BY AUGUST 15, 2014 AT 4:00 P.M. PREVAILING PACIFIC TIME.**

For more information, including a complete list of all parishes and schools within the geographic territory of the Roman Catholic Bishop of Stockton, or to receive a proof of claim form and associated documents, please (1) visit the Debtor's designated web page at www.stocktondiocese.org; (2) visit the Debtor's Claims Agent's designated web page at: www.kccllc.net/stocktondiocese; (3) call the Debtor's Claims Agent at (310) 751-1492; or (4) call counsel for the Official Committee of Unsecured Creditors appointed in this case, Pachulski Stang Ziehl & Jones LLP at (888) 570-6217.

# MARKETPLACE TODAY

Do you have a business, real estate, or travel opportunity to market?

Do you have a product to sell or service to offer?

### *USA TODAY's MARKETPLACE TODAY*
is the answer, offering a variety of sizes and frequency rates to fit your budget.

For more information, contact us today: **1-800-397-0070**

Additional online listings are available on
**USATODAYclassifieds.com.**

# EXHIBIT 2

MILLER ADVERTISING

71 FIFTH AVE

NEW YORK                , NY  10003

# PROOF OF PUBLICATION

**In re THE ROMAN CATHOLIC BISHOP OF STOCKTON**

**a California corporation sole**
**Case No. 14-20371-C-11**

**YOU MAY HAVE A CLAIM AGAINST THE ROMAN CATHOLIC BISHOP OF STOCKTON *aka* THE DIOCESE OF STOCKTON**

On January 15, 2014, The Roman Catholic Bishop of Stockton (the "Debtor") filed for protection under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Eastern District of California.

**THE LAST DAY TO FILE A SEXUAL ABUSE CLAIM AGAINST THE DEBTOR IS AUGUST 15, 2014 AT 4:00 P.M. PREVAILING PACIFIC TIME.**

**IF YOU WERE SEXUALLY ABUSED BY ANY MEMBER OF THE CLERGY OR ANY OTHER PERSON CONNECTED WITH THE ROMAN CATHOLIC BISHOP OF STOCKTON *aka* THE DIOCESE OF STOCKTON, YOU MUST FILE A CLAIM BY AUGUST 15, 2014 AT 4:00 P.M. PREVAILING PACIFIC TIME.**

For more information, including a complete list of all parishes and schools within the geographic territory of the Roman Catholic Bishop of Stockton, or to receive a proof of claim form and associated documents, please (1) visit the Debtor's designated web page at www.stocktondiocese.org; (2) visit the Debtor's Claims Agent's designated web page at: www.kccllc.net/stocktondiocese; (3) call the Debtor's Claims Agent at (310) 751-1492; or (4) call counsel for the Official Committee of Unsecured Creditors appointed in this case, Pachulski Stang Ziehl & Jones LLP at (888) 570-6217.

FPROOFAD

The undersigned states:

McClatchy Newspapers in and on all dates herein stated was a corporation, and the owner and publisher of The Fresno Bee.

The Fresno Bee is a daily newspaper of general circulation now published, and on all-the-dates herein stated was published in the City of Fresno, County of Fresno, and has been adjudged a newspaper of general circulation by the Superior Court of the County of Fresno, State of California, under the date of November 22, 1994, Action No. 520058-9.

The undersigned is and on all dates herein mentioned was a citizen of the United States, over the age of twenty-one years, and is the principal clerk of the printer and publisher of said newspaper; and that the notice, a copy of which is hereto annexed, marked Exhibit A, hereby made a part hereof, was published in The Fresno Bee in each issue thereof (in type not smaller than nonpareil), on the following dates.

May 15, 2014

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

Dated  MAY  15, 2014

C. Williams

# EXHIBIT 3

PROOF OF PUBLICATION

(2015.5 C.C.C.P.)

STATE OF CALIFORNIA

County of San Joaquin

I am a citizen of the United States and a resident of the County aforesaid: I am over the age of eighteen years and not a party to or interested in the above entitled matter.  I am the principal clerk of the printer of the Lodi News-Sentinel, a newspaper of general circulation, printed and published daily except Sundays, Mondays and holidays, in the City of Lodi, California, County of San Joaquin and which newspaper had been adjudicated a newspaper of general circulation by the Superior Court, Department 3, of the County of San Joaquin, State of California, under the date of May 26th, 1953.  Case Number 65990; that the notice of which the annexed is a printed copy (set in type not smaller than non-pareil) has been published in each regular and entire issue of said newspaper and  not in any supplement thereto on the following dates to-wit:

May 15th,

all in the years 2014

I certify (or declare) under the penalty of perjury that the foregoing is true and correct.

Dated at Lodi, California, United Sates of America this 15th day of May 2014.

_____
          Signature

This space is for the County Clerk's Filing Stamp

Proof of Publication
In re The Roman Catholic Bishop of Stockton

**In re THE ROMAN CATHOLIC BISHOP OF STOCKTON**
**a California corporation sole**
**Case No. 14-20371-C-11**

**YOU MAY HAVE A CLAIM AGAINST THE ROMAN CATHOLIC BISHOP OF STOCKTON *aka* THE DIOCESE OF STOCKTON**

On January 15, 2014, The Roman Catholic Bishop of Stockton (the "Debtor") filed for protection under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Eastern District of California.

**THE LAST DAY TO FILE A SEXUAL ABUSE CLAIM AGAINST THE DEBTOR IS AUGUST 15, 2014 AT 4:00 P.M. PREVAILING PACIFIC TIME.**

**IF YOU WERE SEXUALLY ABUSED BY ANY MEMBER OF THE CLERGY OR ANY OTHER PERSON CONNECTED WITH THE ROMAN CATHOLIC BISHOP OF STOCKTON *aka* THE DIOCESE OF STOCKTON, YOU MUST FILE A CLAIM BY AUGUST 15, 2014 AT 4:00 P.M. PREVAILING PACIFIC TIME.**

For more information, including a complete list of all parishes and schools within the geographic territory of the Roman Catholic Bishop of Stockton, or to receive a proof of claim form and associated documents, please (1) visit the Debtor's designated web page at www.stocktondiocese.org; (2) visit the Debtor's Claims Agent's designated web page at: www.kccllc.net/stocktondiocese; (3) call the Debtor's Claims Agent at (310) 751-1492; or (4) call counsel for the Official Committee of Unsecured Creditors appointed in this case, Pachulski Stang Ziehl & Jones LLP at (888) 570-6217.          May 15, 2014 — 135515

# EXHIBIT 4

# Los Angeles Times
## MEDIA GROUP

**PROOF OF PUBLICATION**
**(2015.5 C.C.P.)**

**STATE OF ILLINOIS**
**County of Cook**

I am a citizen of the United States and a
resident of the County aforesaid; I am
over the age of eighteen years, and not
a party to or interested in the action for
which the attached notice was published.
I am a principal clerk of the Los Angeles Times,
which was adjudged a newspaper of general
circulation on May 20, 1952, Cases 598599 for
the City of Los Angeles, County of Los Angeles,
and State of California. Attached to this
Affidavit is a true and complete copy as was
printed and published on the following
date(s):
May 14, 2014

I certify (or declare) under penalty of perjury
under the laws of the State of California that the foregoing is true
and correct.

Dated at Chicago, Illinois
on this 14 day of MAY, 2014.

_____
[Signature]

435 N. Michigan Ave.
Chicago, IL 60611

**In re THE ROMAN CATHOLIC
BISHOP OF STOCKTON
a California corporation sole
Case No. 14-20371-C-11**

**YOU MAY HAVE A CLAIM AGAINST
THE ROMAN CATHOLIC
BISHOP OF STOCKTON *aka*
THE DIOCESE OF STOCKTON**

On January 15, 2014, The Roman Catholic Bishop of Stockton (the "Debtor") filed for protection under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Eastern District of California.

**THE LAST DAY TO FILE A SEXUAL
ABUSE CLAIM AGAINST THE DEBTOR
IS AUGUST 15, 2014 AT 4:00 P.M.
PREVAILING PACIFIC TIME.**

**IF YOU WERE SEXUALLY ABUSED BY
ANY MEMBER OF THE CLERGY OR
ANY OTHER PERSON CONNECTED
WITH THE ROMAN CATHOLIC BISHOP
OF STOCKTON *aka* THE DIOCESE
OF STOCKTON, YOU MUST FILE A
CLAIM BY AUGUST 15, 2014 AT 4:00 P.M.
PREVAILING PACIFIC TIME.**

For more information, including a complete list of all parishes and schools within the geographic territory of the Roman Catholic Bishop of Stockton, or to receive a proof of claim form and associated documents, please (1) visit the Debtor's designated web page at www.stocktondiocese.org; (2) visit the Debtor's Claims Agent's designated web page at: www.kccllc.net/stocktondiocese; (3) call the Debtor's Claims Agent at (310) 751-1492; or (4) call counsel for the Official Committee of Unsecured Creditors appointed in this case, Pachulski Stang Ziehl & Jones LLP at (888) 570-6217.

Filed 06/26/14    Case 14-20371    Doc 295

Client Name:
Advertiser:
Section/Page/Zone: BUSINESS/B007/EAST
Description:

Ad Number:
Insertion Number:
Size:
Color Type:

This electronic tearsheet confirms the ad appeared in the Los Angeles Times on the date and page indicated. You may not create derivative works, or in any way exploit or repurpose any content.

# Los Angeles Times

**Publication Date: 05/14/2014**

# MARKETPLACE

## JOBS • REAL ESTATE • MORE

*Los Angeles Times*
latimes.com/placead
To place an ad call 1(800) 234-4444

---

## In re THE ROMAN CATHOLIC BISHOP OF STOCKTON

a California corporation sole

Case No. 14-20371-C-11

### YOU MAY HAVE A CLAIM AGAINST THE ROMAN CATHOLIC BISHOP OF STOCKTON aka THE DIOCESE OF STOCKTON

On January 15, 2014, The Roman Catholic Bishop of Stockton (the "Debtor") filed for protection under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Eastern District of California.

**THE LAST DAY TO FILE A SEXUAL ABUSE CLAIM AGAINST THE DEBTOR IS AUGUST 15, 2014 AT 4:00 P.M. PREVAILING PACIFIC TIME.**

IF YOU WERE SEXUALLY ABUSED BY ANY MEMBER OF THE CLERGY OR ANY OTHER PERSON CONNECTED WITH THE ROMAN CATHOLIC BISHOP OF STOCKTON aka THE DIOCESE OF STOCKTON, YOU MUST FILE A CLAIM BY AUGUST 15, 2014 AT 4:00 P.M. PREVAILING PACIFIC TIME.

For more information, including a complete list of all parishes and schools within the geographic territory of the Roman Catholic Bishop of Stockton, or to receive a proof of claim form and associated documents, please (1) visit the Debtor's designated web page at www.stocktondiocese.org; (2) visit the Debtor's Claims Agent's designated web page at: www.kccllc.net/stocktondiocese; (3) call the Debtor's Claims Agent at (310) 751-1492; or (4) call counsel for the Official Committee of Unsecured Creditors appointed in this case, Pachulski Stang Ziehl & Jones LLP at (888) 570-6217.

---

## HOW TO PLACE AN AD

Self-service 24/7:
latimes.com/placead

Contact us by phone 24/7:
800-234-4444

JUMBLE

love is...
...when you don't want the moment to go.

# EXHIBIT 5

PUBLIC NOTICE
MILLER LEGAL SERVICES
P.O. BOX 14317
CHICAGO, IL. 60614-0317

MB#05-31

State of California
County of San Joaquin        2015.5 C.C.P.

of the said County, being duly sworn, deposes and says:

I am a citizen of the United States and a resident of the County aforesaid, I am over the age of eighteen years, and not a party to or interested in the above entitled matter. I am the principal clerk of the printer of the Manteca Bulletin, a newspaper of general circulation, printed and published Daily in the City of Manteca, California, County of San Joaquin, and which newspaper has been adjudged a newspaper of general circulation by the Superior Court, Department 4, of the County of San Joaquin, State of California, under the date of May 12th 1952, Case Number 52904; that the notice, of which the annexed is printed copy (set in type not smaller than non-pareil), has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to wit:

### MAY 14,

All in the Year        **2014**

I certify (or Declare), under penalty of perjury that the foregoing is true and correct.

Dated at Manteca, California, this day of:

**May 14, 2014**
Date

*signature*
Signature

## MANTECA BULLETIN

DENNIS WYATT - Editor
P.O. Box 1958
531 East Yosemite Ave.
Manteca, California 95336-0912
Phone (209)249-3500
Fax (209) 249-3551

## AFFIDAVIT OF PUBLICATION

**In re THE ROMAN CATHOLIC BISHOP OF STOCKTON**
**a California corporation sole**
**Case No. 14-20371-C-11**

**YOU MAY HAVE A CLAIM AGAINST THE ROMAN CATHOLIC BISHOP OF STOCKTON aka THE DIOCESE OF STOCKTON**

On January 15, 2014, The Roman Catholic Bishop of Stockton (the "Debtor") filed for protection under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Eastern District of California.

**THE LAST DAY TO FILE A SEXUAL ABUSE CLAIM AGAINST THE DEBTOR IS AUGUST 15, 2014 AT 4:00 P.M. PREVAILING PACIFIC TIME.**

**IF YOU WERE SEXUALLY ABUSED BY ANY MEMBER OF THE CLERGY OR ANY OTHER PERSON CONNECTED WITH THE ROMAN CATHOLIC BISHOP OF STOCKTON aka THE DIOCESE OF STOCKTON, YOU MUST FILE A CLAIM BY AUGUST 15, 2014 AT 4:00 P.M. PREVAILING PACIFIC TIME.**

For more information, including a complete list of all parishes and schools within the geographic territory of the Roman Catholic Bishop of Stockton, or to receive a proof of claim form and associated documents, please (1) visit the Debtor's designated web page at www.stocktondiocese.org; (2) visit the Debtor's Claims Agent's designated web page at: www.kccllc.net/stocktondiocese; (3) call the Debtor's Claims Agent at (310) 751-1492; or (4) call counsel for the Official Committee of Unsecured Creditors appointed in this case, Pachulski Stang Ziehl & Jones LLP at (888) 570-6217.

Publication Date: 05/14/2014. MB#05-31

## Miscellaneous Legals

NOTICE OF TRUSTEE'S SALE TS No. CA-13-606870-JP Order No.: 1567268 YOU ARE IN DEFAULT UNDER A DEED OF TRUST DATED 12/7/2004. UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT A LAWYER. A public auction sale to the highest bidder for cash, cashier's check drawn on a state or national bank, check drawn by state or federal credit union, or a check drawn by a state or federal savings and loan association, or savings association, or savings bank specified in Section 5102 to the Financial Code and authorized to do business in this state, will be held by duly appointed trustee. The sale will be made, but without covenant or warranty, expressed or implied, regarding title, possession, or encumbrances, to pay the remaining principal sum of the note(s) secured by the Deed of Trust, with interest and late charges thereon, as provided in the note(s), advances, under the terms of the Deed of Trust, interest thereon, fees, charges and expenses of the Trustee for the total amount (at the time of the initial publication of the Notice of Sale) reasonably estimated to be set forth below. The amount may be greater on the day of sale. BENEFICIARY MAY ELECT TO BID LESS THAN THE TOTAL AMOUNT DUE. Trustor(s): EDWARD ABREW ANDTAMARA ABREW HUSBAND AND WIFE AS JOINT TENANTS Recorded: 12/20/2004 as Instrument No. 2004-289425 of Official Records in the office of the Recorder of SAN JOAQUIN County, California; Date of Sale: 6/4/2014 at 10:00:00 AM Place of Sale: At the East Weber Avenue entrance to the County Courthouse, 222 East Weber Avenue, Stockton, CA 95201 Amount of unpaid balance and other charges: $409,643.96 The purported property address is: 1588 TERRACINA CIR, MANTECA, CA 95336 Assessor's Parcel No.: 202-390-04 NOTICE TO POTENTIAL BIDDERS: If you are considering bidding on this property lien, you should understand that there are risks involved in bidding at a trustee auction. You will be bidding on a lien, not on the property itself. Placing the highest bid at a trustee auction does not automatically entitle you to free and clear ownership of the property. You should also be aware that the lien being auctioned off may be a junior lien. If you are the highest bidder at the auction, you are or may be responsible for paying off all liens senior to the lien being auctioned off, before you can receive clear title to the property. You are encouraged to investigate the existence, priority, and size of outstanding liens that may exist on this property by contacting the county recorder's office or a title insurance company, either of which may charge you a fee for this information. If you consult either of these resources, you should be aware that the same lender may hold more than one mortgage or deed of trust on the property. NOTICE TO PROPERTY OWNER: The sale date shown on this notice of sale may be postponed one or more times by the mortgagee, beneficiary, trustee, or a court, pursuant to Section 2924g of the California Civil Code. The law requires that information about trustee sale postponements be made available to you and to the public, as a courtesy to those not present at the sale. If you wish to learn whether your sale date has been postponed, and, if applicable, the rescheduled time and date for the sale of this property, you may call 714-730-2727 for information regarding the trustee's sale or visit this Internet Web site http://www.qualityloan.com , using the file number assigned to this foreclosure by the Trustee: CA-13-606870-JP . Information about postponements that are very short in duration or that occur close in time to the scheduled sale may not immediately be reflected in the telephone information or on the Internet Web site. The best way to verify postponement information is to attend the scheduled sale. The undersigned Trustee disclaims any liability for any incorrectness of the property address or other common designation, if any, shown herein. If no street address or other common designation is shown, directions to the location of the property may be obtained by sending a written request to the beneficiary within 10 days of the date of first publication of this Notice of Sale. If the Trustee is unable to convey title for any reason, the successful bidder's sole and exclusive remedy shall be the return of monies paid to the Trustee, and the successful bidder shall have no further recourse. If the sale is set aside for any reason, the Purchaser at the sale shall be entitled only to a return of the deposit paid. The Purchaser shall have no further recourse against the Mortgagor, the Mortgagee, or the Mortgagee's Attorney. If you have previously been discharged through bankruptcy, you may have been released of personal liability for this loan in which case this letter is intended to exercise the note holders right's against the real property only. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit report agency if you fail to fulfill the terms of your credit obligations. QUALITY MAY BE CONSIDERED A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. Date: Quality Loan Service Corporation 2141 5th Avenue San Diego, CA 92101 619-645-7711 For NON SALE information only Sale Line: 714-730-2727 Or Login to: http://www.qualityloan.com Reinstatement Line: (866) 645-7711 Ext 5318 Quality Loan Service Corp. TS No.: CA-13-606870-JP IDSPub #0065795 Publication Dates: 5/14/2014 5/21/2014 5/28/2014
**MB#05-06**

**PUBLIC NOTICE FICTITIOUS BUSINESS NAME STATEMENT #2014-0459076**

The Following person (persons) is (are) doing business as:
Loft, Loft Vineyards, Loft Wines, Loft Wine Cellars.
12001 S. Highway 99
Manteca, CA 95336
Delicato Vineyards
12001 S. Highway 99
Manteca, CA 95336
This business is conducted by: a corporation
The registrant(s) commenced or will commence to transact business under the fictitious business name or names above on:
N/A
This statement was filed with the County Recorder of San Joaquin County On: May 9, 2014
Signed: Dorothy Indelicato
I hereby certify that this copy is a correct copy of the original statement on file in my office. I declare that all information in this statement is true and correct.
Kenneth W. Blakemore
Recorder/County Clerk
County of San Joaquin
Publication Dates:
May 14, 21, 28, & June 4, 2014
**MB#05-33**

**PUBLIC NOTICE FICTITIOUS BUSINESS NAME STATEMENT #2014-046453**

The Following person (persons) Is (are) doing business as:
T & J Services
951 Hardwood Ct.
Manteca, CA 95336
Anthony Rodriguez
951 Hardwood Ct.
Manteca, CA 95336
This business is conducted by: an individual
The registrant(s) commenced or will commence to transact business under the fictitious business name or names above on:
08/2013
This statement was filed with the County Recorder of San Joaquin County On: May 12, 2014
Signed:Anthony Rodriguez
I hereby certify that this copy is a correct copy of the original statement on file in my office. I declare that all information in this statement is true and correct.
Kenneth W. Blakemore
Recorder/County Clerk
County of San Joaquin
Publication Dates:
May 14, 21, 28, & June 4, 2014
**MB#05-32**

**PUBLIC NOTICE NOTICE OF PETITION TO ADMINISTER ESTATE OF**

LeRoy Joseph Bernardo, aka LeRoy J. Bernardo
Case Number: 39-2014-00309988-PR-LA-STK
To all heirs, beneficiaries, creditors, contingent creditors, and persons who may otherwise be interested in the will or estate, or both of:
LeRoy Joseph Bernardo, aka LeRoy J. Bernardo
**A Petition for Probate** has been filed by: Deawn Bernardo Weiher & Raelean Bernardo Godfrey in the Superior Court of California, County of SAN JOAQUIN.
The Petition for Probate requests that: Deawn Bernardo Weiher & Raelean Bernardo Godfrey be appointed as personal representative to administer the estate of the decedent.
The petition requests authority to administer the estate under the Independent Administration of Estates Act. (This authority will allow the personal representative to take many actions without obtaining court approval. Before taking certain very important actions, however, the personal representative will be required to give notice to interested persons unless they have waived notice or consented to the proposed action.) The independent administration authority will be granted unless an interested person files an objection to the petition and shows good cause why the court should not grant the authority.
**A hearing on the petition will be held in this court as follows:** Date: June 02, 2014 at 8:30 A.M., in Dept. 24 located at **SUPERIOR COURT OF CALIFORNIA, COUNTY OF** San Joaquin, 222 East Weber Ave., P.O. Box 201022 Stockton, CA., 95201.
**If you object** to the granting of the petition, you should appear at the hearing and state your objections or file written objections with the court before the hearing. Your appearance may be in person or by your attorney.
**If you are a creditor or a contingent creditor of the decedent,** you must file your claim with the court and mail a copy to the personal representative appointed by the court within the **later of either (1) four months** from the date of first issuance of letters to a general personal representative as defined in section 58 (b) of the California as provided in Probate Code, or (2) 60 days from the date of mailing or personal delivery to you of a notice under section 9052 of the California Probate Code.
**Other California statues and legal authority may affect your rights as a creditor. You may want to consult with an attorney knowledgeable in California law.**
**You may examine the file kept by the court.** If you are a person interested in the estate, you may file with the court a Request for Special Notice (form DE-154) of the filing of an inventory and appraisal of estate assets or of any petition or account as provided in Probate Code section 1250. A Request for Special Notice form is available from the court clerk.
Attorney for petitioner
Louis J. Willett, Attorney at Law
39300 Civic Center Drive
Fremont, CA 94538
510-791-2244
Publication Dates:
April 30, & May 7, 14, 2014
**MB#04-66**

**T.S. No.: 2013-00308-CA**
**Loan No.: 2678050**

**NOTICE OF TRUSTEE'S SALE**

**PURSUANT TO CIVIL CODE § 2923.3(a), THE SUMMARY OF INFORMATION REFERRED TO BELOW IS NOT ATTACHED TO THE RECORDED COPY OF THIS DOCUMENT BUT ONLY TO THE COPIES PROVIDED TO THE TRUSTOR.**

NOTE: THERE IS A SUMMARY OF THE INFORMATION IN THIS DOCUMENT ATTACHED

**YOU ARE IN DEFAULT UNDER A DEED OF TRUST DATED 08/12/1991. UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT A LAWYER.**

A public auction sale to the highest bidder for cash, cashier's check drawn on a state or national bank, check drawn by a state or federal credit union, or a check drawn by a state or federal savings and loan association, or savings association, or savings bank specified in Section 5102 of the Financial Code and authorized to do business in this state will be held by the duly appointed trustee as shown below, of all right, title, and interest conveyed to and now held by the trustee in the hereinafter described property under and pursuant to a Deed of Trust described below. The sale will be made, but without covenant or warranty, expressed or implied, regarding title, possession, or encumbrances, to pay the remaining principal sum of the note(s) secured by the Deed of Trust, with interest and late charges thereon, as provided in the note(s), advances, under the terms of the Deed of Trust, interest thereon, fees, charges and expenses of the Trustee for the total amount (at the time of the initial publication of the Notice of Sale) reasonably estimated to be set forth below. The amount may be greater on the day of sale.

Trustor: **MICHAEL J. SHELBY AND GLENDA M. SHELBY, HUSBAND AND WIFE**
Duly Appointed Trustee: **Western Progressive, LLC**
Recorded **08/23/1991** as Instrument No. **91081984** in book ---, page --- and of Official Records in the office of the Recorder of **San Joaquin** County, California,
Date of Sale: **06/09/2014** at 09:00 AM
Place of Sale: **At the East Weber Avenue entrance to the County Courthouse 222 East Weber Avenue, Stockton, CA**

Estimated amount of unpaid balance and other charges: **$100,183.19**

Note: Because the Beneficiary reserves the right to bid less than the total debt owed, it is possible that at the time of the sale the opening bid may be less than the total debt

Street Address or other common designation of real property: **1760 New Horizons Drive, Manteca, CA 95336**
A.P.N.: **208-320-11**

The undersigned Trustee disclaims any liability for any incorrectness of the street address or other common designation, if any, shown above. If no street address or other common designation is shown, directions to the location of the property may be obtained by sending a written request to the beneficiary within 10 days of the date of first publication of this Notice of Sale.

**NOTICE TO POTENTIAL BIDDERS:** If you are considering bidding on this property lien, you should understand that there are risks involved in bidding at a trustee auction. You will be bidding on a lien, not on the property itself. Placing the highest bid at a trustee auction does not automatically entitle you to free and clear ownership of the property. You should also be aware that the lien being auctioned off may be a junior lien. If you are the highest bidder at the auction, you are or may be responsible for paying off all liens senior to the lien being auctioned off, before you can receive clear title to the property. You are encouraged to investigate the existence, priority, and size of outstanding liens that may exist on this property by contacting the county recorder's office or a title insurance company, either of which may charge you a fee for this information. If you consult either of these resources, you should be aware that the same lender may hold more than one mortgage or deed of trust on this property.

**NOTICE TO PROPERTY OWNER:** The sale date shown on this notice of sale may be postponed one or more times by the mortgagee, beneficiary, trustee, or a court, pursuant to Section 2924g of the California Civil Code. The law requires that information about trustee sale postponements be made available to you and to the public, as a courtesy to those not present at the sale. If you wish to learn whether your sale date has been postponed, and, if applicable, the rescheduled time and date for the sale of this property, you may call **(866)-960-8299** or visit this Internet Web site http://altisource.com/resware/TrusteeServicesSearch.aspx using the file number assigned to this case **2013-00308-CA**. Information about postponements that are very short in duration or that occur close in time to the scheduled sale may not immediately be reflected in the telephone information or on the Internet Web site. The best way to verify postponement information is to attend the scheduled sale

Date: May 2, 2014
**Western Progressive, LLC , LLC., as Trustee**
**c/o 30 Corporate Park, Suite 450**
**Irvine, CA 92606**
**Automated Sale Information Line:** (866) 960-8299 http://altisource.com/resware/TrusteeServicesSearch.aspx
**For Non-Automated Sale Information, call: (866) 240-3530**

**THIS FIRM IS ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE**
Publication dates: May 14, 21, 28, 2014
**MB#05-07**

T.S. No.: **2013-28576**
Loan No.: **7141799010**

**NOTICE OF TRUSTEE'S SALE**

**PURSUANT TO CIVIL CODE § 2923.3(a), THE SUMMARY OF INFORMATION REFERRED TO BELOW IS NOT ATTACHED TO THE RECORDED COPY OF THIS DOCUMENT BUT ONLY TO THE COPIES PROVIDED TO THE TRUSTOR.**

NOTE: THERE IS A SUMMARY OF THE INFORMATION IN THIS DOCUMENT ATTACHED
注：本文件包含一个信息摘要
참고사항: 본 첨부 문서에 정보 요약서가 있습니다
NOTA: SE ADJUNTA UN RESUMEN DE LA INFORMACIÓN DE ESTE DOCUMENTO
TALA: MAYROONG BUOD NG IMPORMASYON SA DOKUMENTONG ITO NA NAKALAKIP
LƯU Ý: KÈM THEO ĐÂY LÀ BẢN TRÌNH BÀY TÓM LƯỢC VỀ THÔNG TIN TRONG TÀI LIỆU NÀY

**YOU ARE IN DEFAULT UNDER A DEED OF TRUST DATED 1/23/2007. UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT A LAWYER.**

A public auction sale to the highest bidder for cash, cashier's check drawn on a state or national bank, check drawn by a state or federal credit union, or a check drawn by a state or federal savings and loan association, or savings association, or savings bank specified in Section 5102 of the Financial Code and authorized to do business in this state will be held by the duly appointed trustee as shown below, of all right, title, and interest conveyed to and now held by the trustee in the hereinafter described property under and pursuant to a Deed of Trust described below. The sale will be made, but without covenant or warranty, expressed or implied, regarding title, possession, or encumbrances, to pay the remaining principal sum of the note(s) secured by the Deed of Trust, with interest and late charges thereon, as provided in the note(s), advances, under the terms of the Deed of Trust, interest thereon, fees, charges and expenses of the Trustee for the total amount (at the time of the initial publication of the Notice of Sale) reasonably estimated to be set forth below. The amount may be greater on the day of sale.

Trustor: **CONNIE LYNN GOODWIN, A MARRIED WOMAN AS HER SOLE AND SEPARATE PROPERTY**
Duly Appointed Trustee: **Western Progressive, LLC**
Recorded **1/30/2007** as Instrument No. **2007-020284** in book ---, page --- and rerecorded on --- as --- of Official Records in the office of the Recorder of **San Joaquin** County, California,
Date of Sale: **6/2/2014** at **9:00 AM**
Place of Sale: **At the East Weber Avenue entrance to the County Courthouse 222 East Weber Avenue, Stockton, CA**

Estimated amount of unpaid balance and other charges: **$351,004.96**

Note: Because the Beneficiary reserves the right to bid less than the total debt owed, it is possible that at the time of the sale the opening bid may be less than the total debt.

Street Address or other common designation of real property: **2071 THAMES PL, MANTECA, CALIFORNIA 95336-6346**
A.P.N.: **216-020-39**

The undersigned Trustee disclaims any liability for any incorrectness of the street address or other common designation, if any, shown above. If no street address or other common designation is shown, directions to the location of the property may be obtained by sending a written request to the beneficiary within 10 days of the date of first publication of this Notice of Sale.

**NOTICE TO POTENTIAL BIDDERS:** If you are considering bidding on this property lien, you should understand that there are risks involved in bidding at a trustee auction. You will be bidding on a lien, not on the property itself. Placing the highest bid at a trustee auction does not automatically entitle you to free and clear ownership of the property. You should also be aware that the lien being auctioned off may be a junior lien. If you are the highest bidder at the auction, you are or may be responsible for paying off all liens senior to the lien being auctioned off, before you can receive clear title to the property. You are encouraged to investigate the existence, priority, and size of outstanding liens that may exist on this property by contacting the county recorder's office or a title insurance company, either of which may charge you a fee for this information. If you consult either of these resources, you should be aware that the same lender may hold more than one mortgage or deed of trust on this property.

**NOTICE TO PROPERTY OWNER:** The sale date shown on this notice of sale may be postponed one or more times by the mortgagee, beneficiary, trustee, or a court, pursuant to Section 2924g of the California Civil Code. The law requires that information about trustee sale postponements be made available to you and to the public, as a courtesy to those not present at the sale. If you wish to learn whether your sale date has been postponed, and, if applicable, the rescheduled time and date for the sale of this property, you may call **(866)-960-8299** or visit this Internet Web site http://altisource.com/resware/TrusteeServicesSearch.aspx using the file number assigned to this case **2013-28576**. Information about postponements that are very short in duration or that occur close in time to the scheduled sale may not immediately be reflected in the telephone information. The best way to verify postponement information is to attend the scheduled sale

Date: 4/19/2014
**Western Progressive, LLC, as Trustee**
**c/o 30 Corporate Park, Suite 450**
**Irvine, CA 92606**
**Automated Sale Information Line: (866) 960-8299**
http://altisource.com/resware/TrusteeServicesSearch.aspx
**For Non-Automated Sale Information, call: (866) 240-3530**

Tamika Smith, Trustee Sale Assistant
Publication Dates: May 7, 14, & 21, 2014
**MB#04-61**

THIS FIRM IS ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE

T.S. No.: 2013-28576
Loan No.: 7141799010

NOTICE OF TRUSTEE'S SALE

PURSUANT TO CIVIL CODE § 2923.3(a), THE SUMMARY OF INFORMATION REFERRED TO BELOW IS NOT ATTACHED TO THE RECORDED COPY OF THIS DOCUMENT BUT ONLY TO THE COPIES PROVIDED TO THE TRUSTOR.

NOTE: THERE IS A SUMMARY OF THE INFORMATION IN THIS DOCUMENT ATTACHED
注：本文件包含一个信息摘要
참고사항: 본 첨부 문서에 정보 요약서가 있습니다
NOTA: SE ADJUNTA UN RESUMEN DE LA INFORMACIÓN DE ESTE DOCUMENTO
TALA: MAYROONG BUOD NG IMPORMASYON SA DOKUMENTONG ITO NA NAKALAKIP
LƯU Ý: KÈM THEO ĐÂY LÀ BẢN TRÌNH BÀY TÓM LƯỢC VỀ THÔNG TIN TRONG TÀI LIỆU NÀY

YOU ARE IN DEFAULT UNDER A DEED OF TRUST DATED 1/23/2007. UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT A LAWYER.

A public auction sale to the highest bidder for cash, cashier's check drawn on a state or national bank, check drawn by a state or federal credit union, or a check drawn by a state or federal savings and loan association, or savings association, or savings bank specified in Section 5102 of the Financial Code and authorized to do business in this state will be held by the duly appointed trustee as shown below, of all right, title, and interest conveyed to and now held by the trustee in the hereinafter described property under and pursuant to a Deed of Trust described below. The sale will be made, but without covenant or warranty, expressed or implied, regarding title, possession, or encumbrances, to pay the remaining principal sum of the note(s) secured by the Deed of Trust, with interest and late charges thereon, as provided in the note(s), advances, under the terms of the Deed of Trust, interest thereon, fees, charges and expenses of the Trustee for the total amount (at the time of the initial publication of the Notice of Sale) reasonably estimated to be set forth below. The amount may be greater on the day of sale.

Trustor: CONNIE LYNN GOODWIN, A MARRIED WOMAN AS HER SOLE AND SEPARATE PROPERTY
Duly Appointed Trustee: Western Progressive, LLC
Recorded 1/30/2007 as Instrument No. 2007-020284 in book ---, page --- and rerecorded on --- as --- of Official Records in the office of the Recorder of San Joaquin County, California,
Date of Sale: 6/2/2014 at 9:00 AM
Place of Sale: At the East Weber Avenue entrance to the County Courthouse 222 East Weber Avenue, Stockton, CA

Estimated amount of unpaid balance and other charges: $351,004.96

Note: Because the Beneficiary reserves the right to bid less than the total debt owed, it is possible that at the time of the sale the opening bid may be less than the total debt.

Street Address or other common designation of real property: 2071 THAMES PL. MANTECA, CALIFORNIA 95336-6346
A.P.N.: 216-020-39

The undersigned Trustee disclaims any liability for any incorrectness of the street address or other common designation, if any, shown above. If no street address or other common designation is shown, directions to the location of the property may be obtained by sending a written request to the beneficiary within 10 days of the date of first publication of this Notice of Sale.

NOTICE TO POTENTIAL BIDDERS: If you are considering bidding on this property lien, you should understand that there are risks involved in bidding at a trustee auction. You will be bidding on a lien, not on the property itself. Placing the highest bid at a trustee auction does not automatically entitle you to free and clear ownership of the property. You should also be aware that the lien being auctioned off may be a junior lien. If you are the highest bidder at the auction, you are or may be responsible for paying off all liens senior to the lien being auctioned off, before you can receive clear title to the property. You are encouraged to investigate the existence, priority, and size of outstanding liens that may exist on this property by contacting the county recorder's office or a title insurance company, either of which may charge you a fee for this information. If you consult either of these resources, you should be aware that the same lender may hold more than one mortgage or deed of trust on this property.

NOTICE TO PROPERTY OWNER: The sale date shown on this notice of sale may be postponed one or more times by the mortgagee, beneficiary, trustee, or a court, pursuant to Section 2924g of the California Civil Code. The law requires that information about trustee sale postponements be made available to you and to the public, as a courtesy to those not present at the sale. If you wish to learn whether your sale date has been postponed, and, if applicable, the rescheduled time and date for the sale of this property, you may call (866)-960-8299 or visit this Internet Web site http://altisource.com/resware/TrusteeServicesSearch.aspx using the file number assigned to this case 2013-28576. Information about postponements that are very short in duration or that occur close in time to the scheduled sale may not immediately be reflected in the telephone information. The best way to verify postponement information is to attend the scheduled sale

Date: 4/19/2014
Western Progressive, LLC, as Trustee
c/o 30 Corporate Park, Suite 450
Irvine, CA 92606
Automated Sale Information Line: (866) 960-8299
http://altisource.com/resware/TrusteeServicesSearch.aspx
For Non-Automated Sale Information, call: (866) 240-3530

Tamika Smith, Trustee Sale Assistant

THIS FIRM IS ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE
Publication dates: May 7, 14, & 21, 2014
**MB#04-48**

**In re THE ROMAN CATHOLIC BISHOP OF STOCKTON**
**a California corporation sole**
**Case No. 14-20371-C-11**

**YOU MAY HAVE A CLAIM AGAINST THE ROMAN CATHOLIC BISHOP OF STOCKTON *aka* THE DIOCESE OF STOCKTON**

On January 15, 2014, The Roman Catholic Bishop of Stockton (the "Debtor") filed for protection under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Eastern District of California.

**THE LAST DAY TO FILE A SEXUAL ABUSE CLAIM AGAINST THE DEBTOR IS AUGUST 15, 2014 AT 4:00 P.M. PREVAILING PACIFIC TIME.**

**IF YOU WERE SEXUALLY ABUSED BY ANY MEMBER OF THE CLERGY OR ANY OTHER PERSON CONNECTED WITH THE ROMAN CATHOLIC BISHOP OF STOCKTON *aka* THE DIOCESE OF STOCKTON, YOU MUST FILE A CLAIM BY AUGUST 15, 2014 AT 4:00 P.M. PREVAILING PACIFIC TIME.**

For more information, including a complete list of all parishes and schools within the geographic territory of the Roman Catholic Bishop of Stockton, or to receive a proof of claim form and associated documents, please (1) visit the Debtor's designated web page at www.stocktondiocese.org; (2) visit the Debtor's Claims Agent's designated web page at: www.kccllc.net/stocktondiocese; (3) call the Debtor's Claims Agent at (310) 751-1492; or (4) call counsel for the Official Committee of Unsecured Creditors appointed in this case, Pachulski Stang Ziehl & Jones LLP at (888) 570-6217.

Publication Date: 05/14/2014. **MB#05-31**

# EXHIBIT 6

# DECLARATION OF PUBLICATION
## (C.C.P. S2015.5)

**COUNTY OF STANISLAUS**
**STATE OF CALIFORNIA**

I am a citizen of the United States and a resident of the County aforesaid; I am over the age of eighteen years, and not a party to or interested in the above entitled matter. I am a printer and principal clerk of the publisher of
**THE MODESTO BEE,**
which has been adjudged a newspaper of general circulation by the Superior Court of the County of **STANISLAUS**, State of California, under the date of **February 25, 1951, Action No. 46453.** The notice of which the annexed is a printed copy has been published in each issue thereof on the following dates, to wit:

### MAY     15,     2014

---

I certify (or declare) under penalty of perjury that the foregoing is true and correct and that this declaration was executed at **MODESTO**, California on

**MAY     15,     2014**

*Lisa G. Canen*

(Signature)

---

In re THE ROMAN CATHOLIC
BISHOP OF STOCKTON
a California corporation sole
Case No. 14-20371-C-11

YOU MAY HAVE A CLAIM AGAINST
THE ROMAN CATHOLIC
BISHOP OF STOCKTON *aka*
THE DIOCESE OF STOCKTON

On January 15, 2014, The Roman Catholic Bishop of Stockton (the "Debtor") filed for protection under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Eastern District of California.

THE LAST DAY TO FILE A SEXUAL
ABUSE CLAIM AGAINST THE
DEBTOR IS AUGUST 15, 2014 AT
4:00 P.M. PREVAILING PACIFIC TIME.

IF YOU WERE SEXUALLY ABUSED BY
ANY MEMBER OF THE CLERGY OR
ANY OTHER PERSON CONNECTED
WITH THE ROMAN CATHOLIC BISHOP
OF STOCKTON *aka* THE DIOCESE
OF STOCKTON, YOU MUST FILE A
CLAIM BY AUGUST 15, 2014 AT 4:00 P.M.
PREVAILING PACIFIC TIME.

For more information, including a complete list of all parishes and schools within the geographic territory of the Roman Catholic Bishop of Stockton, or to receive a proof of claim form and associated documents, please (1) visit the Debtor's designated web page at www.stocktondiocese.org; (2) visit the Debtor's Claims Agent's designated web page at: www. kccllc.net/stocktondiocese; (3) call the Debtor's Claims Agent at (310) 751-1492; or (4) call counsel for the Official Committee of Unsecured Creditors appointed in this case, Pachulski Stang Ziehl & Jones LLP at (888) 570-6217.

# EXHIBIT 7

# The Sacramento Bee

P.O. Box 15779 • 2100 Q Street • Sacramento, CA 95852

**MILLER ADVERTISING**
**ADAM LEVIN**
**PO BOX 14317**
**CHICAGO, IL 60614**

DECLARATION OF PUBLICATION
(C.C.P. 2015.5)

COUNTY OF SACRAMENTO
STATE OF CALIFORNIA

I am a citizen of the United States and
a resident of the County aforesaid;
I am over the age of eighteen
years, and not a party to or interest
ed in the above entitled matter. I am
the printer and principal clerk of the
publisher of The Sacramento Bee,
printed and published in the City of
Sacramento, County of Sacramento,
State of California, daily, for which
said newspaper has been adjudged
a newspaper of general circulation by
the Superior Court of the County of
Sacramento, State of California,
under the date of September 26, 1994,
Action No. 379071; that the notice of
which the annexed is a printed copy,
has been published in each issue
thereof and not in any supplement
thereof on the following dates, to wit:

**May 14, 2014**

I certify (or declare) under penalty of
perjury that the foregoing is true and
correct and that this declaration was
executed at Sacramento, California,
on **May 14, 2014**

(Signature)

---

In re THE ROMAN CATHOLIC
BISHOP OF STOCKTON
a California corporation sole
Case No. 14-20371-C-11

YOU MAY HAVE A CLAIM AGAINST
THE ROMAN CATHOLIC
BISHOP OF STOCKTON *aka*
THE DIOCESE OF STOCKTON

On January 15, 2014, The Roman Catholic Bishop
of Stockton (the "Debtor") filed for protection
under chapter 11 of title 11 of the United States
Code in the United States Bankruptcy Court for
the Eastern District of California.

THE LAST DAY TO FILE A SEXUAL
ABUSE CLAIM AGAINST THE
DEBTOR IS AUGUST 15, 2014 AT
4:00 P.M. PREVAILING PACIFIC TIME.

IF YOU WERE SEXUALLY ABUSED BY
ANY MEMBER OF THE CLERGY OR
ANY OTHER PERSON CONNECTED
WITH THE ROMAN CATHOLIC BISHOP
OF STOCKTON *aka* THE DIOCESE
OF STOCKTON, YOU MUST FILE A
CLAIM BY AUGUST 15, 2014 AT 4:00 P.M.
PREVAILING PACIFIC TIME.

For more information, including a complete
list of all parishes and schools within the
geographic territory of the Roman Catholic
Bishop of Stockton, or to receive a proof of
claim form and associated documents, please
(1) visit the Debtor's designated web page at
www.stocktondiocese.org; (2) visit the Debtor's
Claims Agent's designated web page at: www.
kccllc.net/stocktondiocese; (3) call the Debtor's
Claims Agent at (310) 751-1492; or (4) call
counsel for the Official Committee of Unsecured
Creditors appointed in this case, Pachulski Stang
Ziehl & Jones LLP at (888) 570-6217.

# EXHIBIT 8

## DECLARATION OF PUBLICATION OF

# San Francisco Chronicle | SFGate.com

I, Beth Donida, declare that:

The Miller Advertising Agency advertisement has been published in the

### San Francisco Chronicle | SFGate.com

which is and was at all times herein mentioned established as newspaper of general circulation in the City and County of San Francisco, State of California, as the term is defined by section 6000 of the Government Code.

### San Francisco Chronicle | SFGate.com

901 Mission Street
San Francisco, CA 94013

From _____5/14/14_____

To _____5/14/14_____

Namely on_Wednesday, 5/14/14._

(Dates of Publication)

I declare under penalty and perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 14th day of May, 2014 at San Francisco, California.

Beth Donida                              See attached

State of California
County of San Francisco    }

On _May 14_, 2014 before me, David Miller, Notary Public, personally appeared
_____Beth Donida_____

_____

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are
subscribed to the within instrument and acknowledged to me that he/she/they executed the same
in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument
the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under **PENALTY OF PERJURY** under the laws of the State of California that the
foregoing paragraph is true and correct.

*WITNESS* my hand and official seal.

_____
Notary Public Signature

DAVID JESS MILLER
COMM. # 1889577
NOTARY PUBLIC - CALIFORNIA
CITY AND COUNTY OF SAN FRANCISCO
MY COMM. EXP. MAY 16, 2014

Notary Public Seal

Filed 06/26/14    Case 14-20371                                    Doc 29



*Wheels For Wishes*

Benefiting

MAKE·A·WISH®
Greater Bay Area

100% Tax Deductible

*Free Vehicle Pickup ANYWHERE
*We Accept All Vehicles Running or Not
We Also Accept Boats, Motorcycles & RVs

WheelsForWishes.org    **Call: (415) 766-0711**

oversaw the rescue oper- ation involving some 400 rescuers.

The accident occurred when the workers were preparing for a shift change, officials said, which likely raised the casualty toll because there were more miners inside than usual.

Yildiz said the deaths were caused by carbon monoxide poisoning and feared the toll could end up much higher than the latest count of 166 work- ers.

He said rescue opera- tions were hindered because the mine had not completely been cleared of gas.

Authorities say the disaster followed an ex- plosion and fire caused by a power distribution unit.

Nurettin Akcul, a min- ing trade union leader,

# DISCOUNT FABRICS

# MAY SPECIALS

**Fabric Prints**
Choice of 100% cotton or cotton blend
Any width, 36 to 120" wide

Take an extra
**20%** OFF
OUR EVERYDAY LOW PRICES

*********************************************

**Silks**
Our entire inventory of Imported Silks

Take an extra
**20%** OFF
OUR EVERYDAY LOW PRICES

*********************************************

**African Prints**
Our entire selection of Ethnic & Imported Colorful Fabrics

Take an extra
**20%** OFF
OUR EVERYDAY LOW PRICES

*********************************************

**Cinco de Mayo Celebration Special**

All our ribbons & many satins 50% off
All our Tule - Nylons - Illusions

**20-50%** OFF
LOOK FOR SPECIAL TAGS.

*********************************************

**Canvas – Duck Natural Color**
100% Cotton 56 to 80" wide
All Thicknesses 7 oz - 20 oz

Take an extra
**20%** OFF
OUR EVERYDAY LOW PRICES

**Price & Selection Important? Visit our stores!**
Our prices are honest prices. We do not mark up existing prices for a fake discount sale.

**Two Warehouse Locations:**

BERKELEY
510.548.2981
3006 San Pablo Ave @ Ashby

SAN FRANCISCO
415.495.4201
201 11th Street @ Howard

**OPEN 7 DAYS A WEEK FROM 10-6**
2315 Irving St @ 24th Ave. • San Francisco, CA - 10-5:45
**www.discountfabrics-sf.com**

**In re THE ROMAN CATHOLIC BISHOP OF STOCKTON**
**a California corporation sole**
**Case No. 14-20371-C-11**

**YOU MAY HAVE A CLAIM AGAINST THE ROMAN CATHOLIC BISHOP OF STOCKTON *aka* THE DIOCESE OF STOCKTON**

On January 15, 2014, The Roman Catholic Bishop of Stockton (the "Debtor") filed for protection under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Eastern District of California.

**THE LAST DAY TO FILE A SEXUAL ABUSE CLAIM AGAINST THE DEBTOR IS AUGUST 15, 2014 AT 4:00 P.M. PREVAILING PACIFIC TIME.**

**IF YOU WERE SEXUALLY ABUSED BY ANY MEMBER OF THE CLERGY OR ANY OTHER PERSON CONNECTED WITH THE ROMAN CATHOLIC BISHOP OF STOCKTON *aka* THE DIOCESE OF STOCKTON, YOU MUST FILE A CLAIM BY AUGUST 15, 2014 AT 4:00 P.M. PREVAILING PACIFIC TIME.**

For more information, including a complete list of all parishes and schools within the geographic territory of the Roman Catholic Bishop of Stockton, or to receive a proof of claim form and associated documents, please (1) visit the Debtor's designated web page at www.stocktondiocese.org; (2) visit the Debtor's Claims Agent's designated web page at: www.kcclic.net/stocktondiocese; (3) call the Debtor's Claims Agent at (310) 751-1492; or (4) call counsel for the Official Committee of Unse- cured Creditors appointed in this case, Pachulski Stang Ziehl & Jones LLP at (888) 570-6217.

# EXHIBIT 9

# San Jose Mercury News

750 RIDDER PARK DRIVE
SAN JOSE, CALIFORNIA 95190
408-920-5332

Legal No.     **0005181492**

## PROOF OF PUBLICATION

### IN THE
### CITY OF SAN JOSE
### STATE OF CALIFORNIA
### COUNTY OF SANTA CLARA

MILLER ADVERTISING
71 FIFTH AVE
NEW YORK NY 10003-0000

### FILE NO. R5120034

In the matter of

The San Jose Mercury News

The undersigned, being first duly sworn, deposes and says: That at all times hereinafter mentioned affiant was and still is a citizen of the United States, over the age of eighteen years, and not a party to or interested in the above entitled proceedings; and was at and during all said times and still is the principal clerk of the printer and publisher of the San Jose Mercury News, a newspaper of general circulation printed and published daily in the city of San Jose in said County of Santa Clara, State of California as determined by the court's decree dated June 27, 1952, case numbers 84096 and 84097, and that said San Jose Mercury News is and was at all times herein mentioned a newspaper of general circulation as that term is defined by Sections 6000 and following, of the Government Code of the State of California and, as provided by said sections, is published for the dissemination of local or telegraphic news and intelligence of a general character, having a bona fide subscription list of paying subscribers, and is not devoted to the interests or published for the entertainment or instruction of a particular class, professional, trade, calling, race or denomination, or for the entertainment and instruction of any number of such classes, professionals, trades, callings, races or denominations; that at all times said newspaper has been established, printed and published in the said city of San Jose in said County and State at regular intervals for more than one year preceding the first publication of the notice herein mentioned. Said decree has not been revoked, vacated or set aside.

I declare that the notice, of which the annexed is a true printed copy, has been published in each regular or entire issue of said newspaper and not in any supplement thereof on the following dates, to wit:

**5/15/2014**

Dated at San Jose, California
05/15/14

I declare under penalty of perjury that the foregoing is true and correct.

Signed _̲_̲_̲_̲_̲_̲_̲_̲_̲_̲_̲_̲_̲_̲_̲_̲_̲_̲_̲_̲_̲_̲_̲_̲_̲_̲_̲_̲

Principal clerk of the printer and publisher of the San Jose Mercury News.

---

In re **THE ROMAN CATHOLIC BISHOP OF STOCKTON**
a California corporation sole
Case No. 14-20371-C-11

### YOU MAY HAVE A CLAIM AGAINST THE ROMAN CATHOLIC BISHOP OF STOCKTON *aka* THE DIOCESE OF STOCKTON

On January 15, 2014, The Roman Catholic Bishop of Stockton (the "Debtor") filed for protection under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Eastern District of California.

**THE LAST DAY TO FILE A SEXUAL ABUSE CLAIM AGAINST THE DEBTOR IS AUGUST 15, 2014 AT 4:00 P.M. PREVAILING PACIFIC TIME.**

**IF YOU WERE SEXUALLY ABUSED BY ANY MEMBER OF THE CLERGY OR ANY OTHER PERSON CONNECTED WITH THE ROMAN CATHOLIC BISHOP OF STOCKTON *aka* THE DIOCESE OF STOCKTON, YOU MUST FILE A CLAIM BY AUGUST 15, 2014 AT 4:00 P.M. PREVAILING PACIFIC TIME.**

For more information, including a complete list of all parishes and schools within the geographic territory of the Roman Catholic Bishop of Stockton, or to receive a proof of claim form and associated documents, please (1) visit the Debtor's designated web page at www.stocktondiocese.org; (2) visit the Debtor's Claims Agent's designated web page at: www.kccllc.net/stocktondiocese; (3) call the Debtor's Claims Agent at (310) 751-1492; or (4) call counsel for the Official Committee of Unsecured Creditors appointed in this case, Pachulski Stang Ziehl & Jones LLP at (888) 570-6217.

# EXHIBIT 10

# Affidavit of Publication

## STATE OF CALIFORNIA, COUNTY OF TUOLUMNE

I, **Tiffany Jepson**, a citizen of the United States and a resident of the county aforesaid; I am over the age of eighteen years, and not party to or interested in the above-entitled matter. I am the principal clerk of the printer of

# The Union Democrat

a daily newspaper of general circulation, printed and published in the City of Sonora, County of Tuolumne, and which newspaper has been adjudged a newspaper of general circulation by the Superior Court of the County of Tuolumne, State of California, under the date of March 21, 1952, case number 7594; that the notice of which the annexed is a printed copy (set in type not smaller than nonpareil), has been published and not in any supplement thereof on the following dates, to-wit:

**Acct Name:** R5120022  Levin, Adam
**Legal Description:**

**05/14/2014**

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

Dated at Sonora, California, this 14 day of May, 2014.

_____
Signature

## AFFIDAVIT OF PUBLICATION

Filed _____

By _____

From the Office of _____

Attorney for _____

No. _____

In the _____ Court of the

**STATE OF CALIFORNIA**
**for the**
**COUNTY OF TUOLUMNE**

Filed 06/26/14

Case ER 20171

Doc 1

KAYOT '74 CUSTOM HOUSEBOAT. Lake Don Pedro, private dock $85K (408) 559-9424

**LOWE 14 feet 2008 Sea Nymph V**



**$4,500.**
2007 EZ Loader Trailer, bimini, battery w/plug-in jack, fish finder/new in box, 2 removable seats, spare tire, 2 oars & oarlocks, 2 gas cans, Call: (209) 533-1930

**MONTEREY '07**



190hp 4.3L 31-hrs. on eng. Includes extras! $15,500 obo 533-1466

**REINELL 2002 185 FS V-6 4.3 GL**



**$10,000 OBO**
Penta, Bimini top, under floor storage, low hours (78), well maintained, trolling motor, fish finder, bait tank, Please call (209) 743-8251 or (209) 852-9624

**820**
**Utility Trailers**



TRAILS WEST '03 Santa Fe 4-Horse, slant bumper pull trailer. $9,500. 714-655-5120 or 626-318-0867

**835**
**Parts/Accessories**

CHEVY '63 FLATBED 1-ton, No motor, Extra doors / hood / cowling. $600. obo 770-2754

*Turn clutter into cash.*
Advertise in The Union Democrat Classified Section
588-4515

FORD '94 EXPLORER 4WD Auto, V-6 Motor. Runs Gd. $350. (Bad Tranny) Ph. 795-5042

Classified Ads Work For You!
*588-4515*

---

Date: 4/18/2014 02:27P DEBORAH BAUTISTA, COUNTY AUDITOR - CONTROLLER
The following Person(s) is (are) doing business as: Fictitious Business Name (s):
A) LOTUS ROOTS TEA & APOTHECARY
B) HALE ROOTS
C) LOTUS ROOTS
Street address of principal place of business: 161 South Washington Street Sonora, CA 95370
Business Mailing Address: 4501 North Wilson Way, Stockton, CA 95205

---

The registrant commenced to transact business under the fictitious business name or names listed above on: 04/01/2014
This Business is conducted by: a corporation. I declare that all information in this statement is true and correct. (A registrant who declares as true any material matter pursuant to Section 17913 of the Business and Professions Code that the registrant knows to be false is guilty of a misdemeanor punishable by a fine not to

---



**Call 533-3614 to read all about it!**


The Union Democrat

---

**PUBLIC NOTICE**  **PUBLIC NOTICE**  **PUBLIC NOTICE**

**X** In re THE ROMAN CATHOLIC BISHOP OF STOCKTON
a California corporation sole
Case No. 14-20371-C-11

YOU MAY HAVE A CLAIM AGAINST THE ROMAN CATHOLIC BISHOP OF STOCKTON *aka* THE DIOCESE OF STOCKTON

On January 15, 2014, The Roman Catholic Bishop of Stockton (the "Debtor") filed for protection under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Eastern District of California.

THE LAST DAY TO FILE A SEXUAL ABUSE CLAIM AGAINST THE DEBTOR IS AUGUST 15, 2014 AT 4:00 P.M. PREVAILING PACIFIC TIME.

IF YOU WERE SEXUALLY ABUSED BY ANY MEMBER OF THE CLERGY OR ANY OTHER PERSON CONNECTED WITH THE ROMAN CATHOLIC BISHOP OF STOCKTON *aka* THE DIOCESE OF STOCKTON, YOU MUST FILE A CLAIM BY AUGUST 15, 2014 AT 4:00 P.M. PREVAILING PACIFIC TIME.

For more information, including a complete list of all parishes and schools within the geographic territory of the Roman Catholic Bishop of Stockton, or to receive a proof of claim form and associated documents, please (1) visit the Debtor's designated web page at www.stocktondiocese.org; (2) visit the Debtor's Claims Agent's designated web page at: www.kccllc.net/stocktondiocese; (3) call the Debtor's Claims Agent at (310) 751-1492; or (4) call counsel for the Official Committee of Unsecured Creditors appointed in this case, Pachulski Stang Ziehl & Jones LLP at (888) 570-6217.

Pub. Date May 14, 2014, The Union Democrat, Sonora, CA 95370

# EXHIBIT 11

**PROOF OF PUBLICATION**
**NOTICE**

**STATE OF CALIFORNIA**
**COUNTY OF SAN JOAQUIN**

THE UNDERSIGNED SAYS:

I am a citizen of the United States and
a resident of San Joaquin County; I am
over the age of 18 years and not a part
to or interested in the above-entitled
matter. I am the principal legal advertising
clerk of the printer of THE RECORD, a
newspaper of general publication, printed
and published daily in the City of Stockton,
County of San Joaquin and which
newspaper has been adjudged a
newspaper of general circulation in
the City of Stockton and the County
of San Joaquin by the Superior Court
of the County of San Joaquin, State of
California, under the date of February
26, 1952, File No. 52857, San Joaquin
County Records; that the notice of
which the annexed is a printed copy
(set in type not smaller than nonpareil),
has been published in each regular and
entire issue of said newspaper and
not in any supplement thereof on the
following dates,
To wit: *May 15, 2014*

I declare under penalty of perjury that the
foregoing is true and correct.
Executed on: *May 15, 2014*
In Stockton, California.

*Carlette Schnell*

Carlette Schnell, Legal Adv. Clerk
The Record Newspaper

BMW 1993 525, motor/tranny just done. New catalytic. Runs exc. Black black interior. $3500. 209-456-4471

BUICK 1986 LeSabre. 4 dr. automatic, reliable. Smogged & licensed. $400 down, $2895. 209-406-4636.

CHEVROLET 1999 Malibu. Auto. 180k miles. Loaded, runs well. $2500. 209-230-0725.

CHEVY 2004 Impala, FBI/ GOV Auto, well maintained, 101k mi, V6, smog & tag, 4/15. $5600/ bo 209-679-1045

CHEVY 1972 Monte Carlo
$1500. Project car! 209-986-2947

CHRYSLER 2006 - 300C Hemi. Ivory, Sedan, Auto, 8-cyl, 2 WD, 65,622 mi, Loaded, Power brakes, Power steering, CD, A/C, AM/FM, stereo, low miles, new tires, sunroof, leather int. Very clean. Like new. $10,500. 209-832-0212.

FORD 2001 Focus, runs good. Needs smog and back reg. Call for details. $1700 obo. 209-547-0790.

JAGUAR 1973 XJ6L needs interior, good running car, $1500 /obo. 209-808-4964

LEXUS 2008 ES 350. 1 owner, clean title. Pearl/ White, leather, 78k mi. $15,500. 209-598-3984

LINCOLN 1993 Town Car, super clean, lic. and smog, new tires, 117k miles. $3250 /obo. 209-982-4459

MAZDA 2002 Miata MX5 Convertible. 11,450 mi. 5 speed. CD, 4 wheel disc brakes, elect. door locks with remote. $9000 Firm. Must see 209-368-0490.

MERCEDES 1998 190E. 2.3, 4 door, Current tags. $1000 / obo

MERCEDES 1974 450slc. Blue. Exc. cond. Sunroof, power windows. $3500. 209-271-1625.

MERCURY 2003 GRAND MARQUIS Silver. 155,000 miles. Loaded. $3500. Call for info: 415-799-6151.

MERCURY 2003 Gran Marquis. Runs like new $3500/OBO. One owner. Call 209-200-0234

OLDS 1991 Cutlass, conv. top, 2 dr, 6 cyl., extra clean, all pwr, everything works. $1200 /obo. 209-808-4964

PONTIAC 1969 FIREBIRD 350 V-8, all original, auto Trans. $3,500. (310)694-2035.

TOYOTA 2001 Prius Hybrid $1600. Runs, Reg'ad. Needs Brake boost. Call (209) 981-5855.

TOYOTA 1993 Tercel DX, new tires & rims, needs motor & some interior work. $1300/obo. 209-271-5793

Collectors' Cars                        8355

AUTO SWAP MEET AND CAR SHOW
HELD INDOORS & OUTDOORS
6 AM To 3 PM - Sun., May 18th
Stockton Fairgrounds
OPEN Rain or Shine! 209-948-5307

CHEVROLET 1977 EL CAMINO
Good running motor, needs restoring
$3500. Call 209-271-5793

CHEVROLET 1952 Deluxe. 2 door hard top. All original, 6 cylinder, automatic Trans. $3,500 (310)694-2035.

CHEVY 1974 NOVA sedan, needs work, runs, sold as is $2400 /obo Good body 209-542-0336 / 472-1730

HOT ROD NIGHT EVERY FIRST and THIRD FRIDAY!!
April through October • 6-9 pm
at Royce Farms BBQ this Friday
8 Mile Road & Hwy 99
★ LIVE MUSIC ★ ★ RAFFLES ★

PLYMOUTH 1951 Kambrook (2), one good cond., one for parts. Both run, non op. $7500 obo. 209-470-6553.

Pick-Ups, Trucks                        8555

CHEVY 1954 Panel. Good condition. All original. Nothing missing. $3500. 209-465-1839

DODGE 1996 RAM 1500 Laramie runs very well, tags until next year, smog cert. $3500. 209-948-3588

GMC 1964 Pickup, long bed, V6, 3 speed, $2500. 209-986-2947

Sport Utility Vehicles                  8655

JEEP 1956 WILLYS, roller, needs to be restored. $1500. 209-808-6500

Trucks, Commercial                      8675

FREIGHTLINER 1990 CONV. CHASSIS ONLY. ALUMINUM FRAME 10 Speed DETRIOT engine. $6000. 209-462-8707

Autos Wanted                            8955

DONATE YOUR CAR TO VETERANS TODAY! Help those in Need! Your vehicle donation will help US Troops and support our Veterans! 100% tax deductible. Fast Free pickup! CALL 1- 800-912-5462. (CDCN)

Petitioner, Rosemary Parris filed a petition with this court for a decree changing names as follows: Rosemary Parris to Kanika Aisha Parris

THE COURT ORDERS that all persons interested in this matter shall appear before this court at the hearing indicated below to show cause, if any, why the petition for change of name should not be granted. Any person objecting to the name changes described above must file a written objection that includes the reasons for the objection at least two court days before the matter is scheduled to be heard and must appear at the hearing to show cause why the petition should not be granted. If no written objection is timely filed, the court may grant the petition without a hearing.

NOTICE OF HEARING
Date: June 20, 2014, Time: 1100 a.m., Dept 17. The address of the court is same as noted above. A copy of this Order to Show Cause shall be published at least once each week for four successive weeks prior to the date set for hearing on the petition in the following newspaper of general circulation, printed in this county: The Record.
Date: April 18, 2014
Charlotte J. Orcutt, Judge of Superior Court
Petitioner: Kanika A. Parris, 3364 Matterhorn Dr, Stockton, CA 95212
Filed: April 18, 2014

Rosa Junqueiro, Clerk
Lanna Vallerga, Deputy
#1002270 5/15, 22, 29, 6/5, 2014

company, either of which may charge you a fee for this information. If you consult either of these resources, you should be aware that the same lender may hold more than one mortgage or deed of trust on the property.
NOTICE TO PROPERTY OWNER: The sale date shown on this notice of sale may be postponed one or more times by the mortgagee, beneficiary, trustee, or a court, pursuant to Section 2924g of the California Civil Code. The law requires that information about trustee sale postponements be made available to you and to the public, as a courtesy to those not present at the sale. If you wish to learn whether your sale date has been postponed, and, if applicable, the rescheduled time and date for the sale of this property, you may call (714) 730-2727 or visit this Internet Web site WWW.LPSASAP. COM, using the file number assigned to this case 009168-CA. Information about postponements that are very short in duration or that occur close in time to the scheduled sale may not immediately be reflected in the telephone information or on the Internet Web site. The best way to verify postponement information is to attend the scheduled sale. FOR SALES INFORMATION: (714) 730-2727 Date: 5/5/2014 Date Executed: CLEAR RECON CORP. By: - Authorized Signature CLEAR RECON CORP. 4375 Jutland Drive Suite 200 San Diego, California 92117 A-4457606                  05/15/2014, 05/22/2014, 05/29/2014 #1002388

In re THE ROMAN CATHOLIC BISHOP
OF STOCKTON
a California corporation sole
Case No. 14-20371-C-11

YOU MAY HAVE A CLAIM AGAINST THE
ROMAN CATHOLIC BISHOP OF STOCKTON
aka THE DIOCESE OF STOCKTON

On January 15, 2014, The Roman Catholic Bishop of Stockton (the "Debtor") filed for protection under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Eastern District of California.

THE LAST DAY TO FILE A SEXUAL ABUSE CLAIM AGAINST THE DEBTOR IS AUGUST 15, 2014 AT 4:00 P.M. PREVAILING PACIFIC TIME.

IF YOU WERE SEXUALLY ABUSED BY ANY MEMBER OF THE CLERGY OR ANY OTHER PERSON CONNECTED WITH THE ROMAN CATHOLIC BISHOP OF STOCKTON aka THE DIOCESE OF STOCKTON, YOU MUST FILE A CLAIM BY AUGUST 15, 2014 AT 4:00 P.M. PREVAILING PACIFIC TIME.

For more information, including a complete list of all parishes and schools within the geographic territory of the Roman Catholic Bishop of Stockton, or to receive a proof of claim form and associated documents, please (1) visit the Debtor's designated web page at www.stocktondiocese.org; (2) visit the Debtor's Claims Agent's designated web page at: www.kccllc.net/stocktondiocese; (3) call the Debtor's Claims Agent at (310) 751-1492; or (4) call counsel for the Official Committee of Unsecured Creditors appointed in this case, Pachulski Stang Ziehl & Jones LLP at (888) 570-6217.

Filed 06/26/14

# EXHIBIT 12

# Tracy Press

## PROOF OF PUBLICATION

Stamp

(2015.5 C.C.P.)

## STATE OF CALIFORNIA
### County of San Joaquin

I am a citizen of the United States and a resident of the County aforesaid: I am over the age of eighteen years, and not a part to or interested in the above entitled matter; I am the principal clerk of the printer of the Tracy Press, a newspaper of general circulation, printed and published two times a week on Wednesday and Saturday in the City of Tracy, California, County of San Joaquin, and which of newspaper has been adjudged a newspaper of general circulation by the Superior Court, Department 4, of the County of San Joaquin, State of California, under the date of June 30, 1952, Case Number 53686; that the notice, of which the annexed is a printed copy (set in type not smaller than nonpareil), has been published in each regular and entire issue of said newspaper and not in any supplement thereof on

May 16, 2014

_____ 2014

I certify (or declare) under penalty of perjury

                                   28th

March                    2014

_Christy Carter_

---

Public Notice #0261

Miller Legal Services

Legal Notice

Insertion Order: R5120039

In re THE ROMAN CATHOLIC BISHOP OF STOCKTON a California corporation sole Case No. 14-20371-C-11

**YOU MAY HAVE A CLAIM AGAINST THE ROMAN CATHOLIC BISHOP OF STOCKTON aka THE DIOCESE OF STOCKTON**

On January 15, 2014, The Roman Catholic Bishop of Stockton (the "Debtor") filed for protection under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Eastern District of California.

**THE LAST DAY TO FILE A SEXUAL ABUSE CLAIM AGAINST THE DEBTOR IS AUGUST 15, 2014 AT 4:00 P.M. PREVAILING PACIFIC TIME.**

**IF YOU WERE SEXUALLY ABUSED BY ANY MEMBER OF THE CLERGY OR ANY OTHER PERSON CONNECTED WITH THE ROMAN CATHOLIC BISHOP OF STOCKTON aka THE DIOCESE OF STOCKTON, YOU MUST FILE A CLAIM BY AUGUST 15, 2014 AT 4:00 P.M. PREVAILING PACIFIC TIME.**

For more information, including a complete list of all parishes and schools within the geographic territory of the Roman Catholic Bishop of Stockton, or to receive a proof of claim form and associated documents, please (1) visit the Debtor's designated web page at www.stocktondiocese.org; (2) visit the Debtor's Claims Agent's designated web page at: www.kccllc.net/stocktondiocese; (3) call the Debtor's Claims Agent at (310) 751-1492; or (4) call counsel for the Official Committee of Unsecured Creditors appointed in this case, Pachulski Stang Ziehl & Jones LLP at (888) 570-6217.

# Tracy Press

## PROOF OF PUBLICATION
Stamp
(2015.5 C.C.P.)

### STATE OF CALIFORNIA
County of San Joaquin

I am a citizen of the United States and a resident of the County aforesaid: I am over the age of eighteen years, and not a part to or interested in the above entitled matter; I am the principal clerk of the printer of the Tracy Press, a newspaper of general circulation, printed and published two times a week on Wednesday and Saturday in the City of Tracy, California, County of San Joaquin, and which of newspaper has been adjudged a newspaper of general circulation by the Superior Court, Department 4, of the County of San Joaquin, State of California, under the date of June 30, 1952, Case Number 53686; that the notice, of which the annexed is a printed copy (set in type not smaller than nonpareil), has been published in each regular and entire issue of said newspaper and not in any supplement thereof on

May 23, 2014

2014

I certify (or declare) under penalty of perjury

28th

March            2014

*Christy Carter*

---

Public Notice #261

Miller Legal Services

Legal Notice

Insertion Order: R5120039

---

**In re THE ROMAN CATHOLIC BISHOP OF STOCKTON a California corporation sole Case No. 14-20371-C-11**

**YOU MAY HAVE A CLAIM AGAINST THE ROMAN CATHOLIC BISHOP OF STOCKTON aka THE DIOCESE OF STOCKTON**

On January 15, 2014, The Roman Catholic Bishop of Stockton (the "Debtor") filed for protection under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Eastern District of California.

**THE LAST DAY TO FILE A SEXUAL ABUSE CLAIM AGAINST THE DEBTOR IS AUGUST 15, 2014 AT 4:00 P.M. PREVAILING PACIFIC TIME.**

**IF YOU WERE SEXUALLY ABUSED BY ANY MEMBER OF THE CLERGY OR ANY OTHER PERSON CONNECTED WITH THE ROMAN CATHOLIC BISHOP OF STOCKTON aka THE DIOCESE OF STOCKTON, YOU MUST FILE A CLAIM BY AUGUST 15, 2014 AT 4:00 P.M. PREVAILING PACIFIC TIME.**

For more information, including a complete list of all parishes and schools within the geographic territory of the Roman Catholic Bishop of Stockton, or to receive a proof of claim form and associated documents, please (1) visit the Debtor's designated web page at www.stocktondiocese.org; (2) visit the Debtor's Claims Agent's designated web page at: www.kccllc.net/stocktondiocese; (3) call the Debtor's Claims Agent at (310) 751-1492; or (4) call counsel for the Official Committee of Unsecured Creditors appointed in this case, Pachulski Stang Ziehl & Jones LLP at (888) 570-6217.

# EXHIBIT 13

**Proof of Publication of**

**Miller Advertising Agency**
**Public Notice**

**(2015-5 C.C.P.)**

This space is for the County Clerk's Filing Stamp

STATE OF CALIFORNIA,

County of Calaveras.

I am a citizen of the United States and a resident of the county aforesaid; I am over the age of eighteen years and not a party to or interested in the above matter. I am the principal clerk of the printer of the Calaveras Enterprise, a newspaper of general circulation, printed semi-weekly, in the City of San Andreas, California, County of Calaveras, and which newspaper has been adjudged a newspaper of general circulation by the Superior Court, of the County of Calaveras, State of California; that the notice of which the annexed is a printed copy (set in type not smaller than nonpareil), has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates; to-wit:

**May 16, 2014CE**

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

**Dated the 16th day of May 2014CE**

*Lisa Austin*

Signature – Lisa Austin

# CALAVERAS
# ENTERPRISE
**15 North Main Street**
P.O. Box 1197, San Andreas, CA 95249-1197
(209) 754-3862 - FAX (209) 754-1805

**PROOF OF PUBLICATION**



# Notices

LEGALS   800    LEGALS   800    LEGALS   800    LEGALS   800    LEGALS

ou should
e that the
auctioned
e a junior
u are the
er at the
u are or
sponsible
ff all liens
lien being
ff, before
eive clear
property.
ncouraged
gate the
riority and
utstanding
may exist
operty by
he county
office or a
nce com-
r of which
e you a fee
formation.
sult either
resources,
be aware
me lender
more than
gage or
ust on the
OTICE TO
/ OWNER:
ate shown
ice of sale
postponed
nore times
nortgagee,
. trustee, or
ursuant to
24g of the
Civil Code.
quires that
n , about
e postpone-
nade avail-
and to the
a courtesy
ot present
e. If you
m whether
date has
postponed,
licable, the
d time and
he sale of
erty, you
877-484-

#F25YRN43311,
lic#4G04759.
Taurus trav. trailer
#50A11137S9918,
CA lic#NA3669.
Airstream trav.
trailer #CD8578KT,
CA lic.# 1DM1196.
Sportking trav. trail-
er # 1KX432104
B3002753, CA
lic#1CB2692.
Spacecraft trav. Trailer
# M0R119221982,
AZ lic# K10382.
1969 Dodge 700
truck # 4781883449,
lic# 32416D. 1972
Chev.Corvette #
1Z37K2851997G, lic#
27035DP. Bentley
Sedan # B808CN, CA
lic# 2FHU575.
Cash only, paid at
time of sale. All buy-
ers must register prior
to bidding & agree to
rules of sale. Vehicle
must remain at CCMS
facility for a 10 day
redemption period
after sale. Sales sub-
ject to cancellation in
event of settlement
between owner & obli-
gated party.
Publish: May 16,
2014CE

Calaveras County
Water District
Draft Initial Study/
Mitigated Negative
Declaration for
Ebbetts Pass Water
System Reach 3A
Replacement Project

The Calaveras County
Water District is
seeking public com-
ments on the draft
Initial Study/Mitigated
Negative Declaration
for its proposed Reach
3A water line replace-
ment project in the

---

**In re THE ROMAN CATHOLIC BISHOP OF STOCKTON**
**a California corporation sole**
**Case No. 14-20371-C-11**

### YOU MAY HAVE A CLAIM AGAINST THE ROMAN CATHOLIC BISHOP OF STOCKTON *aka* THE DIOCESE OF STOCKTON

On January 15, 2014, The Roman Catholic Bishop of Stockton (the "Debtor") filed for protection under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Eastern District of California.

**THE LAST DAY TO FILE A SEXUAL ABUSE CLAIM AGAINST THE DEBTOR IS AUGUST 15, 2014 AT 4:00 P.M. PREVAILING PACIFIC TIME.**

**IF YOU WERE SEXUALLY ABUSED BY ANY MEMBER OF THE CLERGY OR ANY OTHER PERSON CONNECTED WITH THE ROMAN CATHOLIC BISHOP OF STOCKTON *aka* THE DIOCESE OF STOCKTON, YOU MUST FILE A CLAIM BY AUGUST 15, 2014 AT 4:00 P.M. PREVAILING PACIFIC TIME.**

For more information, including a complete list of all parishes and schools within the geographic territory of the Roman Catholic Bishop of Stockton, or to receive a proof of claim form and associated documents, please (1) visit the Debtor's designated web page at www.stocktondiocese.org; (2) visit the Debtor's Claims Agent's designated web page at: www.kccllc.net/stocktondiocese; (3) call the Debtor's Claims Agent at (310) 751-1492; or (4) call counsel for the Official Committee of Unsecured Creditors appointed in this case, Pachulski Stang Ziehl & Jones LLP at (888) 570-6217.

# EXHIBIT 14

# Affidavit of Publication

PUBLIC NOTICE
In re THE ROMAN CATHOLIC BISHOP
OF STOCKTON
A California corporation sole
Case No. 14-20371-C-11

**STATE OF CALIFORNIA,**
**County of Stanislaus**

## Maureen Jerner

Of the said County, being duly sworn, deposes and says:
I am a citizen of the United States and a resident of the county aforesaid; I am over the age of twenty-one years, and not a party to or interested in the above entitled matter. I am the principal clerk of THE CERES COURIER, 138 South Center Street, Turlock, California, a newspaper of general circulation, published in Ceres, California in the City of Ceres, County of Stanislaus, and which newspaper has been adjudged a newspaper of general circulation, by the Superior Court of the County of Stanislaus, State of California. That the notice, of which the annexed is a printed copy (set in type not smaller than nonpareil), has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to-wit

**MAY 14, 2014**

I certify (or declare) under penalty of perjury that the foregoing is true and correct. This 14th day of MAY, 2014

_Maureen Jerner_
Principal Clerk of the Printer

---

PUBLIC NOTICE
In re THE ROMAN CATHOLIC BISHOP
OF STOCKTON
A California corporation sole
Case No. 14-20371-C-11

**In re THE ROMAN CATHOLIC BISHOP**
**OF STOCKTON**
**a California corporation sole**
**Case No. 14-20371-C-11**

**YOU MAY HAVE A CLAIM AGAINST**
**THE ROMAN CATHOLIC**
**BISHOP OF STOCKTON aka**
**THE DIOCESE OF STOCKTON**

On January 15, 2014, The Roman Catholic Bishop of Stockton (the "Debtor") filed for protection under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Eastern District of California.

**THE LAST DAY TO FILE A SEXUAL**
**ABUSE CLAIM AGAINST THE DEBTOR**
**IS AUGUST 15, 2014 AT 4:00 P.M.**
**PREVAILING PACIFIC TIME.**

**IF YOU WERE SEXUALLY ABUSED BY ANY**
**MEMBER OF THE CLERGY OR ANY OTHER**
**PERSON CONNECTED WITH THE ROMAN**
**CATHOLIC BISHOP OF STOCKTON aka**
**THE DIOCESE OF STOCKTON, YOU MUST**
**FILE A CLAIM BY AUGUST 15, 2014 AT 4:00**
**P.M. PREVAILING PACIFIC TIME.**

For more information, including a complete list of all parishes and schools within the geographic territory of the Roman Catholic Bishop of Stockton, or to receive a proof of claim form and associated documents, please (1) visit the Debtor's designated web page at www.stocktondiocese.org; (2) visit the Debtor's Claims Agent's designated web page at: www.kccllc.net/stocktondiocese; (3) call the Debtor's Claims Agent at (310) 751-1492; or (4) call counsel for the Official Committee of Unsecured Creditors appointed in this case, Pachulski Stang Ziehl & Jones LLP at (888) 570-6217.

# Marketplace 209

**Classified Advertising Announcements / California's Central Valley**

MNC

PLACE AN AD

Place your classified ad online 24/7 from your computer
► go to marketplace209.com

CERES COURIER | Wednesday, Month x, 2014     **To place your ad today call (209) 537-5032**     B5

## PUBLIC NOTICES

### Policies & Notice To Our Readers

The publisher reserves the right to censor, classify, revise or reject any Classified Advertising

**Cancellation:**
There will be no refunds for cancellations of pre-paid classified advertisements. All other canceled classified advertisements will be adjusted to the proper rate for the actual number of days the ad ran.

**Deadlines:**
Deadline for classified liner advertisements is: Monday by 4:30 p.m. for Wednesday's edition.

**Errors:**
Please check your ad on the FIRST run date in case of error. Phone immediately. The publisher assumes no financial responsibility for any errors or omission of copy.

Errors to invoices must be brought to our attention within 30 days of the publication date to receive adjustments.

This newspaper will not knowingly accept any advertising which is in violation of the law, through enforcement of the law is not of course, our responsibility. Our readers are hereby informed that all real estate, employment opportunities, merchandise, and services in this newspapers are available on an equal opportunity basis. If you believe you've been denied housing because of your race, religion, national origin; sex, marital status, handicap or family status, Contact the San Joaquin Fair Housing, 621 S. El Dorado St., Ste B1 Stanislaus County 95203 or Call them at: 209-460-4500 or 800-994-0999

### In re THE ROMAN CATHOLIC BISHOP OF STOCKTON

a California corporation sole

Case No. 14-20371-C-11

**YOU MAY HAVE A CLAIM AGAINST THE ROMAN CATHOLIC BISHOP OF STOCKTON aka THE DIOCESE OF STOCKTON**

On January 15, 2014, The Roman Catholic Bishop of Stockton (the "Debtor") filed for protection under title 11 of the United States Code in the United States Bankruptcy Court for the Eastern District of California.

**THE LAST DAY TO FILE A SEXUAL ABUSE CLAIM AGAINST THE DEBTOR IS AUGUST 15, 2014 AT 4:00 P.M. PREVAILING PACIFIC TIME.**

**IF YOU WERE SEXUALLY ABUSED BY ANY MEMBER OF THE CLERGY OR ANY OTHER PERSON CONNECTED WITH THE ROMAN CATHOLIC BISHOP OF STOCKTON aka THE DIOCESE OF STOCKTON, YOU MUST FILE A CLAIM BY AUGUST 15, 2014 AT 4:00 P.M. PREVAILING PACIFIC TIME.**

For more information, including a complete list of all parishes and schools within the geographic territory of the Roman Catholic Bishop of Stockton, or to receive a proof of claim form and associated documents, please (1) visit the Debtor's designated web page at www.kccllc.net/stocktondiocese, (2) visit the Debtor's Claims Agent's designated web page at: www.kccllc.net/stocktondiocese, (3) call the Debtor's Claims Agent at (310) 751-1492; or (4) call counsel for the Official Committee of Unsecured Creditors appointed in this case, Pachulski Stang Ziehl & Jones LLP at (888) 570-6217.

[Remaining columns consist of densely printed classified advertisements and public notices including categories: Announcements, For Your Information, Yard Sales, Cemetery Lots, Personals, Testimonial, Items for Sale, Furniture & Appliances, Merchandise, Pets & Animals, Free to Good Home, Services, Business Services, Health/Fitness/Beauty, Help Wanted, Accounting, Home Repairs & Improvement, Schools & Instruction, Sporting Goods, Produce, Yard Services, Los Hermanos Pedro, Miscellaneous Services, Drivers Wanted, Real Estate, Open Houses, Homes for Sale, Homes for Rent, Mobile Homes for Rent, Rooms for Rent, Business Opportunities, Commercial Property for Rent, Automotive, Cars/Trucks/Vans, Public Notices, Foreclosures, and various legal notices — largely illegible at this resolution.]




# EXHIBIT 15

When recorded mail to:

Peter Egloff
Miller Advertising
PO Box 14317
Chicago Il 60614

# LINDEN HERALD PROOF OF PUBLICATION

STATE OF CALIFORNIA

County of San Joaquin

      I am a citizen of the United States; I am over the age of twenty-one years, and not party to or interested in the above-entitled matter. I am the principal clerk of The Linden Herald in Linden, California, a newspaper of general circulation, published in Linden, California in the Town of Linden, County of San Joaquin, and which newspaper has been adjudged a newspaper of general circulation by the Superior Court of California, County of San Joaquin.
That the notice,
RE: THE ROMAN CATHOLIC BISHOP OF STOCKTON
has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates:
May 15, 2014
I certify (or declare) under penalty that the foregoing is true and correct.

SIGNATURE_____*Bur Kelly*_____
5/15/14

*Thank you for advertising with The Linden Herald*

• re: FICTITIOUS BUSINESS NAME *or* STATEMENT OF ABANDONMENT OF USE OF FICTITIOUS BUSINESS NAME
      You need to take your Proof of Publication for the Fictitious Business Name *or* Statement of Abandonment of Use of Fictitious Business Name to the San Joaquin County Recorder's office, which is located at 44 North San Joaquin St., Stockton, Calif. 95202. As a convenience, The Linden Herald will automatically file your proof of publication with the San Joaquin Recorder's office. A final recorded copy will be returned in your self addressed stamped envelope.
      In the event that you wish to mail your Proof of Publication, please mail this form and a self-addressed, stamped envelope to the Recorder-County Clerk, San Joaquin County, PO Box 1968, Stockton CA 95201-1968.
      If you have additional questions regarding filing, please contact the Recorder's Office at 468-3939

• re: ORDER TO SHOW CAUSE FOR CHANGE OF NAME, please mail or take this Proof of Publication to the San Joaquin County Superior Court (222 East Weber Ave., Stockton, Calif., Room 303) prior to your hearing. As a convenience, The Linden Herald will file your proof of publication with the San Joaquin Superior Court.

• re: SUMMONS (FAMILY LAW)
please take or mail this Proof of Publication to the San Joaquin County Superior Court ( 540 E. Main St., Stockton, Calif. 95202). As a convenience, The Linden Herald will file your proof of publication with the San Joaquin Superior Court.
*Thank you*

## In re THE ROMAN CATHOLIC BISHOP OF STOCKTON
### a California corporation sole
### Case No. 14-20371-C-11

### YOU MAY HAVE A CLAIM AGAINST THE ROMAN CATHOLIC BISHOP OF STOCKTON *aka* THE DIOCESE OF STOCKTON

On January 15, 2014, The Roman Catholic Bishop of Stockton (the "Debtor") filed for protection under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Eastern District of California.

### THE LAST DAY TO FILE A SEXUAL ABUSE CLAIM AGAINST THE DEBTOR IS AUGUST 15, 2014 AT 4:00 P.M. PREVAILING PACIFIC TIME.

**IF YOU WERE SEXUALLY ABUSED BY ANY MEMBER OF THE CLERGY OR ANY OTHER PERSON CONNECTED WITH THE ROMAN CATHOLIC BISHOP OF STOCKTON *aka* THE DIOCESE OF STOCKTON, YOU MUST FILE A CLAIM BY AUGUST 15, 2014 AT 4:00 P.M. PREVAILING PACIFIC TIME.**

For more information, including a complete list of all parishes and schools within the geographic territory of the Roman Catholic Bishop of Stockton, or to receive a proof of claim form and associated documents, please (1) visit the Debtor's designated web page at www.stocktondiocese.org; (2) visit the Debtor's Claims Agent's designated web page at www.kccllc.net/stocktondiocese; (3) call the Debtor's Claims Agent at (310) 751-1492; or (4) call counsel for the Official Committee of Unsecured Creditors appointed in this case, Pachulski Stang Ziehl & Jones LLP at (888) 570-6217.

# EXHIBIT 16

# Proof of Publication

## STATE OF CALIFORNIA
## COUNTY OF MONO

I am a citizen of the United States and a
resident of the County aforesaid; I am
over the age of eighteen years, and not
a party to or interested in the above
entitled matter. I am the principal
clerk of the printer of the

**MAMMOTH TIMES**

a newspaper of general circulation,
published in

## County of Mono

The Mammoth Times was adjudicated on
March 24, 1992, as a newspaper of
general circulation for the Town of
Mammoth Lakes and Mono County, CA.

The notice, of which the annexed is a
printed copy (set in type not
smaller than nonpareil), has been
published in each regular and entire
issue of said newspaper and not in any
supplement thereof on the following
dated, to with:

**May 15, 2014**

all in the year **2014**

I certify (or declare) under penalty of
perjury that the foregoing is true and
correct.

Dated at Mammoth Lakes, California,
**The 15th day of May, 2014.**

_____
Signature

14-073

This space is for the County Clerk's Filing Stamp

_____
Proof of Publication Of

# PUBLIC NOTICE
_____
Paste Clipping of Notice in this Space

## In re THE ROMAN CATHOLIC BISHOP OF STOCKTON
### a California corporation sole
### Case No. 14-20371-C-11

### YOU MAY HAVE A CLAIM AGAINST THE ROMAN CATHOLIC BISHOP OF STOCKTON *aka* THE DIOCESE OF STOCKTON

On January 15, 2014, The Roman Catholic Bishop of Stockton (the "Debtor") filed for protection under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Eastern District of California.

### THE LAST DAY TO FILE A SEXUAL ABUSE CLAIM AGAINST THE DEBTOR IS AUGUST 15, 2014 AT 4:00 P.M. PREVAILING PACIFIC TIME.

**IF YOU WERE SEXUALLY ABUSED BY ANY MEMBER OF THE CLERGY OR ANY OTHER PERSON CONNECTED WITH THE ROMAN CATHOLIC BISHOP OF STOCKTON *aka* THE DIOCESE OF STOCKTON, YOU MUST FILE A CLAIM BY AUGUST 15, 2014 AT 4:00 P.M. PREVAILING PACIFIC TIME.**

For more information, including a complete list of all parishes and schools within the geographic territory of the Roman Catholic Bishop of Stockton, or to receive a proof of claim form and associated documents, please (1) visit the Debtor's designated web page at www.stocktondiocese.org; (2) visit the Debtor's Claims Agent's designated web page at: www.kccllc.net/stocktondiocese; (3) call the Debtor's Claims Agent at (310) 751-1492; or (4) call counsel for the Official Committee of Unsecured Creditors appointed in this case, Pachulski Stang Ziehl & Jones LLP at (888) 570-6217.

# EXHIBIT 17

# PROOF OF PUBLICATION

### (2015.5 C. C. P.)

This space is for the County Clerk's Filing Stamp

STATE OF CALIFORNIA,

County of Stanislaus

I am a citizen of the United States and a resident of the county aforesaid; I am over the age of twenty-one years, and not a party to or interested in the above entitled matter. I am the principal clerk of THE OAKDALE LEADER, 122 South Third Avenue, Oakdale, California, a newspaper of general circulation, published in Oakdale, California in the City of Oakdale, County of Stanislaus, and which newspaper has been adjudged a newspaper of general circulation, by the Superior Court of the County of Stanislaus, State of California. That the notice, of which the annexed is a printed copy (set in type not smaller than nonpareil), has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to-wit:

MAY 21,
all in the year _____ 2014.

I certify or declare) under penalty of perjury that the foregoing is true and correct.

Dated at Oakdale,

California, this day, 21ST day of May 2014.

_____
Signature

Proof of Publication of

## THE ROMAN CATHOLIC BISHOP OF STOCKTON, aka THE DIOCESE OF STOCKTON

### CASE #14-20371-C-11

# PUBLIC NOTICE

## In re THE ROMAN CATHOLIC BISHOP OF STOCKTON
### a California corporation sole
### Case No. 14-20371-C-11

## YOU MAY HAVE A CLAIM AGAINST THE ROMAN CATHOLIC BISHOP OF STOCKTON *aka* THE DIOCESE OF STOCKTON

On January 15, 2014, The Roman Catholic Bishop of Stockton (the "Debtor") filed for protection under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Eastern District of California.

## THE LAST DAY TO FILE A SEXUAL ABUSE CLAIM AGAINST THE DEBTOR IS AUGUST 15, 2014 AT 4:00 P.M. PREVAILING PACIFIC TIME.

## IF YOU WERE SEXUALLY ABUSED BY ANY MEMBER OF THE CLERGY OR ANY OTHER PERSON CONNECTED WITH THE ROMAN CATHOLIC BISHOP OF STOCKTON *aka* THE DIOCESE OF STOCKTON, YOU MUST FILE A CLAIM BY AUGUST 15, 2014 AT 4:00 P.M. PREVAILING PACIFIC TIME.

For more information, including a complete list of all parishes and schools within the geographic territory of the Roman Catholic Bishop of Stockton, or to receive a proof of claim form and associated documents, please (1) visit the Debtor's designated web page at www.stocktondiocese.org; (2) visit the Debtor's Claims Agent's designated web page at: www.kccllc.net/stocktondiocese; (3) call the Debtor's Claims Agent at (310) 751-1492; or (4) call counsel for the Official Committee of Unsecured Creditors appointed in this case, Pachulski Stang Ziehl & Jones LLP at (888) 570-6217.

# EXHIBIT 18

PROOF OF PUBLICATION
(2015.5 C.C.P)

This space is for the County Clerk's Filing stamp

STATE OF CALIFORNIA
County of Stanislaus

I am a citizen of the United States and a resident of the County aforesaid; I am over the age of eighteen years and not a party to or interested in the above-entitled matter. I am the principal clerk of the printer of the Patterson Irrigator, a newspaper of general circulation, printed and published once a week on Thursdays, in the city of Patterson, California, County of Stanislaus, and which newspaper has been adjudged a newspaper of general circulation by the Superior Court, of the County of Stanislaus, State of California, under the date of June 23, 1952, Case Number 47304; that the notice, of which the annexed is a printed copy (set in type not smaller than nonpareil), has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to –wit:

5/15

all in the year 2014

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

Dated at Patterson, California, this ___15___
day of May _____ 2014

_____
Signature

**■ PUBLIC NOTICE ■　■ PUBLIC NOTICE ■**

In re THE ROMAN CATHOLIC
BISHOP OF STOCKTON
a California corporation sole
Case No. 14-20371-C-11
**YOU MAY HAVE A CLAIM AGAINST
THE ROMAN CATHOLIC
BISHOP OF STOCKTON** *aka*
**THE DIOCESE OF STOCKTON**

On January 15, 2014, The Roman Catholic Bishop of Stockton (the "Debtor") filed for protection under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Eastern District of California.

**THE LAST DAY TO FILE A SEXUAL ABUSE CLAIM AGAINST THE DEBTOR IS AUGUST 15, 2014 AT 4:00 P.M. PREVAILING PACIFIC TIME.**

**IF YOU WERE SEXUALLY ABUSED BY ANY MEMBER OF THE CLERGY OR ANY OTHER PERSON CONNECTED WITH THE ROMAN CATHOLIC BISHOP OF STOCKTON** *aka* **THE DIOCESE OF STOCKTON, YOU MUST FILE A CLAIM BY AUGUST 15, 2014 AT 4:00 P.M. PREVAILING PACIFIC TIME.**

For more information, including a complete list of all parishes and schools within the geographic territory of the Roman Catholic Bishop of Stockton, or to receive a proof of claim form and associated documents, please (1) visit the Debtor's designated web page at www.stocktondiocese.org; (2) visit the Debtor's Claims Agent's designated web page at: www.kccllc.net/stocktondiocese; (3) call the Debtor's Claims Agent at (310) 751-1492; or (4) call counsel for the Official Committee of Unsecured Creditors appointed in this case, Pachulski Stang Ziehl & Jones LLP at (888) 570-6217.

# EXHIBIT 19

PROOF OF PUBLICATION
(2015.5 CCP)

STATE OF CALIFORNIA

County of San Joaquin

I am a citizen of the United States and resident of the County aforesaid: I am over the age of eighteen years, and not a party to or interested in the above-entitled matter. I am the principal clerk of the printer of The Ripon Record, a newspaper of general circulation, printed and published weekly on Wednesday, in the City of Ripon, California, County of San Joaquin, and which newspaper has been adjudged a newspaper of general circulation by the Superior Court, Department 4, County of San Joaquin, State of California, under the date of May 19, 1952, Case Number 53543; that the notice, of which the annexed is a printed copy (see in type not smaller than non-pareil), has been published in each regular and entire issue of said newspaper and not in any supplemental thereof the following dates, to wit:

MAY 21,

all in the year 20 _14_

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

Dated at Ripon, California, this _21_ day of _MAY_ 20 _14_

_M. Franscele_
Signature

This space is for the County Clerk's Filing Stamp

Proof of Publication of

**In re THE ROMAN CATHOLIC BISHOP OF STOCKTON**
**a California corporation sole**
**Case No. 14-20371-C-11**

**YOU MAY HAVE A CLAIM AGAINST THE ROMAN CATHOLIC BISHOP OF STOCKTON aka THE DIOCESE OF STOCKTON**

On January 15, 2014, The Roman Catholic Bishop of Stockton (the "Debtor") filed for protection under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Eastern District of California.

**THE LAST DAY TO FILE A SEXUAL ABUSE CLAIM AGAINST THE DEBTOR IS AUGUST 15, 2014 AT 4:00 P.M. PREVAILING PACIFIC TIME.**

**IF YOU WERE SEXUALLY ABUSED BY ANY MEMBER OF THE CLERGY OR ANY OTHER PERSON CONNECTED WITH THE ROMAN CATHOLIC BISHOP OF STOCKTON aka THE DIOCESE OF STOCKTON, YOU MUST FILE A CLAIM BY AUGUST 15, 2014 AT 4:00 P.M. PREVAILING PACIFIC TIME.**

For more information, including a complete list of all parishes and schools within the geographic territory of the Roman Catholic Bishop of Stockton, or to receive a proof of claim form and associated documents, please (1) visit the Debtor's designated web page at www.stocktondiocese.org; (2) visit the Debtor's Claims Agent's designated web page at: www.kccllc.net/stocktondiocese; (3) call the Debtor's Claims Agent at (310) 751-1492; or (4) call counsel for the Official Committee of Unsecured Creditors appointed in this case, Pachulski Stang Ziehl & Jones LLP at (888) 570-6217.

# EXHIBIT 20

This space is for the County Clerk's Filing Stamp

# PROOF OF PUBLICATION
## (2015.5 C. C. P.)

STATE OF CALIFORNIA,

County of Stanislaus

I am a citizen of the United States and a resident of the county aforesaid; I am over the age of twenty-one years, and not a party to or interested in the above entitled matter. I am the principal clerk of THE RIVERBANK NEWS, 122 South Third Ave, Oakdale, California, a newspaper of general circulation, published in Riverbank, California in the City of Riverbank, County of Stanislaus, and which newspaper has been adjudged a Newspaper of general circulation, by the Superior Court of the County of Stanislaus, State of California. That the Notice, of which the annexed is a printed copy (set in type not smaller than nonpareil), has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to-wit:

MAY 21,

All in the year _____ 2014

I certify or declare) under penalty of perjury that the Foregoing is true and correct.

Dated at _____ Riverbank,

California, this 21st day of May 2014.

_____
Signature

---

Proof of Publication of

## THE ROMAN CATHOLIC BISHOP OF STOCKTON, aka THE DIOCESE OF STOCKTON

### CASE #14-20371-C-11

**PUBLIC NOTICE**

**In re THE ROMAN CATHOLIC BISHOP OF STOCKTON
a California corporation sole
Case No. 14-20371-C-11**

**YOU MAY HAVE A CLAIM AGAINST THE ROMAN CATHOLIC BISHOP OF STOCKTON *aka* THE DIOCESE OF STOCKTON**

On January 15, 2014, The Roman Catholic Bishop of Stockton (the "Debtor") filed for protection under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Eastern District of California.

**THE LAST DAY TO FILE A SEXUAL ABUSE CLAIM AGAINST THE DEBTOR IS AUGUST 15, 2014 AT 4:00 P.M. PREVAILING PACIFIC TIME.**

**IF YOU WERE SEXUALLY ABUSED BY ANY MEMBER OF THE CLERGY OR ANY OTHER PERSON CONNECTED WITH THE ROMAN CATHOLIC BISHOP OF STOCKTON *aka* THE DIOCESE OF STOCKTON, YOU MUST FILE A CLAIM BY AUGUST 15, 2014 AT 4:00 P.M. PREVAILING PACIFIC TIME.**

For more information, including a complete list of all parishes and schools within the geographic territory of the Roman Catholic Bishop of Stockton, or to receive a proof of claim form and associated documents, please (1) visit the Debtor's designated web page at www.stocktondiocese.org; (2) visit the Debtor's Claims Agent's designated web page at: www.kccllc.net/stocktondiocese; (3) call the Debtor's Claims Agent at (310) 751-1492; or (4) call counsel for the Official Committee of Unsecured Creditors appointed in this case, Pachulski Stang Ziehl & Jones LLP at (888) 570-6217.

# EXHIBIT 21

# Affidavit of Publication

PUBLIC NOTICE
In re THE ROMAN CATHOLIC BISHOP
OF STOCKTON
A California corporation sole
Case No. 14-20371-C-11

STATE OF CALIFORNIA,
**County of Stanislaus**

## Maureen Jerner

Of the said County, being duly sworn, deposes and says:
I am a citizen of the United States and a resident of the county aforesaid; I am over the age of twenty-one years, and not a party to or interested in the above entitled matter. I am the principal clerk of THE TURLOCK DAILY JOURNAL, 138 South Center Street, Turlock, California, a newspaper of general circulation, published in Turlock, California in the City of Turlock, County of Stanislaus, and which newspaper has been adjudged a newspaper of general circulation, by the Superior Court of the County of Stanislaus, State of California. That the notice, of which the annexed is a printed copy (set in type not smaller than nonpareil), has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to-wit:

**MAY 14, 2014**

I certify (or declare) under penalty of perjury that the foregoing is true and correct, this 14th day of MAY, 2014.

Principal Clerk of the Printer

PUBLIC NOTICE
In re THE ROMAN CATHOLIC BISHOP
OF STOCKTON
A California corporation sole
Case No. 14-20371-C-11

In re THE ROMAN CATHOLIC BISHOP
OF STOCKTON
a California corporation sole
Case No. 14-20371-C-11

**YOU MAY HAVE A CLAIM AGAINST THE ROMAN CATHOLIC BISHOP OF STOCKTON aka THE DIOCESE OF STOCKTON**

On January 15, 2014, The Roman Catholic Bishop of Stockton (the "Debtor") filed for protection under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Eastern District of California.

**THE LAST DAY TO FILE A SEXUAL ABUSE CLAIM AGAINST THE DEBTOR IS AUGUST 15, 2014 AT 4:00 P.M. PREVAILING PACIFIC TIME.**

**IF YOU WERE SEXUALLY ABUSED BY ANY MEMBER OF THE CLERGY OR ANY OTHER PERSON CONNECTED WITH THE ROMAN CATHOLIC BISHOP OF STOCKTON aka THE DIOCESE OF STOCKTON, YOU MUST FILE A CLAIM BY AUGUST 15, 2014 AT 4:00 P.M. PREVAILING PACIFIC TIME.**

For more information, including a complete list of all parishes and schools within the geographic territory of the Roman Catholic Bishop of Stockton, or to receive a proof of claim form and associated documents, please (1) visit the Debtor's designated web page at www.stocktondiocese.org; (2) visit the Debtor's Claims Agent's designated web page at: www.kccllc.net/stocktondiocese; (3) call the Debtor's Claims Agent at (310) 751-1492; or (4) call counsel for the Official Committee of Unsecured Creditors appointed in this case, Pachulski Stang Ziehl & Jones LLP at (888) 570-6217.

Filed 06/26/14    Case 14-20371    Doc 295

**In re THE ROMAN CATHOLIC BISHOP OF STOCKTON**

a California corporation sole

Case No. 14-20371-C-11

**YOU MAY HAVE A CLAIM AGAINST THE ROMAN CATHOLIC BISHOP OF STOCKTON aka THE DIOCESE OF STOCKTON**

On January 15, 2014, The Roman Catholic Bishop of Stockton (the "Debtor") filed for protection under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Eastern District of California.

**THE LAST DAY TO FILE A SEXUAL ABUSE CLAIM AGAINST THE DEBTOR IS AUGUST 15, 2014 AT 4:00 P.M. PREVAILING PACIFIC TIME.**

**IF YOU WERE SEXUALLY ABUSED BY ANY MEMBER OF THE CLERGY OR ANY OTHER PERSON CONNECTED WITH THE ROMAN CATHOLIC BISHOP OF STOCKTON aka THE DIOCESE OF STOCKTON, YOU MUST FILE A CLAIM BY AUGUST 15, 2014 at 4:00 P.M. PREVAILING PACIFIC TIME.**

For more information, including a complete list of all parishes and schools within the geographic territory of the Roman Catholic Bishop of Stockton, or to receive a proof of claim form and associated documents, please (1) visit the Debtor's designated web page at www.koccdiocese.org; (2) visit the Debtor's Claims Agent's designated web page at www.kccllc.net/stocktondiocese; (3) call the Debtor's Claims Agent at (310) 751-1492; or (4) call counsel for the Official Committee of Unsecured Creditors appointed in this case, Pachulski Stang Ziehl & Jones LLP at (888) 570-6217.

Classified advertisements, business opportunities, real estate, rentals, employment notices, automotive listings, and public notice / trustee sale / foreclosure legal notices. [Dense small-print classified and legal notice columns not fully legible.]

# EXHIBIT 22

**PROOF OF PUBLICATION**
**(2015-5 C.C.P.)**

**In re THE ROMAN CATHOLIC BISHOP**
**OF STOCKTON**
**a California corporation sole**
**Case No. 14-20371-C-11**

**YOU MAY HAVE A CLAIM AGAINST THE**
**ROMAN CATHOLIC BISHOP OF STOCKTON**
***aka* THE DIOCESE OF STOCKTON**

On January 15, 2014, The Roman Catholic Bishop of Stockton (the "Debtor") filed for protection under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Eastern District of California.

**THE LAST DAY TO FILE A SEXUAL ABUSE**
**CLAIM AGAINST THE DEBTOR IS AUGUST 15,**
**2014 AT 4:00 P.M. PREVAILING PACIFIC TIME.**

**IF YOU WERE SEXUALLY ABUSED BY ANY MEMBER OF THE CLERGY OR ANY OTHER PERSON CONNECTED WITH THE ROMAN CATHOLIC BISHOP OF STOCKTON *aka* THE DIOCESE OF STOCKTON, YOU MUST FILE A CLAIM BY AUGUST 15, 2014 AT 4:00 P.M. PREVAILING PACIFIC TIME.**

For more information, including a complete list of all parishes and schools within the geographic territory of the Roman Catholic Bishop of Stockton, or to receive a proof of claim form and associated documents, please (1) visit the Debtor's designated web page at www. stocktondiocese.org; (2) visit the Debtor's Claims Agent's designated web page at: www.kccllc.net/stocktondiocese; (3) call the Debtor's Claims Agent at (310) 751-1492; or (4) call counsel for the Official Committee of Unsecured Creditors appointed in this case, Pachulski Stang Ziehl & Jones LLP at (888) 570-6217.

The Valley Springs News May 16, 2014

This space is for the County Clerk's filing Stamp

STATE OF CALIFORNIA

County of Calaveras

I am a citizen of the United States and a resident of the County aforesaid: I am over the age of eighteen years. I am the principal clerk of the printer of The Valley Springs News, a newspaper of general circulation, printed bi-weekly in the Township of Valley Springs, California, County of Calaveras, that the notice of which the annexed is a printed copy (set in type) not smaller than nonpareil, has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates: to wit:

*May 16* _____ all in the year 2014

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

Dated at Valley Springs, California

this _11th_ day of _May_, 2014

_____
Signature

***THE*** *Valley* *Springs* ***NEWS***

1906 Vista Del Lago, Ste. L
P.O. Box 1297, Valley Springs, CA 95252
**(209) 772-2234**

# EXHIBIT 23

(2015.5 C.C.P.)

**STATE OF CALIFORNIA**
**County of Stanislaus**

I am a citizen of the United States and a resident of the County aforesaid; I am over the age of eighteen years, and not a party to or interested in the above-entitled matter. I am the printer, foreman or principal clerk of The West Side INDEX, a newspaper of general circulation, printed and published weekly in the City of Newman, County of Stanislaus, and which newspaper has been adjudged a newspaper of general circulation by the Superior Court of the County of Stanislaus, State of California, under the date of April 25, 1952, Case Number 46882; that the notice, of which the annexed is a printed copy (set in type not smaller than nonpareil), has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to-wit:

May 15

all in the year **2014**.

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

Dated at Newman, California, this **15th** day of **May, 2014**.

_Mary E Baker_
**Signature**

Proof of Publication of
Legal Notice
The Roman Catholic Bishop of Stockton aka The Diocese of Stockton Chapter 11
Case No. 14-20371-C-11

**PUBLIC NOTICE • PUBLIC NOTICE**

**In re THE ROMAN CATHOLIC BISHOP OF STOCKTON**
**a California corporation sole**
**Case No. 14-20371-C-11**

**YOU MAY HAVE A CLAIM AGAINST THE ROMAN CATHOLIC BISHOP OF STOCKTON** *aka* **THE DIOCESE OF STOCKTON**

On January 15, 2014, The Roman Catholic Bishop of Stockton (the "Debtor") filed for protection under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Eastern District of California.

**THE LAST DAY TO FILE A SEXUAL ABUSE CLAIM AGAINST THE DEBTOR IS AUGUST 15, 2014 AT 4:00 P.M. PREVAILING PACIFIC TIME.**

**IF YOU WERE SEXUALLY ABUSED BY ANY MEMBER OF THE CLERGY OR ANY OTHER PERSON CONNECTED WITH THE ROMAN CATHOLIC BISHOP OF STOCKTON** *aka* **THE DIOCESE OF STOCKTON, YOU MUST FILE A CLAIM BY AUGUST 15, 2014 AT 4:00 P.M. PREVAILING PACIFIC TIME.**

For more information, including a complete list of all parishes and schools within the geographic territory of the Roman Catholic Bishop of Stockton, or to receive a proof of claim form and associated documents, please (1) visit the Debtor's designated web page at www.stocktondiocese.org; (2) visit the Debtor's Claims Agent's designated web page at: www.kccllc.net/stocktondiocese; (3) call the Debtor's Claims Agent at (310) 751-1492; or (4) call counsel for the Official Committee of Unsecured Creditors appointed in this case, Pachulski Stang Ziehl & Jones LLP at (888) 570-6217.

**PROOF OF PUBL**