```
MATTHEW K. BABCOCK, CPA/CFF, CFE, CIRA
BERKELEY RESEARCH GROUP, LLC
201 South Main Street, Suite 450
Salt Lake City, UT  84111
Telephone:  801-364-6233
Facsimile:  801-355-9926
E-mail:  mbabcock@thinkbrg.com
```

Financial Advisor to the Official Committee
of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO**

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC BISHOP OF STOCKTON, a California corporation sole,<br><br>        Debtor and<br>        Debtor-in-Possession. | Case No.: 14-20371-C-11<br><br>DCN:  PSZ-003<br><br>Chapter 11<br><br>Date: March 4, 2015<br>Time: 10:00 a.m.<br>Place: Courtroom 35<br>       501 I Street, 6th Floor<br>       Sacramento, CA<br>Judge: Hon. Christopher M. Klein |

**INTERIM APPLICATION OF BERKELEY RESEARCH GROUP, LLC,
ACCOUNTANT AND FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS, FOR ALLOWANCE AND
PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES
FOR THE PERIOD MAY 2, 2014 TO DECEMBER 31, 2014**

Berkeley Research Group, LLC ("BRG"), accountant and financial advisor to the Official Committee of Unsecured Creditors (the "Committee"), hereby submits its interim application (the "Application") for allowance and payment of fees and reimbursement of expenses for the period of May 2, 2014 to December 31, 2014 (the "Application Period"). In support of the Application, BRG respectfully represents as follows:

1.    On January 15, 2014, The Roman Catholic Bishop of Stockton (the "Debtor"), filed a voluntary petition under chapter 11 of the Bankruptcy Code, 11 U.S.C. § 101 et al.  The Debtor is operating its business and managing its properties as a debtor in possession pursuant to sections 1107

DOCS_LA:285708.1 18484/002

and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in this bankruptcy case.

2. On February 11, 2014, the United States Trustee appointed the Committee.

3. On March 21, 2014, the Court entered its Order authorizing the Committee's retention and employment of Pachulski Stang Ziehl & Jones LLP ("PSZJ") as counsel. *See* Doc. 193.

4. On June 24, 2014, the Committee filed an application for entry of an order to employ BRG as its accountant and financial advisor. *See Application of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing and Approving the Employment of Berkeley Research Group, LLC as Accountant and Financial Advisor to the Official Committee of Unsecured Creditors.* Doc. 287.

5. On June 25, 2014, the Court approved the Committee's retention of BRG as financial advisor to the Committee. *See Order Granting Application of the Official Committee of Unsecured Creditors Pursuant to Fed. R. Bankr. P. 2014 for Entry of an Order Authorizing and Approving the Employment of Berkeley Research Group, LLC as Accountant and Financial Advisor to the Official Committee of Unsecured Creditors*. Doc. 293.

6. BRG hereby applies to the Court for interim allowance and payment of fees for services BRG rendered and reimbursement of expenses BRG incurred during the Application Period.

7. BRG billed a total of $10,287.00 in fees during the Application Period. The total fees represent 31.8 hours of work that BRG expended during the Application Period. The time descriptions for each tenth of an hour BRG worked on the case are set forth in BRG's bill, attached hereto as **Exhibit 1**. The fees for the Application Period break down as follows:

[remainder of page left intentionally blank]

| Category | Hours | Fees |
|---|---:|---:|
| General Accounting Issues | 1.7 | $424.00 |
| Document Analysis (Monthly Operating Reports) | 28.6 | $9,248.00 |
| Employment Application | 1.5 | $615.00 |
| **Total** | **31.8** | **$10,287.00** |

    a. <u>General Accounting Issues</u>:  As set forth in more detail at Exhibit 1, during the Application Period, BRG obtained and analyzed Court documents, examined correspondence from the Committee's counsel at PSZJ, and discussed the Debtor's case with PSZJ.

    Total hours:  1.7                          Total amount:  $424.00

    b. <u>Document Analysis (Monthly Operating Reports)</u>:  BRG expended the majority of its time and incurred most of its fees during the Application Period evaluating the Debtor's monthly operating reports (including additional supporting transaction documents provided by the Debtor). BRG performed these services in order to understand the Debtor's monthly financial activity, general flow of funds and cash management system and procedures. In addition, BRG discussed the Debtor's monthly operating reports with the Debtor's chief financial officer in order to gain an understanding of the information detailed therein and in order to obtain additional data and details regarding the Debtor's monthly financial activity.

    Total hours:  28.6                        Total amount:  $9,248.00

    c. <u>Employment Application</u>:  During the Application Period, BRG revised the employment application and associated papers that PSZJ prepared on its behalf.

    Total hours:  1.5                          Total amount:  $615.00

[remainder of page left intentionally blank]

8. The BRG professionals who completed the work detailed above are as follows:

| Professional | Hourly Rate | Hours Billed | Total |
|---|---|---|---|
| Matt Babcock, Senior Managing Consultant | $410.00 | 18.7 | $7,667.00 |
| Eric Brown, Associate | $200.00 | 13.1 | $2,620.00 |
| **Total** | | **31.8** | **$10,287.00** |

9. BRG incurred the following expenses during the Application Period:

| Category | Expenses |
|---|---|
| Data Research | $6.68 |
| Express Messenger – Federal Express | $13.90 |
| Express Messenger – Federal Express | $13.90 |
| **Total** | **$34.48** |

10. Accordingly, BRG seeks allowance and payment of interim compensation in the amount of $10,321.48, comprised of $10,287.00 in fees and $34.48 in expenses.

11. BRG has not been paid any amount for its work in this case.

12. BRG will ensure that a copy of this Application is served on the Office of the United States Trustee, the Debtor, bankruptcy counsel for the Debtor, counsel for the Committee, and all parties who have requested special notice in this case pursuant to the *Order Establishing Notice and Administrative Procedures* (Doc. 67).

13. Neither BRG nor any members of BRG has any agreement or understanding of any kind or nature to divide, pay over or share any portion of the fees or expenses to be awarded to the Firm with any other person or attorney except as among the members and associates of BRG.

WHEREFORE, BRG respectfully requests that the Debtor pay compensation to BRG as requested in this Application.

DATED this **3RD** day of February, 2015 at Salt Lake City, Utah.

BERKELEY RESEARCH GROUP, LLC

By: *Matthew K. Babcock*
Matthew K. Babcock, CPA/CFF, CFE, CIRA

Accountant and Financial Advisor for the Official Committee of Unsecured Creditors

# EXHIBIT 1



## THE ROMAN CATHOLIC BISHOP OF STOCKTON
**May 2, 2014 through December 31, 2014**

| | |
|---|---:|
| Professional Services | $ 10,287.00 |
| Expenses Incurred | 34.48 |
| **Professional Services & Expenses** | **$ 10,321.48** |

AMOUNTS ARE STATED IN U.S. DOLLARS

BRG, LLC Fed ID No. 27-1451273

**Please remit payments by check to:**

Berkeley Research Group, LLC
2200 Powell Street, Suite 1200
Emeryville CA 94608

**Please remit payments by wire to:**

PNC Bank, N.A.
East New Brunswick, N.J.
Account Name:
Berkeley Research Group, LLC
Swift: PNCCUS33ENJ
ABA#: 031207607
Acct#: 8026286672
Remittance advices are to be sent to:
remitadvice@brg-expert.com



## THE ROMAN CATHOLIC BISHOP OF STOCKTON
May 2, 2014 through December 31, 2014
PROFESSIONAL SERVICES - TIMEKEEPER SUMMARY

|  | 2014 RATE | HOURS | AMOUNT |
|---|---|---|---|
| <u>Senior Managing Consultant</u> |  |  |  |
| Matt Babcock | $ 410.00 | 18.7 | $ 7,667.00 |
| <u>Associate</u> |  |  |  |
| Eric Brown | 200.00 | 13.1 | 2,620.00 |
| **TOTALS** |  | **31.8** | **$10,287.00** |



### THE ROMAN CATHOLIC BISHOP OF STOCKTON
May 2, 2014 through December 31, 2014
PROFESSIONAL SERVICES - TASK CODE SUMMARY

| TASK CODE | DESCRIPTION | AVERAGE RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| 110.00 | General Accounting Issues | $ 249.41 | 1.7 | $ 424.00 |
| 220.00 | Document Analysis (Monthly Operating Reports) | 323.36 | 28.6 | 9,248.00 |
| 910.00 | Employment Application | 410.00 | 1.5 | 615.00 |
| | **Total Professional Services** | **$ 323.49** | **31.8** | **$10,287.00** |



**THE ROMAN CATHOLIC BISHOP OF STOCKTON**
May 2, 2014 through December 31, 2014
**PROFESSIONAL SERVICES - TIME DESCRIPTIONS**

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| **Task Code: 110.00** | | **General Accounting Issues** | | | |
| 07/29/14 | M Babcock | Examined correspondence from Committee Counsel and followed-up on related issues. | 0.20 | $ 410.00 | $ 82.00 |
| 07/30/14 | E Brown | Obtained court documents. | 0.50 | 200.00 | 100.00 |
| 08/04/14 | M Babcock | Discussed case issues with counsel. | 0.20 | 410.00 | 82.00 |
| 10/01/14 | E Brown | Reviewed and analyzed case documents. | 0.80 | 200.00 | 160.00 |
| | | **Total for Task Code 110.00** | **1.7** | | **$ 424.00** |
| **Task Code: 220.00** | | **Document Analysis (Monthly Operating Reports)** | | | |
| 05/28/14 | M Babcock | Examined MORs for the period of January 2014 through April 2014. | 0.60 | $ 410.00 | $ 246.00 |
| 07/30/14 | M Babcock | Examined MORs from May 2014 through June 2014. | 0.40 | 410.00 | 164.00 |
| 07/30/14 | E Brown | Analyzed MOR files and records. | 3.50 | 200.00 | 700.00 |
| 07/31/14 | M Babcock | Analyzed MORs from January 2014 through June 2014 and discussed additional analysis with staff. | 0.70 | 410.00 | 287.00 |
| 07/31/14 | E Brown | Analyzed monthly operating reports (01/2014 - 06/2014), including flow of funds and related bank accounts. | 4.00 | 200.00 | 800.00 |
| 08/01/14 | M Babcock | Reviewed MOR and flow of funds analysis (January 2014 through June 2014) and discussed related issues with staff. | 1.80 | 410.00 | 738.00 |
| 08/01/14 | E Brown | Continued analysis of monthly operating reports (01/2014 - 06/2014), including flow of funds and related bank accounts. | 1.50 | 200.00 | 300.00 |
| 08/04/14 | M Babcock | Examined Debtor's filings describing cash management system, compared filings to MORs and updated related flow of funds analysis. | 1.30 | 410.00 | 533.00 |
| 08/05/14 | M Babcock | Updated MOR / flow of funds analysis. | 0.10 | 410.00 | 41.00 |
| 08/05/14 | E Brown | Analyzed monthly operating reports and related cash flows detailed therin. | 2.80 | 200.00 | 560.00 |
| 08/07/14 | M Babcock | Analyzed flow of funds, including review of Debtor's MORs and other filings describing cash management system. | 3.80 | 410.00 | 1,558.00 |
| 09/10/14 | M Babcock | Prepared for and spoke with DOS CFO in order to discuss MORs, bank accounts and other related issues. | 0.40 | 410.00 | 164.00 |
| 09/10/14 | M Babcock | Analyzed MORs from January 2014 through July 2014, including flow of funds. | 0.80 | 410.00 | 328.00 |
| 09/11/14 | M Babcock | Contined analysis of MORs from January 2014 through July 2014. | 0.20 | 410.00 | 82.00 |
| 09/19/14 | M Babcock | Spoke with DOS CFO regarding MORs and other related issues. | 0.20 | 410.00 | 82.00 |



**THE ROMAN CATHOLIC BISHOP OF STOCKTON**
May 2, 2014 through December 31, 2014
PROFESSIONAL SERVICES - TIME DESCRIPTIONS

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 10/01/14 | M Babcock | Analyzed MOR supporting transaction documents provided by Debtor (including bank account statements, receipt and disbursement detail and transfer summaries). | 0.50 | 410.00 | 205.00 |
| 10/02/14 | M Babcock | Continued analysis of MOR supporting transaction documents provided by Debtor, including bank account statements, receipt and disbursement detail and transfer summaries. | 1.10 | 410.00 | 451.00 |
| 10/16/14 | M Babcock | Updated analysis of MORs and related flow of funds (including examination of bank account statements, receipt and disbursement detail and transfer summaries). | 2.00 | 410.00 | 820.00 |
| 10/22/14 | M Babcock | Revised analysis of MORs and related flow of funds and provided preliminary findings to Committee Counsel. | 1.10 | 410.00 | 451.00 |
| 12/03/14 | M Babcock | Analyzed MORs from August 2014 through October 2014. | 0.80 | 410.00 | 328.00 |
| 12/10/14 | M Babcock | Analyzed MOR supporting transaction documents provided by Debtor for August through October 2014. | 1.00 | 410.00 | 410.00 |
| | | **Total for Task Code 220.00** | **28.6** | | **$ 9,248.00** |
| Task Code: 910.00 | | **Employment Application** | | | |
| 05/02/14 | M Babcock | Revised employment application, declaration and order. | 0.50 | $ 410.00 | $ 205.00 |
| 05/06/14 | M Babcock | Coordinated execution of declaration by BRG counsel and provided executed copy to Committee counsel. | 0.40 | 410.00 | 164.00 |
| 06/03/14 | M Babcock | Updated employment application / order. | 0.40 | 410.00 | 164.00 |
| 06/04/14 | M Babcock | Finalized employment application / order. | 0.20 | 410.00 | 82.00 |
| | | **Total for Task Code 910.00** | **1.5** | | **$ 615.00** |
| | | **Total Professional Services** | **31.8** | | **$10,287.00** |



**THE ROMAN CATHOLIC BISHOP OF STOCKTON**
May 2, 2014 through December 31, 2014
**EXPENSES**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 07/31/14 | Data Research | $ 6.68 |
| 05/30/14 | Express Messenger - Federal Express | 13.90 |
| 06/26/14 | Express Messenger - Federal Express | 13.90 |
| | **Total Expenses** | **$ 34.48** |