STEVEN H. FELDERSTEIN, State Bar No. 056978
PAUL J. PASCUZZI, State Bar No. 148810
JENNIFER E. NIEMANN, State Bar No. 142151
FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP
400 Capitol Mall, Suite 1750
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
sfelderstein@ffwplaw.com
ppascuzzi@ffwplaw.com
jniemann@ffwplaw.com

Attorneys for The Roman Catholic Bishop of
Stockton, a corporation sole

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC BISHOP OF STOCKTON, a California corporation sole,<br><br>Debtor-In-Possession. | CASE NO. 14-20371-C-11 |

**PROOF OF SERVICE**

I, Karen L. Widder, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 400 Capitol Mall, Suite 1750, Sacramento, California, 95814. On November 1, 2016, I served the within documents:

**LETTER FROM BISHOP**

**ORDER (A) APPROVING THE DISCLOSURE STATEMENT IN SUPPORT OF PLAN OF REORGANIZATION; (B) ESTABLISHING PROCEDURES FOR SOLICITATION AND TABULATION OF VOTES TO ACCEPT OR REJECT PLAN; (C) APPROVING THE FORM OF BALLOTS AND THE INCLUSION OF THE RELEASES AND CERTIFICATIONS THEREIN; (D) APPROVING THE FORM AND MANNER OF NOTICE OF THE INSURANCE SETTLEMENT AGREEMENT AND THE PARTICIPATING PARTY AGREEMENT; AND (E) SETTING THE CONFIRMATION HEARING**

**DEBTOR'S PLAN OF REORGANIZATION DATED OCTOBER 26, 2016 DISCLOSURE STATEMENT TO ACCOMPANY DEBTOR'S PLAN OF REORGANIZATION DATED OCTOBER 26, 2016**

**NOTICE OF (A) APPROVAL OF THE DISCLOSURE STATEMENT IN SUPPORT OF PLAN OF REORGANIZATION; (B) ESTABLISHMENT OF PROCEDURES FOR SOLICITATION AND TABULATION OF VOTES TO ACCEPT OR REJECT PLAN; (C) APPROVAL OF THE FORM OF BALLOTS AND THE INCLUSION OF THE RELEASES AND CERTIFICATIONS THEREIN; (D) APPROVAL OF THE FORM AND MANNER OF NOTICE OF THE INSURANCE SETTLEMENT AGREEMENT AND THE PARTICIPATING PARTY AGREEMENT; AND (E) CONFIRMATION HEARING**

**NOTICE OF (I) OBJECTION DEADLINE FOR PLAN, INSURANCE SETTLEMENT AGREEMENT AND PARTICIPATING PARTY AGREEMENT; II) PLAN CONFIRMATION HEARING; AND (III) POST-PETITION ABUSE CLAIM DEADLINE**

**AS APPROPRIATE:**

    **A.**    **GENERAL BALLOT FORM;**

    **B.**    **UNKNOWN TORT CLAIM BALLOT FORM (CLASS 15);**

    **C.**    **TORT CLAIM BALLOT FORM (CLASS 14);**

    **D.**    **NOTICE OF NON-VOTING STATUS WITH RESPECT TO CLASSES 1, 4, 5 AND 10; OR**

    **E.**    **NONE OF THE ABOVE**

**RECOMMENDATION LETTER FROM COMMITTEE**

☑    by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Sacramento, California, addressed as set forth below.

    ***See Attached List***

    I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

///

///

///

///

Proof of Service

I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 1, 2016, at Sacramento, California.

*/s/ Karen L. Widder*
Karen L. Widder

Proof of Service

Label Matrix for local noticing
0972-2
Case 14-20371
Eastern District of California
Sacramento
Fri Oct 14 13:01:39 PDT 2016

ACI Specialty Benefits
Attn Theresa Baptiste VP
6480 Weathers Pl Ste 300
San Diego CA 92121-3913

AT T Yellow Pages Advertising
Stockton Sales Office
2575 Grand Canal Blvd
Stockton CA 95207-8260

AXIS U S Insurance
P O Box 4470
Alpharetta GA 30023-4470

Adriana Calderon
217 N Patton Ave
Stockton CA 95215-1734

Adriana Garcia
1316 Horizon Ln
Patterson CA 95363-8303

Allied Irish Bank
OConnell St Clonmel Co
Tipperary Ireland

Alvaro Lopez
203 E Washington St
Stockton CA 95202-3216

America Press Inc
106 West 56th Street
New York NY 10019-3893

Angie Solorio
1265 Avalon Dr
Stockton CA 95215-1232

Ann Marie Moznett-Avansino
212 N San Joaquin St
Stockton CA 95202-2409

Anna Misleh
800 St Vincents Hall R 313
St Johns University
8000 Utopia Pkwy
Queens NY 11439-9000

Arch Specialty Insurance Co
Property Claims
10909 Mill Valley Road Suite 210
P O Box 542033
Omaha NE 68154-8033

Arch Specialty Insurance Co.
Francine Petrosino
300 Plaza Three 3rd Fl
Jersey City, NJ 07311-1107

Arch Specialty Insurance Group
Francine Petro
Arch Insurance Group
300 Plaza Three 3rd Fl
Jersey City NJ 07311-1107

Archdiocese of San Francisco
One Peter York Way
San Francisco CA 94109-6602

Arthur J Gallagher Co
1255 Battery St Ste 450
San Francisco CA 94111-6235

Arthur J Gallagher Co
PO Box 742886
Los Angeles CA 90074-2886

Atlantic Specialty Insurance Company
c o Entertainment Brokers Intl
1100 Glendon Avenue Suite 900
Los Angeles CA 90024-3513

Aurora Reynoso
3149 Sonata Cir
Stockton CA 95212-3838

Mike Bazley
12500 Bruceville Rd
Elk Grove, CA 95757-9784

Beverly Ann Alonzo
6333 Pacific Ave
Stockton CA 95207-3713

Blackbaud
2000 Daniel Island Dr
Charleston SC 29492-7541

Blackbaud
PO Box 930256
Atlanta GA 31193-0256

Blaire Most Rev Stephen
205 E Harding Way
Stockton CA 95204-5912

Blue Shield of California
50 Beale St 22nd Fl
San Francisco CA 94105-1813

Blue Shield of California
Attn Jeffery Hermosillo Sr VP
Enterprise Sales Service
50 Beale St
San Francisco CA 94105-1813

Blue Shield of California
Cash Receiving
File 55331
Los Angeles CA 90074-5331

Brandon Ware
215 W Walnut St
Lodi CA 95240-3514

CA State Board of Equalization
Account Information Group MIC 29
PO Box 942879
Sacramento CA 94279-0029

CA State Board of Equalization
P O Box 942879
Sacramento CA 94279-7070

CATHEDRAL OF THE ANNUNCIATION
C/O KATHLEEN M. ABDALLAH
KROLOFF, BELCHER, SMART, PERRY & CHRISTO
7540 SHORELINE DRIVE
STOCKTON, CA 95219-5434

CIGNA
c o ACE USA
Northwest Region
455 Market Street
San Francisco CA 94105-2420

CIGNA
c o Insurance Co of North America
Attn David Humphreys
436 Walnut Street
Philadelphia PA 19106-3703

Calaveras County Tax Collector
891 Mountain Ranch Rd Ste 2
San Andreas CA 95249-9713

California Physicians' Service
Michael B. Reynolds
600 Anton Blvd #1400
Costa Mesa, CA 92626-7689

California Province of the
Society of Jesus
300 College Ave
Los Gatos CA 95030-7065

California Province of the
Society of Jesus
c o Sacred Heart Jesuit Center
PO Box 128
Los Gatos CA 95031-0128

Carina DeLeon
4085 Pine Lake Cir
Stockton CA 95219-2018

Carmen Espinoza
2080 Vierra Rd
Lathrop CA 95330-8715

Casey Moving Systems
PO Box 6
Ceres CA 95307-0006

Casey Moving Systems Records Mgmt
2209 Fairview Dr
Ceres CA 95307-9208

Catholic Charities
Elvira Ramirez
1106 N El Dorado Street
Stockton CA 95202-1332

Catholic Charities of the Diocese of Stockto
Hefner Stark and Marois, LLP
2150 River Plaza Dr #450
Sacramento, CA 95833-4136

Catholic Diocese of Stockton Cemeteries
Hefner Stark and Marois, LLP
2150 River Plaza Dr #450
Sacramento, CA 95833-4136

Catholic Diocese of Stockton Cemeteries
Attn Al Vigil
San Joaquin Catholic Cemetery
PO Box 1137
Stockton CA 95201-1137

Catholic Legal Immigration Network Inc
401 Michigan Avenue NE
Washington DC 20017-1518

Centennial Atlantic Mutual
c o Michael Ferreira
New York Liquidation Bureau
110 Williams Street 16th Floor
New York NY 10038-3940

Central Catholic High School
Hefner Stark and Marois, LLP
2150 River Plaza Dr #450
Sacramento, CA 95833-4136

Central Catholic High School
Attn Mr James Pecchenino
200 S Carpenter Rd
Modesto CA 95351-1999

Central Catholic High School Foundation
Hefner Stark and Marois, LLP
2150 River Plaza Dr #450
Sacramento, CA 95833-4136

Central Parking System
1414 K Street Suite 450
Sacramento CA 95814-2024

Central Parking Systems Inc
PO Box 790402
St Louis MO 63179-0402

Charleen Plappert-Godwin
3624 Wood Duck Cir
Stockton CA 95207-5230

Church Mutual Insurance Company
3000 Schuster Lane
Merrill WI 54452-3863

Church Mutual Insurance Company
P O Box 342
Merrill WI 54452-0342

Church for Tomorrow
c o Mark Gorton
Boutin Jones Inc
555 Capitol Mall Suite 1500
Sacramento CA 95814-4603

Church for Tomorrow Fund
Mark Gorton
555 Capitol Mall #1500
Sacramento, CA 95814-4603

Church of Tomorrow
212 N San Joaquin St
Stockton CA 95202-2409

City of Stockton
Central Parking District
123 N San Joaquin St
Stockton CA 95202-2406

Clarice Alberta shephard
512 S 5th St
San Jose CA 95112-5646

Colonial
Premium Processing
PO Box 903
Columbia SC 29202-0903

Colony
c o Arthur J Gallaher Co
1255 Battery Street Suite 450
San Francisco CA 94111-6235

Custom Benefit Administrators Inc
Attn Robert P Hayes Owner
PO Box 2170
Rocklin CA 95677-8170

Cynthia Chavez
534 W 12th St
Tracy CA 95376-3406

(c)DANIEL BARBA
C O MUNDELEIN SEMINARY
1000 E MAPLE AVE
MUNDELEIN IL  60060-1967

Daniel L Egan
Wilke Fleury
400 Capitol Mall 22nd Floor
Sacramento CA 95814-4421

Dante Dammay
505 E North St
Manteca CA 95336-4712

Tracy Hope Davis
Office of the U.S. Trustee
501 I Street, Suite 7-500
Sacramento, CA 95814-7304

Davis Plumbing Irrigation
PO Box 691165
Stockton CA 95269-1165

Nicholas DeLancie
Two Embarcadero Center, 5th Floor
San Francisco, CA 94111-3813

Dennis Devencenzi
3251 Warmke Ln
Stockton CA 95206-5700

Dennis Donald Geiger
Kroloff Belcher Smart Perry
Christopherson
7540 Shoreline Drive
Stockton CA 95219-5434

Diane Lewis
1400 Magnolia
Oakdale CA 95361-2840

Diane Taricco
18317 E Brovelli Ln
Linden CA 95236-9301

Digital Innovation Inc
302 Dove Ct
Forest Hill MD 21050-3276

Digna Ramirez-Lopez
3713 Griffith Dr
Stockton CA 95212-3488

Diocese of Kumbakonam
c o Rev M S Selva Raj
Mission Director
369 Broadway
Staten Island NY 10310-2033

Diocese of Stockton Irrevocable Trust
Attn Trustees
212 N San Joaquin St
Stockton CA 95202-2409

Diocese of Stockton Revocable Trust
Attn Trustees
212 N San Joaquin St
Stockton CA 95202-2409

Douglas Adel
329 Cruise Way
Sacramento CA 95831-1008

Dove Project Management
2662 Chassella Way
Rancho Cordova CA 95670-4833

Dyan Hollenhorst
5254 Tully Rd
Hughson CA 95326-9204

ERICA L. RIZO, EDWIN F. RIZO, CO-TRUSTEES
C/O KATHLEEN M. ABDALLAH
KROLOFF, BELCHER, SMART, PERRY & CHRISTO
7540 SHORELINE DRIVE
STOCKTON, CA 95219-5434

Editorial Edice
Tomas Redondo 3 -
Nave 2 Bajo Edificio
Luarca - 28033
Madrid Spain

Edward Donohoe
1319 N Madison St 312
Stockton CA 95202-1026

Elizabeth A Hodgdon
c o Chad J Wood
Willbanks Wood PLC
1047 South Tracy Blvd
Tracy CA 95376-9157

Eric Ross
c o Beazley Group
30 Batterson Park Road
Farmington CT 06032-2579

Erika L Edwin F Rizo
Revocable Trust
7425 River Nine Dr
Modesto CA 95356-9221

Eucharistic Franciscan
Missionary Sisters
1205 N San Joaquin St
Stockton CA 95202-1425

FINANCIAL DECISIONS 401-K PLAN FBO FRED M. L
C/O KATHLEEN M. ABDALLAH
KROLOFF, BELCHER, SMART, PERRY & CHRISTO
7540 SHORELINE DRIVE
STOCKTON, CA 95219-5434

FINANCIAL DECISIONS 401-K PLAN FBO NANCY E.
C/O KATHLEEN M. ABDALLAH
KROLOFF, BELCHER, SMART, PERRY & CHRISTO
7540 SHORELINE DRIVE
STOCKTON, CA 95219-5434

Farmers and Merchants Bank
116 W Pine St
Lodi CA 95240-2111

Farmers and Merchants Bank
c o R Dale Ginter
Downey Brand LLP
621 Capitol Mall 18th Floor
Sacramento CA 95814-4731

Farmers and Merchants Bank Of Central Califo
Downey Brand LLP
621 Capitol Mall 18th Fl
Sacramento, CA 95814-4731

FedEx
P O Box 7221
Pasadena CA 91109-7321

Federal Insurance Company
c o Chubb Group of Insurance Companies
Attn Claims Department
15 Mountain View Road
Warren NJ 07059-6711

Steven H. Felderstein
400 Capitol Mall #1750
Sacramento, CA 95814-4432

Fidel Carrillo Jr
2101 S Drais Rd
Stockton CA 95215-9405

Financial Decisions
401K Profit Sharing Plan
FBO Fred M Lee
5345 N El Dorado St 18
Stockton CA 95207-5858

Financial Decisions
401K Profit Sharing Plan
FBO Nancy E Lee
5345 N El Dorado St 18
Stockton CA 95207-5858

Firemans Fund Insurance Company
c/o Mark D. Plevin
275 Battery Street, 23rd Floor
San Francisco, CA 94111-3366

Firemans Fund Insurance Company
Attn James M Shaw Claims Specialist
4601 DTC Blvd
Denver CO 80237-2575

Fr Editho Mascardo
4212 Dale Road
Modesto CA 95356-9767

Fr Edwin Musico
120 W Fifth St
Stockton CA 95206-2604

Fr Gilberto L Arango-Restepo
1225 Olive St
Oakdale CA 95361-3423

Fr Jairo Ramirez
1301 Cooper Ave
Turlock CA 95380-4113

Fr Jorge Roman
PO Box 372
Mammoth Lakes CA 93546-0372

Fr Jose Mario Guarin
PO Box 480
Lodi CA 95241-0480

Fr Luis Cordeiro
1301 Cooper Ave
Turlock CA 95380-4113

Franchise Tax Board
Bankruptcy Section MS A-340
P O Box 2952
Sacramento CA 95812-2952

Franchise Tax Board
PO Box 1237
Sacramento CA 95812

GEMPERLE BROTHERS
C/O KATHLEEN M. ABDALLAH
KROLOFF, BELCHER, SMART, PERRY & CHRISTO
7540 SHORELINE DRIVE
STOCKTON, CA 95219-5434

Gabriel Bickell
402 Mariner Point Way
Sacramento CA 95831-3742

Garcia Melissa
10757 Copperopolis Rd
Stockton CA 95215-1728

Gemperle Brothers
10218 Lander Ave
Turlock CA 95380-9628

R. Dale Ginter
621 Capitol Mall 18th Fl
Sacramento, CA 95814-4731

Gloria De Jesus
212 N San Joaquin Street
Stockton CA 95202-2409

Golden Bear Insurance Company
Attn Beth Ossino AIC
709 N Center Street Ste 2A
P O Box 271
Stockton CA 95201-0271

Goldman Architects
172 Russ Street
San Francisco CA 94103-4010

Mark Gorton
555 Capitol Mall Suite 1500
Sacramento, CA 95814-4603

Great American
c o Arthur J Gallaher Co
1255 Battery Street Suite 450
San Francisco CA 94111-6235

Great American Insurance Companies
William J Curtin CPCU ASLI
Senior Field Claims Specialist
P O Box 5432
Cincinatti OH 45201-5432

Greeley Asset Services LLC
3640 American River Dr Ste 150
Sacramento CA 95864-5954

Griselda Navarrete-Esquivel
2154 Union St
Stockton CA 95206-2249

Guadalupan Missionaries of
The Holy Spirit
Sr Olivia Olivares
5467 West 8th St
Los Angeles CA 90036-4815

Guadalupe Tinoco
1412 S First Street Space 36
Turlock CA 95380-6082

Hamilton Suarez
1813 Oakdale Dr
Modesto CA 95355-2901

Harmon Skillin
1526 Mosaic Way 167
Stockton CA 95207-6123

HealthSmart Benefit Solutions Inc
P O Box 93670
Lubbock TX 79493-3670

Hedy A Yurong-Olaso
212 N San Joaquin Street
Stockton CA 95202-2409

Hedy A Yurong-Olaso
2502 Estate Dr
Stockton CA 95209-1154

Heenan Communications
504 Southgate Rd
Sacramento CA 95815-3715

Hernandez Arthur
4342 Rockwood Ct
Stockton CA 95219-2517

Hildegard Young
2528 Bay Ct
Stockton CA 95204-3801

Hiscox
c o Arthur J Gallaher Co
1255 Battery Street Suite 450
San Francisco CA 94111-6235

Homeland
c o Arthur J Gallaher Co
1255 Battery Street Suite 450
San Francisco CA 94111-6235

Howard S Nevins
Hefner Stark Marois LLP
2150 River Plaza Drive Suite 450
Sacramento CA 95833-4136

Hudson
c o Arthur J Gallaher Co
1255 Battery Street Suite 450
San Francisco CA 94111-6235

IRS
PO Box 7346
Philadelphia, PA 19101-7346

IT Solutions Currie
Attn Mark Davis
1801 Tully Rd Ste E
Modesto CA 95350-2931

Insurance Company of North America
c o ACE USA
Northwest Region
455 Market Street
San Francisco CA 94105-2420

Insurance Company of North America
c o David Humphreys
ACE-USA LIABILITY CLAIMS
436 Walnut Street
Philadelphia PA 19106-3703

Interlogic Outsourcing Inc
PO Box 2808
Elkhart IN 46515-2808

Internal Revenue Service
Internal Revenue Service Center
Ogden UT 84201-0027

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Internal Revenue Service
PO Box 7346
Philadelphia PA 19101-7346

Irene Villeda
3821 Hollywood Dr
Ceres CA 95307-9779

Ironshore
c o Arthur J Gallaher Co
1255 Battery Street Suite 450
San Francisco CA 94111-6235

Isela Quezada
853 S Burnett Ave
Stockton CA 95205-7145

Jack Jezreel
Just Faith Ministries
7406 Greenlawn Rd
Louisville KY 40222-4045

James Neves
9702 Angel Court
Stockton CA 95209-5166

James Stang
Pachulski Stang Ziehl Jones
10100 Santa Monica Boulevard
13th Floor
Los Angeles CA 90067-4003

Jane Doe 51
c o Joseph C George Esq
The Law Offices of Joseph George
601 University Avenue Suite 200
Sacramento CA 95825-6744

Jesuit Retreat Center of Los Altos
300 Manresa Way
Los Altos CA 94022-4659

Jo Anne Garcia-Jones
1020 W Harding Way
Stockton CA 95203-1719

Joe Maghinay
6715 Leesburg Pl
Stockton CA 95207-3433

John BE Doe
c o Joseph C George Esq
The Law Offices of Joseph George
601 University Avenue Suite 200
Sacramento CA 95825-6744

John CC Doe
c o John C Manly Esq
Manly Stewart and Finaldi
19100 Von Karman Ave Ste 800
Irvine CA 92612-6581

John E Hale
1212 Sleepy Hallow Way
Roseville CA 95661-5423

John MT Doe
c o John C Manly Esq
Manly Stewart and Finaldi
19100 Von Karman Ave Ste 800
Irvine CA 92612-6581

John Powell
PO Box 1142
Altaville CA 95221-1142

John Wang
P O Box 379
Lodi CA 95241-0379

Jose Lopez-Ceja
3713 Griffith Dr
Stockton CA 95212-3488

Juana Rocha Hernandez
1038 Poplar Ave
Manteca CA 95336-3467

Julieanna Verduzco
1540 White Ln
Stockton CA 95215-1224

KATHERINE SHEPHARD WEINER
C/O KATHLEEN M. ABDALLAH
KROLOFF, BELCHER, SMART, PERRY & CHRISTO
7540 SHORELINE DRIVE
STOCKTON, CA 95219-5434

KATHLEEN LAGORIO JANSSEN, TRUSTEE
C/O KATHLEEN M. ABDALLAH
KROLOFF, BELCHER, SMART, PERRY & CHRISTO
7540 SHORELINE DRIVE
STOCKTON, CA 95219-5434

Katherine Shephard Weiner
61 San Pablo Ct
Moraga CA 94556-2717

Kathleen L Dean J Janssen Ttes
6443 Saint Andrews Dr
Stockton CA 95219-1862

Kathleen Nomura
117 E Sonoma
Stockton CA 95204-3436

Kathryn A Crane
917 Oakhurst Way
Stockton CA 95209-2069

Shabbir A. Khan
Treasurer and Tax Collector
PO Box 2169
Stockton, CA 95201-2169

Kim Fuentes
619 Fordham Dr
Stockton CA 95210-2041

Kurtzman Carson Consultants LLC
Angela Nguyen
2335 Alaska Ave
El Segundo, CA 90245-4808

LENORE C. DOUGHERTY, TRUSTEE
C/O KATHLEEN M. ABDALLAH
KROLOFF, BELCHER, SMART, PERRY & CHRISTO
7540 SHORELINE DRIVE
STOCKTON, CA 95219-5434

LawRoom
1277 Treat Blvd Suite 620
Walnut Creek CA 94597-8864

Lenore C Dougherty Tte
1071 W Monterey Ave
Stockton CA 95204-3030

Leticia Rodriguez
8908 San Pasqual Way
Stockton CA 95210-1240

Megan A. Lewis
400 Capitol Mall 22nd Fl
Sacramento, CA 95814-4421

Liliana Bobadilla
134 W Magnolia
Stockton CA 95202-1244

Linda Dillen
227 Claremont
Stockton CA 95207-5611

Louise Johnson
1001 Stanford Ave
Modesto CA 95350-5035

Luis Gerardo Navarro Hernandez
212 N San Joaquin Street
Stockton CA 95202-2409

Lynn Harris
5013 Durley Drive
Salida CA 95368-9198

Madonna of Peace Retreat Center
Hefner Stark and Marois, LLP
2150 River Plaza Dr #450
Sacramento, CA 95833-4136

Madonna of Peace Retreat Center
PO Box 71
Copperopolis CA 95228-0071

Maiden Specialty
841 Latour Court Suite A
Napa CA 94558-7546

MailFinance Neopost USA Co
25881 Network Place
Chicago IL 60673-1258

Maria Esther Ramirez
992 E Edison Street
Manteca CA 95336-3806

Marjorie Shephard Hart
3 Wing Set Pl
Alamo CA 94507-2900

Markel Insurance Company
Health Special Risk Inc
HSR Plaza II
4100 Medical Parkway
Carrollton TX 75007-1517

Mary L Coughlan
3379 Fairway Dr
Stockton CA 95204-1107

Allen C. Massey
501 I St #7-500
Sacramento, CA 95814-7304

David M. Meegan
11341 Gold Express Dr #110
Gold River, CA 95670-4492

Michael E Bruch
4117 Galenez Way
Antioch CA 94531-9382

Michael P. Murphy
Future Claims Representative
AlixPartners, LLC
580 California St #2050
San Francisco CA 94104-1017

Michelle Romano
2105 Lido Cir
Stockton CA 95207-6014

Mikaela M Reilly
1139 Cabernet Ln
Manteca CA 95337-6842

Milliman Co
Attn John Botsford Actuary
650 California St 17th Fl
San Francisco CA 94108-2717

Modesto Bee
1325 H St
PO Box 5156
Modesto CA 95352-5156

Modesto Centre Plaza
1000 L St
Modesto CA 95354-0835

Molly L Hess
PO Box 11
Ashton MD 20861-0011

Most Rev Stephen E Blaire
212 N San Joaquin St
Stockton CA 95202-2409

Most Reverend Stephen E. Blaire
205 E Harding Way
Stockton CA 95204-5912

Moznett-Avansino Ann Marie
5850 Fine Rd
Linden CA 95236-9448

Msgr Bonifacio Baldonado
505 W Granger Ave
Modesto CA 95350-4225

Msgr Cain
2326 Oregon Avenue
Stockton CA 95204-4624

NCDVD
440 W Neck Road
Huntington NY 11743-1626

NCPD
415 Michigan Ave NE Ste 240
Washington DC 20017-4503

NFP D A Financial
Attn Kelly C Amato JD
AIF Partner
3470 Mt Diablo Blvd Ste A100
Lafayette CA 94549-3958

Nancy Garcia-Anastacio
1622 S San Joaquin St
Stockton CA 95206-2053

National Union Fire Insurance Company
c o AIG
Educational Markets Mail Center
P O Box 26008
Overland Park KS 66225-6008

Net Ministries
110 Crusader Ave West
West St Paul Mn 55118-4427

Neumiller and Beardslee
PO Box 20
Stockton CA 95201-3020

Howard S. Nevins
2150 River Plaza Dr #450
Sacramento, CA 95833-4136

Jennifer E. Niemann
400 Capitol Mall, Ste. 1750
Sacramento, CA 95814-4432

North Star
c o Alan H Barbanel Esq
Barbanel Treuer
1925 Century Park E 350
Los Angeles CA 90067-2731

North Star
c o Britta O Konopka
General Star Management Company
P O Box 1255
Stamford CT 06904-1255

Office of the Attorney General
1300 I Street
Sacramento CA 95814-2963

Office of the U.S. Trustee
Robert T Matsui United States Courthouse
501 I Street, Room 7-500
Sacramento, CA 95814-7304

Robert B. Orgel
10100 Santa Monica Blvd #1100
Los Angeles, CA 90067-4111

Otis Elevator Co
4604 Roseville Rd Ste 112
North Highlands CA 95660-5160

PASTOR OF ST. ANTHONY CHURCH OF MANTECA
C/O KATHLEEN M. ABDALLAH
KROLOFF, BELCHER, SMART, PERRY & CHRISTO
7540 SHORELINE DRIVE
STOCKTON, CA 95219-5434

Pacific Indemnity
c o Dennis H OHara
Arthur J Gallagher Co
1255 Battery Street Suite 450
San Francisco CA 94111-6235

Parish Evaluation
3073 S Chase Ave Ste 320
Milwaukee WI 53207-2667

ParishSoft LLC
825 Victors Way Ste 200
Ann Arbor MI 48108-2834

Paul J. Pascuzzi
400 Capitol Mall #1750
Sacramento, CA 95814-4432

Pastor St Edward Church
Attn Rev Alvaro Delgado
731 S Cardinal Ave
Stockton CA 95215-6099

Pastor of All Saints Church
Attn Rev John Fitzgerald
PO Box 642
Twain Harte CA 95383-0642

Pastor of All Saints University Church
Attn Rev Matthew ODonnell
4040 McKenna Dr
Turlock CA 95382-7264

Pastor of Cathedral of the Annunciation
Attn Msgr John Armistead
425 W Magnolia St
Stockton CA 95203-2412

Pastor of Church of the Presentation
Attn Msgr Lawrence McGovern
6715 Leesburg Pl
Stockton CA 95207-3433

Pastor of Holy Cross Church
Attn Msgr Robert Silva
PO Box 52
Linden CA 95236-0052

Pastor of Holy Family Church
Attn Rev Jose Serna
4212 Dale Rd
Modesto CA 95356-9767

Pastor of Our Lady of Fatima Church
Attn Rev Khoi Pham
505 W Granger Ave
Modesto CA 95350-4225

Pastor of Our Lady of Guadalupe Church
Attn Rev Francisco Naranjo
16200 Cambridge Dr
Lathrop CA 95330-9543

Pastor of Our Lady of the Assumption
of the Portuguese Church
Attn Rev Manuel Sousa
PO Box 2030
Turlock CA 95381-2030

Pastor of Sacred Heart
Church of Patterson
Attn Rev Rex Hays
529 I St
Patterson CA 95363-2219

Pastor of Sacred Heart Church of Turloc
Attn Rev Jose Salvador Ledesma
1301 Cooper Ave
Turlock CA 95380-4113

Pastor of St Andrew Church
of San Andreas
Attn Rev Lonachan Arouje
PO Box 550
San Andreas CA 95249-0550

Pastor of St Anne Church
Attn Rev Brandon Ware
PO Box 480
Lodi CA 95241-0480

Pastor of St Anthony Church
of Manteca
Attn Rev J Patrick Walker
505 E North St
Manteca CA 95336-4712

Pastor of St Anthony Church of Hughson
Attn Rev Armando Vergara
7820 Fox Rd
Hughson CA 95326-9309

Pastor of St Bernadette Church
Attn Rev John Peter Pragasam
2544 Plymouth Rd
Stockton CA 95204-4049

Pastor of St Bernard Church
Attn Rev Msgr Ivo Rocha
163 W Eaton Ave
Tracy CA 95376-3530

Pastor of St Frances of Rome Church
Attn Rev Misael Avila
2827 Topeka St
Riverbank CA 95367-2252

Pastor of St George Church
Attn Rev David Dutra
120 W Fifth St
Stockton CA 95206-2695

Pastor of St Gertrude Church
Attn Rev Alvaro Araque
1663 E Main St
Stockton CA 95205-5520

Pastor of St Joachim Church
of Lockeford
Attn Rev Sam Woods
PO Box 232
Lockeford CA 95237-0232

Pastor of St Joachim Church of Newman
Attn Rev Martin Garcia Marin
1121 Main St
Newman CA 95360-1224

Pastor of St Joseph Church
of Mammoth Lakes
Attn Rev Paul Boudreau
PO Box 372
Mammoth Lakes CA 93546-0372

Pastor of St Joseph Church of Modesto
Attn Mark Wagner
1813 Oakdale Rd
Modesto CA 95355-2999

Pastor of St Jude Church
Attn Rev Ariel Munoz-Sanchez
3824 Mitchell Rd
Ceres CA 95307-9420

Pastor of St Linus Church
Attn Rev Gustavo Quintero
2620 S B St
Stockton CA 95206-3639

Pastor of St Luke Church of Stockton
Attn Rev Gael Sullivan
3847 N Sutter St
Stockton CA 95204-3223

Pastor of St Mary of
the Annunciation Church
Attn Rev Richard Morse
1225 Olive Ave
Oakdale CA 95361-3423

Pastor of St Mary of
the Assumption Church
Attn Rev Jose Luis Gutierrez
203 E Washington St
Stockton CA 95202-3216

Pastor of St Mary of the
Assumption Church
Attn Rev Jose Luis Gutierrez
203 E Washington St
Stockton CA 95202-3216

Pastor of St Michael
Church of Stockton
Attn Rev Msgr Agustin Gialogo
5882 N Ashley Ln
Stockton CA 95215-9307

Pastor of St Patrick
Church of Ripon
Attn Jeffrey Wilson
19399 E Highway 120
Ripon CA 95366-9798

Pastor of St Patrick Church
Of Angels Camp
Attn Rev Rolando Petronio
PO Box 576
Angels Camp CA 95222-0576

Pastor of St Patrick Church of Sonora
Attn Rev Ray Abella
116 W Bradford St
Sonora CA 95370-4924

Pastor of St Stanislaus Church
Attn Rev Ramon Bejarano
709 J St
Modesto CA 95354-2231

Patricia Cumpian
1107 Oakleaf Way
Stockton CA 95209-1912

Paychex Benefit Technologies Inc
Dba BeneTrac
2385 Northside Dr Ste 100
San Diego CA 92108-2716

Mark D. Plevin
275 Battery St 23rd Fl
San Francisco, CA 94111-3366

Michael P. Pompeo
1177 Avenue of the Americas
New York, NY 10036-2714

Premier Access Insurance Co
Ins Fund
c o Kimberley Rodriguez
8990 Cal Center Dr
Sacramento CA 95826

Premier Access Insurance Co
P O Box 659020
Sacramento CA 95865-9020

Premier Access Insurance co
P O Box 39000
San Francisco CA 94139-0001

Premier Life
Premier Access Insurance Co
P O Box 659010
Sacramento CA 95865-9010

Presentation Church
Megan A. Lewis
400 Capitol Mall 22nd Fl
Sacramento, CA 95814-4421

Queirolos Heating
Air Conditioning Inc
310 W Norwich Dr
Stockton CA 95207-5127

Rafael E Anaya
Remodeling Repair Maintenance
P O Box 690512
Stockton CA 95269-0512

Rafael E Anaya
Remodeling Repair and Maintenance
9057 Alhambra Avenue
Stockton CA 95212-2308

Ray A Morgan Co
3131 Esplanade
Chico CA 95973-0202

Rebecca L Glissman
1542 Fallbrook Way
Lodi CA 95240-7845

Record
Dept LA 21670
Pasadena CA 91185-1670

Renaissance Investment Management
Carey Kruer
50 E Rivercenter Blvd #1200
Covington KY 41011-1602

Renew International
1232 George Street
Plainfield NJ 07062-1717

Rev Alexandre Pacheco
1903 Porter Way
Turlock CA 95380-3771

Rev Alvaro Araque
1663 E Main St
Stockton CA 95205-5520

Rev Alvaro Delgado
731 S Cardinal Ave
Stockton CA 95215-6025

Rev Alvaro Lopez
203 E Washington St
Stockton CA 95202-3216

Rev Anthony Chacko
2827 Topeka St
Riverbank CA 95367-2252

Rev Armando Vergara
7820 Fox Rd
Hughson CA 95326-9309

Rev Benjamin Marquez Puente
425 W Magnolia St
Stockton CA 95203-2412

Rev Brandon Ware
PO Box 480
Lodi CA 95241-0480

Rev Camilo Garcia
505 E North St
Manteca CA 95336-4712

Rev David Dutra
120 W Fifth St
Stockton CA 95206-2604

Rev Dean McFalls
203 E Washington St
Stockton CA 95202-3216

Rev Dean McFalls
PO Box 1559
French Camp CA 95231-1559

Rev Editho Mascardo
4212 Dale Rd
Modesto CA 95356-9767

Rev Eduardo Perez
1254 Lloyd Thayer Cir
Stockton CA 95206-5505

Rev Edwin Musico
120 W 5th St
Stockton CA 95206-2604

Rev Enda Maguire
18450 N Highway 88 Spc 8
Lockeford CA 95237-9719

Rev Eugene D Trainer
301 Main St
Wilton WI 54670

Rev Fernando Barrera
163 West Eaton Avenue
Tracy CA 95376-3593

Rev Fernando Barrera
709 J St
Modesto CA 95354-2231

Rev Francisco Campechano
Calle Juan Escutia No 25
Colonia Santa Paula
CP 4520 Tonald Jalisco
Mexico

Rev Francisco Naranjo
16200 Cambridge Dr
Lathrop CA 95330-9543

Rev Gilberto Arango
St Mary's Church
1225 Olive Ave
Oakdale CA 95361-3499

Rev Gustavo Quintero
2620 S B St
Stockton CA 95206-3639

Rev Hung Nguyen
PO Box 480
Lodi CA 95241-0480

Rev J Patrick Walker
505 E North St
Manteca CA 95336-4712

Rev J Philip Horrigan
7631 N Eastlake Terrace 2B
Chicago Il 60626-1402

Rev Jairo Ramirez
1301 Cooper Ave
Turlock CA 95380-4113

Rev James ODwyer
Green Hill Nursing Home
Waterford Rd Carrick on Suir
County Tipperary Ireland

Rev Jeffrey Wilson
19399 E Highway 120
Ripon CA 95366-9798

Rev Joe Maghinay
6715 Leesburg Pl
Stockton CA 95207-3433

Rev John Fitzgerald
PO Box 642
Twain Harte CA 95383-0642

Rev John Foster
Archdiocese for the Military Services
PO Box 4469
Washington DC 20017-0469

Rev John J Foster JCD
Vicar General
PO Box 4469
Washington DC 20017-0469

Rev John Pragasam
2544 Plymouth Rd
Stockton CA 95204-4049

Rev Jorge Arboleda
Our Lady of Fatima Church
505 W Granger Ave
Modesto CA 95350-4225

Rev Jorge Roman
PO Box 372
Mammoth Lakes CA 93546-0372

Rev Jose Dominguez Ruiz
PO Box 2341
Lodi CA 95241-2341

Rev Jose Luis Gutierrez
4101 N Manchester
Stockton CA 95207-7009

Rev Jose Luis Gutierrez
St Marys Church
203 E Washington St
Stockton CA 95202-3288

Rev Jose Ruiz
PO Box 2341
Lodi CA 95241-2341

Rev Jose Serna
4220 Dale Rd
Modesto CA 95356-9767

Rev Joseph Illo
10000 N Ojai Rd
Santa Paula CA 93060-9621

Rev Jovito Roldan JCL
Archdiocese of Military Services USA
61350 Wahl Terrace
Joshua Tree CA 92252-2768

Rev Khoi Pham
505 W Granger Ave
Modesto CA 95350-4225

Rev Lawrence Guerrero
2243 Rosemarie Ln 120
Stockton CA 95207-7840

Rev Lawrence McGovern
6715 Leesburg Pl
Stockton CA 95207-3433

Rev Leonardo Suarez
3226 E Lafayette St
Stockton CA 95205-5718

Rev Lonachan Arouje
PO Box 550
San Andreas CA 95249-0550

Rev Louis Garcia
203 E Washington St
Stockton CA 95202-3288

Rev Louis Garcia
433 Fifth St Unit B
Roseville CA 95678-3985

Rev Luis Cordiero
1301 Cooper Ave
Turlock CA 95380-4113

Rev Luis G Navarro
212 N San Joaquin St
Stockton CA 95202-2409

Rev Manuel F Sousa
PO Box 2030
Turlock CA 95381-2030

Rev Mark Wagner
St Joseph's Church
1813 Oakdale Rd
Modesto CA 95355-2999

Rev Martin Garcia Marin
St Joachim Church
1121 O St
Newman CA 95360

Rev Matthew ODonnell
4040 McKenna Dr
Turlock CA 95382-7264

Rev Michael L Brady
200 S Carpenter Rd
Modesto CA 95351-1938

Rev Misael Avila
2827 Topeka St
Riverbank CA 95367-2252

Rev Msgr Agustin Gialogo
5882 N Ashley Ln
Stockton CA 95215-9307

Rev Msgr Aloys C Gruber
1225 Olive Ave
Oakdale CA 95361-3423

Rev Msgr Edward Donohoe
1319 N Madison St Rm 310
Stockton CA 95202-1026

Rev Msgr Harmon Skillin
1526 Mosaic Way #167
Stockton CA 95207-6123

Rev Msgr Harmon Skillin JCD
6677 Leesburg Pl
Stockton CA 95207-3555

Rev Msgr Ivo Rocha
163 W Eaton Ave
Tracy CA 95376-3530

Rev Msgr James E Cain
2326 Oregon Ave
Stockton CA 95204-4624

Rev Msgr John Armistead
425 W Magnolia St
Stockton CA 95203-2412

Rev Msgr Richard Ryan
212 N San Joaquin St
Stockton CA 95202-2409

Rev Msgr Richard Ryan
582 N Ashley Ln
Stockton CA 95205

Rev Msgr William Moore
1039 Hellam St
Monterey CA 93940-2125

Rev Nathan R White
6740 Deer Valley Rd Ste D107- 231
Glendale AZ 85310-5953

Rev Octavio Zavala
PO Box 1231
Woodbridge CA 95258-1231

Rev Octavio Zavala
PO Box 1232
Woodbridge CA 95258-1232

Rev Patrick Curran
O'Connor Woods
2400 Wagner Heights Rd #108
Stockton CA 95209

Rev Patrick Curran
PO Box 1327
Twain Harte CA 95383-1327

Rev Peter Carota
PO Box 400
Wallace CA 95254-0400

Rev Peter Carota
PO Box 499
Wallace CA 95254

Rev Ramon Bejarano
709 J St
Modesto CA 95354-2231

Rev Ray Abella
116 W Bradford St
Sonora CA 95370-4924

Rev Robert Pereira
PO Box 78072
Stockton CA 95267-1372

Rev Robert Silva
PO Box 52
Linden CA 95236-0052

Rev Rolando Petronio
PO Box 576
Angels Camp CA 95222-0576

Rev Salvador Ledesma
1301 Cooper Ave
Turlock CA 95380-4113

Rev Samuel West
709 J St
Modesto CA 95354-2231

Rev Samuel Woods
PO Box 232
Lockeford CA 95237-0232

Rev Thomas Rajanayagam
96 Chilaw Rd
Negombo Sri Lanka

Rev Titian Miani
9716 Treetop Dr
Stockton CA 95209-1140

Rev William J Ryan
PMB 411
26100 Newport Rd A-12
Menifee CA 92584-9072

Rev William J Ryan
PO Box 6629
Woodland Hills CA 91365-6629

Rev William Kraft
PO Box 480
Lodi CA 95241-0480

Rev William McDonald
Apartado Postal 10759-1000
San Jose Costa Rica

Rev William Moore
2544 Plymouth Rd
Stockton CA 95204-4049

Rev. Antony Chacko
St Francis of Rome Church
2827 Topeka St
Riverbank CA 95367-2252

Rev. Dante Dammay
505 E North St
Manteca CA 95336-4712

Rev. Eduardo Perez
1663 E Main St
Stockton CA 95205-5520

Rev. Fr. Nathan R. White
6940 W Deer Valley Rd #D107 231
Glendale AZ  85310

Rev. Monsignor Richard J. Ryan
5882 North Ashley Ln
Stockton CA 95215-9307

Rev. Msgr. Bonifacio Baldonado
505 W Granger Ave
Modesto CA 95350-4225

Rev. William Kraft
Cathedral of the Annunciation
425 W Magnolia St
Stockton CA  95203-2412

Reverend Ernesto Madrigal
709 J St
Modesto CA  95354-2231

Reverend Jose Serna
4212 Dale Rd
Modesto CA 95356-9767

Reverend Jovito Roldan
St Christopher of the Desert
61350 Wahl Terrace
Joshua Tree CA 92252-2768

Reverend Leo Suarez
5303 Dana Ave
Stockton CA 95215-5410

Reverend Luis G. Navarro
4101 N Manchester
Stockton CA  95207-7009

Reverend Monsignor Lawrence McGovern
Church of the Presentation
6715 Leesburg Pl
Stockton CA 95207-3433

Reverend Robert Silva
Holy Cross Curch
PO Box 52
Linden CA 95236-0052

Reverend William McDonald
PO Box 576515
Modesto CA 95357-6515

Michael Bryan Reynolds
600 Anton Blvd #1400
Costa Mesa, CA 92626-7689

Roman Cath Bishop of Stockton 403b Pla
US Bank Institutional Trust-Western Reg
LA Lockbox Number 511649
PO Box 511649
Los Angeles CA 90051-8204

Roman Catholic Welfare
Corp of Stockton
212 N San Joaquin St
Stockton CA 95202-2409

Roman Catholic Welfare Corp of Stockton
c o David M Meegan
Meegan Hanschu Kassenbrock
11341 Gold Express Drive Suite 110
Gold River CA 95670-4492

Roman Catholic Welfare Corporation of Stockt
David M. Meegan
11341 Gold Express Dr #110
Gold River, CA 95670-4492

S L Cleaning Services Inc
550 Sandy Lane Apt 421
Ripon CA 95366-9238

S L Cleaning Services Inc
562 W Santos Ave
Ripon CA 95366-9354

SEEDS
Hefner Stark and Marois, LLP
2150 River Plaza Dr #450
Sacramento, CA 95833-4136

ST. BERNADETTE CHURCH
C/O KATHLEEN M. ABDALLAH
KROLOFF, BELCHER, SMART, PERRY & CHRISTO
7540 SHORELINE DRIVE
STOCKTON, CA 95219-5434

ST. JOACHIM CHURCH OF LOCKEFORD
C/O KATHLEEN M. ABDALLAH
KROLOFF, BELCHER, SMART, PERRY & CHRISTO
7540 SHORELINE DRIVE
STOCKTON, CA 95219-5434

Sacro Costato Missionary Srs
230 E Atlee St
Stockton CA 95204-3204

San Damiano Retreat
PO Box 767
Danville CA 94526-0767

San Joaquin County Tax Collector
P O Box 2169
Stockton CA 95201-2169

Sandra Nelson
371 Calaveras Way
Sonora CA 95370-5511

Sisters of Notre Dame de Namur
1520 Ralston Ave
Belmont CA 94002-1908

Sisters of the Cross
Attn James Hanley
1320 Maze Blvd
Modesto CA 95351-1790

Sonitrol
PO Box 9189
Fresno CA 93791-9189

Sr Terry Davis
212 N San Joaquin Street
Stockton CA 95202-2409

Sr Wanda Billion
212 N San Joaquin Street
Stockton CA 95202-2409

St Joseph Behavioral Health Center
P O Box 742091
Los Angeles CA 90074-2091

St Marys High School
Attn Rev John Fallon
PO Box 7247
Stockton CA 95267-0247

St Paul Travelers Insurance
c o Edward M Zawitoski
111 Schilling Road
Hunt Valley MD 21031-1110

St Paul Travelers Insurance
c o Robert M Vinci Esq
Drinker Biddle Reath LLP
500 Campus Drive
Florham Park NJ 07932-1024

St Teresa of Avila Church
C O Msgr Ray East
1244 V Street SE
Washington DC 20020-7016

St. Mary's High School
Hefner Stark and Marois, LLP
2150 River Plaza Dr #450
Sacramento, CA 95833-4136

St. Mary's High School Foundation
Hefner Stark and Marois, LLP
2150 River Plaza Dr #450
Sacramento, CA 95833-4136

St. Paul Fire and Marine Insurance Company
c/o Michael P. Pompeo
1177 Avenue of the Americas
New York, NY 10036-2714

Standard Insurance Company
75 Remittance Dr Suite 1892
Chicago IL 60675-1892

James I. Stang
10100 Santa Monica Blvd #1100
Los Angeles, CA 90067-4111

State of California EDD
Bankruptcy Special Procedures Group
P O Box 826880 MIC 92E
Sacramento CA 94280-0001

Stephanie Taricco
442 N Sibley Ave
Stockton CA 95215-1718

Clifford W. Stevens
PO Box 20
Stockton, CA 95201-3020

Sue Griffith Psy D MFT
5855 E Naples Plaza Suite 210
Long Beach CA 90803-5080

Superior Vision
Kimberley Hess
Sr VP Operations
11101 White Rock Rd Suite 150
Rancho Cordova CA 95670-6998

Superior Vision Services Inc
Insurance Fund
1855 W Katella Ave Ste 255
Orange CA 92867-3454

Sweeney Greene LLP
9245 Laguna Springs Dr Ste 350
Elk Grove CA 95758-7992

Sweeney Greene Roberts LLP
9245 Laguna Springs Drive Suite 350
Elk Grove CA 95758-7992

TelePacific Communications
72 Corporate Park
Irvine CA 92606-5147

The Diocese of Stockton 403 b Plan
c o U S Bank Institutional Trust Cus
1420 Kettner Blvd Suite 200
LM-CA-K2SB
San Diego CA 92101-2432

The Diocese of Stockton 403 b Plan
c o the Standard
Attn Ken Schlosser
1600 Riviera Ste 150
Walnut Creek CA 94596-7117

The Diocese of Stockton Priests
Qualified Pension Plan
Rev Msgr Ryan
212 N San Joaquin St
Stockton CA 95202-2409

The Diocese of Stockton Priests
Qualified Pension Plan
U.S. Bank National Association
1420 Kettner Blvd #200 LM-CA-K2SB
San Diego CA 92101-2421

The Diocese of Stockton Priests Pnsn Pl
US Bank Institutional Trust-Western Reg
LA Lockbox Number 511649
PO Box 511649
Los Angeles CA 90051-8204

The Diocese of Stockton Priests Qual Pl
c o U S Bank Institutional Trust Cus
1420 Kettner Blvd Suite 200
LM-CA-K2SB
San Diego CA 92101-2432

The Diocese of Stockton Qual Pension Pl
US Bank Institutional Trust-Western Reg
LA Lockbox Number 511649
PO Box 511649
Los Angeles CA 90051-8204

The Diocese of Stockton Retirement Plan
Rev Msgr Ryan
212 N San Joaquin St
Stockton CA 95202-2409

The Diocese of Stockton Retirement Plan
U.S. Bank National Association
Pamela L Uyehara
1420 Kettner Blvd #200 LM-CA-K2SB
San Diego CA 92101-2421

The Diocese of Stockton Retirement Plan
US Bank Institutional Trust-Western Reg
LA Lockbox Number 511649
PO Box 511649
Los Angeles CA 90051-8204

The Diocese of Stockton Retirement Plan
c o U S Bank Institutional Trust Cus
1420 Kettner Blvd Suite 200
LM-CA-K2SB
San Diego CA 92101-2432

The Hartford
PO Box 14187
Lexington KY 40512-4187

The Ordinary Mutual
Jeffer Mangels Butler and Mitchell LLP
2 Embarcadero Center 5th Fl
San Francisco, CA 94111-3813

The Ordinary Mutual
Nicolas De Lancie
2 Embarcadero Center 5th Fl
San Francisco CA 94111-3813

The Ordinary Mutual
c o Arthur J Gallaher Co
1255 Battery Street Suite 450
San Francisco CA 94111-6235

The Ordinary Mutual
c o Mr Phillip J Ries
Diocese of Orange
13280 Chapman Avenue
Garden Grove CA 92840-4414

The Ordinary Mutual
c o Mr Phillip J Ries
Diocese of Orange
PO Box 14195
Orange CA 92863-1595

The Roman Catholic Archbishop of San Francis
Archdiocese of San Francisco
1 Peter Yorke Way
San Francisco, CA 94109-6602

The Roman Catholic Bishop of Stockton, a Cal
212 North San Joaquin Street
Stockton, CA 95202-2409

The Standard
Attn Ken Schlosser
1600 Riviera Ste 150
Walnut Creek CA 94596-7117

The Tablet
Subscription Department
PO Box 326
Sittingbourne Kent ME9 8FA
United Kingdom

Thomas Butler
6917 Fox Cliff Way
Elk Grove CA 95758-4482

Thomas J Shephard Jr
1637 Del Monte Way
Moraga CA 94556-2043

Thomas Orlando
c o Mundelein Seminary
1000 E Maple Ave
Mundelein IL 60060-1967

Travelers Casualty Surety
Company of America
c o Arthur J Gallaher Co
1255 Battery Street Suite 450
San Francisco CA 94111-6235

Tyler McCartney
c o Joseph C George Esq
The Law Offices of Joseph C George
601 University Avenue Suite 200
Sacramento CA 95825-6744

U S Bank Institutional Trust Custody
1420 Kettner Blvd Suite 200
LM-CA-K2SB
San Diego CA 92101-2432

U.S. Bank NA
1310 Madrid St
Marshall MN 56258-4099

U.S. Bank National Association
Michael R. Stewart
90 South Seventh St #2000
Minneapolis MN 55402-3903

US Bank Equipment Finance
1310 Madrid St 101
Marshall MN 56258-4002

US Bank Equipment Finance
PO Box 790448
St Louis MO 63179-0448

USI Insurance Services of
Northern California Inc
2021 W March Lane 3rd Floor
Stockton CA 95207-6400

Underwriters at Lloyds of London
c o Arthur J Gallaher Co
Attn Dennis H Ohara
1255 Battery Street Suite 450
San Francisco CA 94111-6235

United States Attorneys Office
Civil Division
501 I Street Suite 10-100
Sacramento CA 95814-7306

United States Fire Ins Company
c o Crum Forster
1 Front Street Suite 300
San Francisco CA 94111-5397

Unum Life Ins Co
PO Box 406946
Atlanta GA 30384-6946

Verizon Wireless
6123 Pacific Ave
Stockton CA 95207-3709

Vernal Warren
PO Box 6511
Stockton CA 95206-0511

Virginia Meagher
135 W Verano Ct
Mountain House CA 95391-2014

Wanda Scheuermann
1405 N Madison St
Stockton CA 95202-1003

Waste Management
1240 Navy Dr
Stockton CA 95206-1167

Waterlogic West Inc
185 Mason Cir Ste B
Concord CA 94520-1266

Barron L. Weinstein
Meredith, Weinstein and Numbers, LLP
115 Ward St
Larkspur, CA 94939-1326

Western Catholic Insurance Co
c o Artex Risk Solutions Inc
140 Kennedy Dr
South Burlington VT 05403-6716

Western Catholic Insurance Company
C O Jill Chase
Arthur J Gallagher Co
1 Market Spear Tower Ste 200
San Francisco CA 94105

Western Catholic Insurance Company
Risk Retention Group, Inc.
Barbara A. Goode
300 Montgomery St #500
San Francisco CA 94104-1916

Western Catholic Insurance Company
c o Arthur J Gallagher Co
Attn Dennis H Ohara
1255 Battery Street Suite 450
San Francisco CA 94111-6235

Wilke Fleury Hoffelt Gould and Birney, LLP
Daniel L. Egan
400 Capitol Mall 22nd Fl
Sacramento, CA 95814-4421

World Library Publications
J S Paluch Co Inc
P O Box 2703
Schiller Park IL 60176-0703

Worldwide Insurance Services
AKA GeoBlue
Attn AR Department
One Radnor Corp Center Ste 100
Radnor PA 19087-4547

Xuan Son Nguyen
St Patricks Seminar
320 Middlefield Rd
Menlo Park CA 94025-3596

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
PO Box 24017
Fresno CA 93779-9881

Filed 11/01/16

        Addresses marked (c) above for the following entity/entities were corrected
              as required by the USPS Locatable Address Conversion System (LACS).


Daniel Barba
c o Mundelein Seminary
100 E Maple Ave
Mundelein IL 60060



        The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)AlixPartners, LLC              (u)Berkeley Research Group, LLC        (u)Claimant Confidential


(u)Christopher Combs              (u)Emilie Cuneo-Travis                 (u)Farmers and Merchants Bank


(u)Greeley Asset Services, LLC    (u)Mark Jyono                          (u)Kurtzman Carson Consultants LLC


(u)Tyler McCartney               (u)Moss Adams LLP                      (u)Michael P. Murphy


(u)Neumiller and Beardslee       (u)Mark Pranaitis                      End of Label Matrix
                                                                        Mailable recipients   475
                                                                        Bypassed recipients    14
                                                                        Total                 489

**Insurance Companies**

Western Catholic Insurance Company
Risk Retention Group, Inc.
c/o Law Office of Barbara Goode
300 Montgomery Street #500
San Francisco, CA 94104

David Humphreys
Chubb Insurance
436 Walnut St., WA10A
Philadelphia, PA  19106

Alyssa Pianelli
Beazley Group
30 Batterson Park Road
Farmington, CT  06032

Terrence R. McInnis
Troutman Sanders LLP
5 Park Plaza, Suite 1400
Irvine, CA 92614

Deborah Sons
Claims Specialist
San Francisco Reinsurance (ARM US)
Allianz Resolution Management (ARM)
33 West Monroe Street, 12th Floor
Chicago, IL 60603

Janice Hodge Jensen
Laxalt & Nomura, Ltd.
9600 Gateway Dr.
Reno, NV 89521

Mark Herring
Claim Specialist
Great American Insurance
301 E. Fourth Street. 19th Floor
Cincinnati, OH 45202

Robert S. Gebhard
Sedgwick LLP
333 Bush Street, 30th Floor
San Francisco, CA 94104

Peter Whalen
Clyde & Company
101 Second Street, 24th Floor
San Francisco, CA 94015

Alan Barbanel
Barbanel & Treuer, P.C.
1925 Century Park East, Suite 350
Los Angeles, CA 90067

John T. Mahony
Chubb AVP, Claims
2603 Camino Ramon Ste. 300
San Ramon, Ca. 94583

Timothy M. Thornton
Gray-Duffy, LLP
15760 Ventura Boulevard, 16th Floor
Encino, CA 91436

Robert Mooney
Arrowpoint Capital
3600 Arco Corp Drive
Charlotte, NC 28273

Shaun McParland Baldwin
Dennis N. Ventura
Tressler LLP
233 South Wacker Drive, 22nd Floor
Chicago, IL 60606

Ed Zawitoski
Senior Vice President
Travelers
111 Schilling Road
Hunt Valley, MD 21031-1110

Barbara Goode
Law Offices of Barbara Goode
300 Montgomery St., Suite 500
San Francisco, CA 94104

Additional Service Parties

U.S. Securities & Exchange Commission
Attn:  Bankruptcy Counsel
444 South Flower Street, Suite 900
Los Angeles, CA 90071-9591

The Diocese of Stockton Retirement Plan
c/o Saroya Leonardini
Neumiller & Beardslee
P.O. Box 20
Stockton, CA 95201-3020

Charles L. Hastings
Law Offices of Charles L. Hastings
4568 Feather River Drive, Suite A
Stockton, CA 95219

John B. Doe
c/o Vince W. Finaldi
Manly, Stewart & Finaldi
19100 Von Karman, Suite 800
Irvine, CA 92612

Brian Anaya
3308 South Street, Apt. C
Vancouver, WA 98663

Regional Counsel
Medicare/Ctrs for M&M Svcs
US Dept. of Health and Human Services
90 7th Street, Suite 4-500
San Francisco, CA 94103-6705

Archdiocese of San Francisco
Legal Office c/o Lawrence R. Januzzi
1 Peter York Way
San Francisco, CA 94109

U.S. Telepacific
c/o J. Scott Bovitz
Bovitz & Spitzer
1100 Wilshire Blvd., Suite 2403
Los Angeles, CA 90017-1967

Returned mail parties with new addresses:

Catholic Legal Immigration Network
8757 Georgia Avenue, Suite 850
Silver Spring, MD 20910

Eucharistic Franciscan Missionary Sisters
1630 North Hunter Street
Stockton, CA 95204

Maiden Specialty
500 West Fifth Street
Winston-Salem, NC 27102

Premier Access Insurance Co.
Dept. #34114
P.O. Box 39000
San Francisco, CA 94139-0001

Superior Vision Services, Inc.
Insurance Fund
11101 White Rock Road, Suite 150
Rancho Cordova, CA 95670-6997

Rev. Joseph Illo
Star of the Sea Catholic Church
4420 Geary Blvd.
San Francisco, CA 94118

AT&T Yellow Pages Advertising
P.O. Box 5021
Carol Stream, IL 60197

Rev. Patrick Curran
O'Connor Woods
3400 Wagner Heights Road, Room 108
Stockton, CA 95209

Rev. Nathan R. White
7104 W. Paso Trl
Peoria, AZ 85383

Additional Retained Claim Parties

ABS Direct
4724 Enterprise Way
Modesto, CA 95356

Angelina's
1563 E Fremont St
Stockton, CA 95205

American Corporate Security
OneWorld Trade Center, Suite 1240
Long Beach, CA 90831-1240

Basic Pacific AKA CBA
P.O. Box 2170
Rocklin, CA 95677

California Water Supply
P O Box 940001
San Jose, CA 95194-0001

Delta Health System
PO Box 1147
Stockton, CA 95201

National Consolidated Couriers
Attn: Accts Receivable
P.O. Box  2113
San Leandro, CA 94577

Tricor America, Inc.
P.O. Box 8100 - S.F.I.A.
San Francisco, CA 94128

SP Plus Corporation
PO Box 790402
St. Louis, MO 63179-0402

Stockton Scavengers
PO Box 541065
Los Angeles, CA 90054-1065

Pension Inc.
C/O Superior USA
525 Lake Ave South, Suite 410
Duluth, MN  55802

Moss Adams LLP
PO Box 748369
Los Angeles, CA 90074-8369

City of Modesto
Modesto Centre Plaza
1000 L Street
Modesto, CA 95354

New Insurance Companies

Allied World National Assurance Company
199 Water Street, 24th Floor
New York, NY  10038

BCS Insurance Company
2 Mid American Plaza, Suite 200
Oakbrook Terrace, IL  60181

**Brit Syndicate 2987
C/O  Arthur J. Gallagher
The Walbrook Building
25 Walbrook
London  EC4N 8AW**

Hartford Steam Boiler Inspection
& Insurance Co.
One Tower Square
Hartford, Conn  06183

**Lloyd's of London
C/O Arthur J. Gallagher
The Walbrook Building
25 Walbrook
London I EC4N 8AW**

Mitsui Sumitomo
560 Lexington Avenue, 20th Floor
New York, New York 10022

Symetra Life Insurance Company
Benefits Division Accounting Services
C/O Wells Fargo, PO Box 1491
Minneapolis, MN 55480

WellDyne RX
500 Eagles Landing Drive
Lakeland, FL  33810