| | |
|---|---|
| 1 | STEVEN H. FELDERSTEIN, State Bar No. 056978 |
| | PAUL J. PASCUZZI, State Bar No. 148810 |
| 2 | JENNIFER E. NIEMANN, State Bar No. 142151 |
| | FELDERSTEIN FITZGERALD |
| 3 | WILLOUGHBY & PASCUZZI LLP |
| | 400 Capitol Mall, Suite 1750 |
| 4 | Sacramento, CA 95814 |
| | Telephone: (916) 329-7400 |
| 5 | Facsimile: (916) 329-7435 |
| | sfelderstein@ffwplaw.com |
| 6 | ppascuzzi@ffwplaw.com |
| | jniemann@ffwplaw.com |

Attorneys for The Roman Catholic Bishop of Stockton

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC<br>BISHOP OF STOCKTON, a<br>California corporation sole,<br><br>Debtor-In-Possession. | CASE NO. 14-20371-C-11 |

**PROOF OF SERVICE**

I, Karen L. Widder, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 400 Capitol Mall, Suite 1750, Sacramento, California, 95814. On April 25, 2017, I served the within documents:

**QUARTERLY POST-CONFIRMATION REPORT FOR REORGANIZED DEBTOR FOR QUARTER ENDING 3/31/17**

   ☑   by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Sacramento, California, addressed as set forth below.

*See Attached List*

-1-

PROOF OF SERVICE

| | | |
|---|---|---|
| 1 | ☑ | by transmitting electronically the listed document(s) to the email addresses set forth below on this date. |

cstevens@neumiller.com; Clifford Stevens, Nuemiller & Beardslee, special counsel for the Debtor
sleonardini@neumiller.com; Saroya J. Leonardini, Nuemiller & Beardslee, special counsel for the Debtor
Antonia.Darling@usdoj.gov; Antonia Darling, Office of the United States Trustee
al.c.massey@usdoj.gov; Al Massey, Office of the United States Trustee
dginter@DowneyBrand.com; ppineda@downeybrand.com; courtfilings@downeybrand.com; R. Dale Ginter, Downey Brand, LLP, counsel for Farmers and Merchants Bank
joe@psyclaw.com; Joseph C. George, Esq. The Law Offices of Joseph C. George, PH.D., counsel for Certain Tort Claimants
jmanly@manlystewart.com; John C. Manly, Esq., Manly, Stewart and Finaldi, counsel for Certain Tort Claimants
dgeiger@kroloff.com; Dennis Donald Geiger, Kroloff, Belcher, Smart, Perry & Christopherson, Counsel for Secured Creditors
degan@wilkefleury.com; Daniel L. Egan, Wilke Fleury, Counsel for Unofficial Parishes Committee
mlewis@wilkefleury.com; Megan Lewis, Counsel for Unofficial Parishes Committee
dmeegan@mhksacto.com; mgillis@mhksacto.com; David M. Meegan Meegan, Hanschu & Kassenbrock, Counsel for the Roman Catholic Welfare Society
mgorton@boutinjones.com; tmouzes@boutinjones.com; Mark Gorton, Thomas G. Mouzes, Boutin Jones Inc., Counsel for the Church for Tomorrow
jstang@pszjlaw.com; James Stang, Pachulski Stang Ziehl & Jones, LLP
rorgel@pszjlaw.com; Robert Orgel, Pachulski Stang Ziehl & Jones, LLP
hnevins@hsmlaw.com; Howard S. Nevins, Hefner, Stark & Marois, LLP
mreynolds@swlaw.com; Michael B. Reynolds, Snell & Wilmer LLP Counsel for Physicians Service dba Blue Shield
bramsaur@swlaw.com; Brett Ramsaur, Snell & Wilmer LLP Counsel for Physicians Service dba Blue Shield
michael.pompeo@dbr.com Michael P. Pompeo, Drinker Biddle & Reath LLP, Counsel for St. Paul Fire & Marine Insurance
Robert.vinci@dbr.com; Robert M. Vinci, Drinker Biddle & Reath LLP, Counsel for St. Paul Fire & Marine Insurance
vwagner@sjgov.org; V. Wagner, San Joaquin County Treasurer & Tax Collector.
fpetrosino@archinsurance.com: Francine Petrosino, Arch Insurance Group
bovitz@bovitz-spitzer.com; J. Scott Bovitz, Bovitz & Spitzer, Counsel for U.S. Telepacific Corp.
nde@jmbm.com; Nicolas De Lancie, Jeffer Mangels Butler & Mitchell LLP, Counsel for The Ordinary Mutual
jannuzzil@sfarchdiocese.org; Lawrence R. Jannuzzi, General Counsel for the Archdiocese of San Francisco
mmurphy@alixpartners.com; Michael P. Murphy, AlixPartners LLC
ykim@alixpartners.com; Yung W. Kim, AlixPartners LLC

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage

-2-  PROOF OF SERVICE

meter date is more than one day after date of deposit for mailing in affidavit.

    I am employed in the office of a member of the bar of this court at whose direction the service was made.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on April 25, 2017, at Sacramento, California.

                                  */s/ Karen L. Widder*
                                  Karen L. Widder

| | | |
|---|---|---|
| *In re The Roman Catholic Bishop of Stockton*<br>Case No. 14-20371 | The Roman Catholic Bishop of Stockton<br>Attn: Douglas Adel<br>212 North San Joaquin Street<br>Stockton, CA 95202 | Farmers and Merchants Bank<br>116 West Pine Street<br>Lodi, CA 95241 |
| Office of the Attorney General<br>1300 "I" Street<br>Sacramento, CA 95814-2919 | United States Attorney's Office<br>Civil Division<br>501 I Street, Suite 10-100<br>Sacramento, CA 95814 | Tyler McCartney<br>c/o Joseph C. George, Esq.<br>The Law Offices of Joseph C. George, PH.D.<br>601 University Avenue, Suite 200<br>Sacramento, CA 95825 |
| Pastor of St. Bernadette Church,<br>a California corporation sole<br>2544 Plymouth Road<br>Stockton, CA 95204 | Pastor of St Anthony Church of Manteca,<br>a California corporation sole<br>505 E. North Street<br>Manteca, CA 95336 | Kathleen Lagorio Janssen TTEE<br>Dean Jann Janssen TTEE<br>6443 Saint Andrew Drive<br>Stockton, CA 95219 |
| Pastor of St. Joachim Church of Lockeford,<br>a California corporation sole<br>13392 Lockeford Rand Road<br>PO Box 232<br>Lockeford, CA 95237 | Diocese of Kumbakonam<br>c/o Rev M.S. Selva Raj, Mission Director<br>369 Broadway<br>Staten Island, NY 10310 | Erika L. and Edwin F. Rizo<br>Revocable Trust dated March 18, 2003<br>7425 River Nine Drive<br>Modesto, CA 95356 |
| Gemperle Brothers<br>10218 Lander Ave.<br>Turlock, CA 95380 | Financial Decision 401-K<br>Profit Sharing Plan FBO Fred M. Lee<br>5345 N. El Dorado Street, #18<br>Stockton, CA 95207 | Financial Decision 401-K<br>Profit Sharing Plan FBO Nancy E. Lee<br>5345 N. El Dorado Street, #18<br>Stockton, CA 95207 |
| Lenore C. Dougherty<br>Trustee of the Dougherty Revocable Trust<br>1071 West Monterey Ave.<br>Stockton, CA 95204 | Pastor of Cathedral of the Annunciation, a<br>California corporation sole<br>425 West Magnolia Street<br>Stockton, CA 95203 | Madonna of Peace Retreat Center<br>PO Box 71<br>Copperopolis, CA 95228 |
| Fr Jose Ruiz<br>2620 S "B" St.<br>Stockton, CA 95206 | Fr Jairo Ramirez<br>1301 Cooper Ave<br>Turlock, CA 95380 | Fr Edwin Musico<br>120 W Fifth St.<br>Stockton, CA 95206 |
| Joe Maghinay<br>6715 Leesburg Pl.<br>Stockton, CA 95207 | Dante Dammay<br>505 E North St.<br>Manteca, CA 95336 | Johnson Greene & Roberts LLP<br>400 Capitol Mall, Suite 1620<br>Sacramento, CA 95814 |
| Fr Editho Mascardo<br>4212 Dale Road<br>Modesto, CA 95356 | Msgr Augustin Gialogo<br>5882 N Ashley Lane<br>Stockton, CA 95215 | Fr Alvaro Lopez<br>120 W. 5th Street<br>Stockton, CA 95205-2695 |
| Fr Eduardo Perez<br>1254 Lloyd Thayer Circle<br>Stockton, CA 95206 | Msgr Bonifacio Baldonado<br>505 W Granger Ave.<br>Modesto, CA 95350 | Fr Jorge Roman<br>PO Box 372<br>Mammoth Lakes, CA 93546 |

John CC Doe
c/o John C. Manly, Esq. Manly, Stewart and Finaldi
19100 Von Karman Ave., Ste. 800
Irvine, CA 92612

John MT Doe
c/o John C. Manly, Esq. Manly, Stewart and Finaldi
19100 Von Karman Ave., Ste. 800
Irvine, CA 92612

Clarice Alberta Shephard
512 South 5th Street
San Jose, CA 95112

State of California EDD
Bankruptcy Special Procedures Group
P.O. Box 826880 MIC 92E
Sacramento, CA 94280-0001

Shabbir A. Khan
Treasurer & Tax Collector
San Joaquin County
P.O. Box 2169
Stockton, CA 95201-2169

Jane Doe 51
c/o Joseph C. George, Esq.
The Law Offices of Joseph C. George, PH.D.
601 University Avenue, Suite 200
Sacramento, CA 95825

Katherine Shephard Weiner
61 San Pablo Court
Moraga, CA 94556

Marjorie Hart
3 Wing Set Place
Alamo, CA 94507

California State Board of Equalization
Account Information Group MIC 29
PO Box 942879
Sacramento, CA 94279-0029

~~Mike Bazley 2237467~~
~~RCCC K44~~
~~12500 Bruceville Road~~
~~Elk Grove, CA 95757~~
**Returned as Undeliverable – Not in Custody**

John BE Doe
c/o Joseph C. George, Esq.
The Law Offices of Joseph C. George, PH.D.
601 University Avenue, Suite 200
Sacramento, CA 95825

Thomas J. Shephard Jr.
1637 Del Monte Way
Moraga, CA 94556

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Franchise Tax Board
Bankruptcy Section, MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952

M. Murphy/K. Mann/S. Bossen/A. Leung
AlixPartners
580 California Street, Suite 2050
San Francisco, CA 94104