STEVEN H. FELDERSTEIN, State Bar No. 056978
PAUL J. PASCUZZI, State Bar No. 148810
JENNIFER E. NIEMANN, State Bar No. 142151
FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP
400 Capitol Mall, Suite 1750
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
sfelderstein@ffwplaw.com
ppascuzzi@ffwplaw.com
jniemann@ffwplaw.com

Attorneys for The Roman Catholic Bishop of Stockton,
a California corporation sole

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| In re: | CASE NO. 14-20371-C-11 |
| THE ROMAN CATHOLIC BISHOP OF STOCKTON, a California corporation sole, | DCN: FWP-32 |
| Reorganized Debtor. | Date: June 6, 2017<br>Time: 10:30 a.m.<br>Courtroom: 35<br>501 I Street, 6th Floor<br>Sacramento, CA |

**NOTICE OF HEARING ON REORGANIZED DEBTOR'S MOTION FOR ENTRY OF FINAL DECREE AND CLOSING OF CHAPTER 11 CASE**

**TO ALL INTERESTED PARTIES AND TO THEIR COUNSEL OF RECORD:**

      NOTICE IS HEREBY GIVEN that the Roman Catholic Bishop of Stockton ("RCB" or the "Reorganized Debtor"), has filed a motion for entry of final decree and closing of chapter 11 case (the "Motion").

      By the Motion, the Reorganized Debtor requests the entry of a final decree and order closing the case.

      All of the information contained in the Motion is not set forth in this notice. A copy of the Motion and all supporting papers are a part of the Court's electronic record, which is the official record of the Court, and can be accessed either through the e-CalWebPACER information system (see http://www.caeb.uscourts.gov/ -- subscription required) or is available for inspection at

computer terminals (printing is available), which are located at the Office of the Clerk, Suite 3-200, 501 I Street, Sacramento, California. Copies of documents filed with the Court may also be found at: http://www.kccllc.net/stocktondiocese.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

The Motion is filed pursuant to Local Rule of Practice 9014-1(f)(1). If you do not want the court to approve the Motion, or if you want the court to consider your views on the Motion, you or your attorney must:

a. On or before fourteen (14) days prior to the hearing file with the court a written opposition complying with the requirements of Local Rule of Practice 9014-1(f)(1)(ii), explaining your position, at 501 I Street, Suite 3-200, Sacramento, California, 95814. If you do not file a written opposition, the court may remove the matter from the calendar and rule on the Motion before the hearing. Simply appearing at the hearing is not sufficient to protect any rights you may have.

b. If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before fourteen (14) days prior to the hearing.

c. You must also mail a copy to:

Paul J. Pascuzzi, Attorney for the Reorganized Debtor
Felderstein Fitzgerald Willoughby & Pascuzzi LLP
400 Capitol Mall, Suite 1750
Sacramento, CA 95814

Office of the United States Trustee
501 I Street, Room 7-500
Sacramento, CA 95814

d. Attend the hearing scheduled on June 6, 2017, at 10:30 a.m., at the United States Bankruptcy Court, 501 I Street, Courtroom 35, Sacramento, California, 95814, before the Honorable Christopher Klein, United States Bankruptcy Judge.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Motion and may enter an order granting the relief requested.

Dated: May 9, 2017

                       FELDERSTEIN FITZGERALD
                       WILLOUGHBY & PASCUZZI LLP

                       By:*/s/ Paul J. Pascuzzi*_____
                           PAUL J. PASCUZZI
                           Attorneys for The Roman Catholic
                           Bishop of Stockton,
                           a California corporation sole